UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH, )<br><br>Plaintiff, )<br><br>vs. )<br><br>TRUSTEES OF BOSTON UNIVERSITY, )<br><br>Defendant. ) | CIVIL ACTION NO. 04-11240-RCL |

## ASSENTED-TO MOTION FOR ENLARGEMENT

Pursuant to Fed. R. Civ. P. 6(b), Defendant Trustees of Boston University requests the Court to grant this Motion for Enlargement of time to respond to the complaint in this case, up to and including July 30, 2004. As grounds for this motion, counsel for the defendant states that, as a result of preexisting business travel and vacation plans, he has been and will be away from his office for extended periods of time in June and July.

Defendant states that Plaintiff has no objection to this motion.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,
By its attorney,

*Lawrence S. Elswit*

Lawrence S. Elswit
(BBO #153900)
Boston University
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
(617) 353-2326

Date: June 10, 2004

AGREED TO:

JOHN WALSH,
By his attorney,

Date: June 10, 2004

*Shannon Liss-Riordan/LSB*
Shannon Liss-Riordan
(BBO #640716)
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, Massachusetts 02108
(617) 367-7200

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each other party by mail/by hand.

Date: 6.10.04