**Boston University**

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Tel: 617-353-2326
Fax: 617-353-5529



Todd L. C. Klipp
*Vice President and
General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Stephen A. Williams
Dennis C. Hart
Robert B. Smith
Erika Geetter
Willis G. Wang
Diane Levine Gardener

July 20, 2004

<u>By Hand Delivery</u>

Clerk, United States District Court
United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re:   <u>Walsh v. Trustees of Boston University</u>
      U.S.D.C. C.A. No. 04-11240RCL

Dear Sir/Madam:

Pursuant to United States District Court Local Rule 81.1, defendant Trustees of Boston University hereby files "certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court."

Thank you.

Sincerely,

Lawrence S. Elswit

Enclosures

LE:ksc

cc:   Rebecca G. Pontikes, Esq. (w/enclosures)

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss
[seal]

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No.

John Walsh, Plaintiff(s)

04-2072

v.

Boston University, Defendant(s)

FILED IN THE OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX
JUN 07 2004
[signature] CLERK

H

### SUMMONS

To the above-named Defendant:

Boston University
125 Bay State Road
Boston, MA 02115-1708

You are hereby summoned and required to serve upon ............ Rebecca G. Pontikes, Pyle, Rome, Lichten, & Ehrenberg ............ plaintiff's attorney, whose address is ... 18 Tremont Street, Suite 500 Boston, MA 02108 ..., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at .. Boston .................... either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at ..... Boston .......................... the .. 19th .............. day of ....... May ..........................., in the year of our Lord ... 2004 ..........................

[signature]
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*                                              June 1, 2004

I hereby certify and return that on 5/27/2004 at 10:45:00 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Willis Wong, Attorney for, agent, person in charge at the time of service for Boston University, at , 125 Bay State Road, Boston, MA. Basic Service Fee (IH) ($30.00), Travel ($3.20), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $39.20

Deputy Sheriff   Edward J. Tobin

*Deputy Sheriff*

**N.B. TO PROCESS SERVER:**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

(                                                  )
(       ....................................., ..........)
(                                                  )

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No. 2004-2072

John Walsh ................., Plff.

v.

Boston University ............, Deft.

SUMMONS
(Mass. R. Civ. P. 4)