UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRUSTEES OF BOSTON UNIVERSITY, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-11240-RCL |

DEFENDANT TRUSTEES OF BOSTON UNIVERSITY'S
MOTION TO DISMISS COUNTS I AND IV OF THE COMPLAINT
AND TO LIMIT THE SCOPE OF COUNTS II, III, AND V

Pursuant to Rule 12(b)(6) of the Massachusetts Rules of Civil Procedure, Defendant Trustees of Boston University (the "University") respectfully moves this Court to dismiss Counts I and IV of the Complaint in their entirety, and Counts II, III and V insofar as they assert claims that are barred by the statute of limitations. The University's Memorandum in support of this Motion sets forth with more specificity the grounds supporting the conclusion that, in large measure, the Complaint fails to state claims upon which relief can be granted.

Count I alleges a willful violation of the Family and Medical Leave Act ("FMLA"), 29 U.S.C., § 2601, et seq. However, the First Circuit has defined a very narrow set of circumstances under which a claim under the FMLA rises to the level of a "willful" violation, and the Complaint fails to assert facts sufficient to meet that standard.

Counts II and III assert claims under the Massachusetts Fair Employment Practices Act, G.L. c. 151B. In brief, Plaintiff claims that the University's actions constitute handicap discrimination and retaliation in violation of that statute. Count V asserts a similar claim under

the Americans with Disabilities Act ("ADA"), 42 U.S.C., § 1201, et seq. (the Complaint improperly cites Title 29 of the United States Code).  However, causes of action under both the ADA and c. 151B are governed by statutes of limitations that require timely filing of complaints before the Massachusetts Commission Against Discrimination (in the case of c. 151B) or the Equal Employment Opportunity Commission (in the case of the ADA) and in court.  Most of the allegations in the Complaint relate to events which, even if true, occurred outside the statute of limitations, and the bulk of Plaintiff's claim is untimely.

Count IV asserts a claim under the Massachusetts Equal Rights Act, G.L. c. 93, § 103.  However, that statute does not create an independent right to vindicate claims that can otherwise be redressed under c. 151B.

For all these reasons, as described in the accompanying memorandum of law, Defendant Trustees of Boston University respectfully requests that this Court grant this Motion to Dismiss.

## Request for Oral Argument

Defendant respectfully requests oral argument on this Motion.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,
By its attorney,

s/Lawrence S. Elswit
Lawrence S. Elswit
(BBO #153900)
Boston University
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts  02215

Date:  July 30, 2004            (617) 353-2326