UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN WALSH,
    Plaintiff

v.    CIVIL ACTION NO. 04-11240-RCL

TRUSTEES OF
BOSTON UNIVERSITY
    Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS I AND IV OF THE COMPLAINT AND TO LIMIT THE SCOPE OF COUNTS II, III, AND V**

Plaintiff respectfully requests the Court to grant the Plaintiff's Unopposed Motion For Extension of Time for Plaintiff to file Opposition to Defendant's Motion to Dismiss Counts I and IV of the Complaint and to Limit the Scope of Counts II, III, and V until August 20, 2004. Rebecca G. Pontikes, attorney for the Plaintiff is out of the country until August 9. Attorney for the Defendant Lawrence S. Elswit, Esq. does not oppose this request.

1

Respectfully submitted,

JOHN WALSH,
By his attorneys,

Dated: August 4, 2004

*Rebecca G. Pontikes /s/*
Shannon Liss-Riordan, BBO #640716
Rebecca G. Pontikes BBO# 637157
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

## CERTIFICATE OF SERVICE

This is to certify that on August 4, 2004, a copy of the above document was served via facsimile and first class mail, upon Lawrence S. Elswit, Esq., Boston University, Office of the General Counsel, 125 Bay State Road, Boston, MA 02215.

*Rebecca G. Pontikes /s/*
Rebecca G. Pontikes

2