UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH,<br>　　　　Plaintiff<br><br>v.<br><br>TRUSTEES OF<br>BOSTON UNIVERSITY<br>　　　　Defendant. | CIVIL ACTION NO. 04-11240-RCL |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS I AND IV OF THE COMPLAINT AND TO LIMIT THE SCOPE OF COUNTS II, III, AND V**

Plaintiff respectfully requests the Court to grant the Plaintiff's Unopposed Motion For Extension of Time for Plaintiff to file Opposition to Defendant's Motion to Dismiss Counts I and IV of the Complaint and to Limit the Scope of Counts II, III, and V for three weeks from August 20, 2004 until September 10, 2004. Rebecca G. Pontikes, attorney for the Plaintiff was out of the country until August 9 and has several other deadlines between her return to the country and August 20, 2004 which make it impossible to submit an Opposition on or before August 20, 2004. Attorney for the Defendant Lawrence S. Elswit, Esq. does not oppose this request.

1

Respectfully submitted,

JOHN WALSH,
By his attorneys,

Dated: August 10, 2004

*Rebecca G. Pontikes/dcd*
Shannon Liss-Riordan, BBO #640716
Rebecca G. Pontikes BBO# 637157
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

## CERTIFICATE OF SERVICE

This is to certify that on August 10, 2004, a copy of the above document was served via facsimile and first class mail, upon Lawrence S. Elswit, Esq., Boston University, Office of the General Counsel, 125 Bay State Road, Boston, MA 02215.

*Rebecca G. Pontikes/dcd*
Rebecca G. Pontikes