# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-11240-RCL</u>

JOHN WALSH
Plaintiff

v.

TRUSTEES OF BOSTON UNIVERSITY
Defendant

## <u>NOTICE OF HEARING</u>

LINDSAY, D.J.


TAKE NOTICE that the above-entitled case has been set for argument on defendant's motion to dismiss at **3:00PM**, on **January 31, 2005,** in Courtroom No. 11, 5th floor, United States Courthouse. Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.


By the Court,

/s/ Lisa M. Hourihan

_____
Deputy Clerk


December 2, 2004

To: All Counsel