UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH,<br><br>  Plaintiff,<br><br>       vs.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>  Defendant. | CIVIL ACTION NO. 04-11240-RCL |

DEFENDANT TRUSTEES OF BOSTON UNIVERSITY'S
MOTION TO FILE SUPPLEMENT TO
MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS COUNTS I AND IV OF THE COMPLAINT
AND TO LIMIT THE SCOPE OF COUNTS II, III, AND V

    Pursuant to Local Rule 7.1 of the Rules of the United States District Court, Defendant Trustees of Boston University (the "University") seeks leave of Court to file the attached decision by the Massachusetts Commission Against Discrimination ("MCAD" or the "Commission"), and append it to the University's Memorandum in Support of Motion to Dismiss Counts I and IV of the Complaint and to Limit the Scope of Counts II, III, and V (the "Memorandum").

    The complaint in this case asserts a variety of federal and state law claims relating to Plaintiff's employment with Boston University, and the termination of that employment. The University's partial motion to dismiss seeks to narrow those claims on a variety of grounds. At the time the University filed its motion, one of Plaintiff's two complaints before the MCAD had already been dismissed. Both complaints, and the MCAD's dismissal of the first, were appended to the Memorandum. See Estate of Castucci ex rel. Castucci v. U.S., 311 F. Supp. 2d 184, 188

n.7 (D. Mass. 2004) (Lindsay, J.); Lynch v. Bd. of State Examiners of Electricians, 218 F. Supp. 2d 3, 7 (D. Mass. 2002); Hogan v. Eastern Enterprises/Boston Gas, 165 F. Supp. 2d 55, 58 (D. Mass. 2001); Marram v. Kobrick Offshore Fund, Ltd., 442 Mass. 43, 45 n.4, 809 N.E.2d 1017 (2004).

On or about September 17, 2004—after the University had filed its motion and Plaintiff had filed an opposition—the MCAD dismissed Plaintiff's second complaint. The Commission's decision is relevant to the issues raised by the University's motion. Therefore, the University respectfully moves this Court to allow the submission of the attached MCAD Dismissal and Notification of Rights.

Pursuant to Local Rule 7.1(A)(2), counsel for the University states that Plaintiff's counsel has assented to the filing of the attached MCAD decision. The parties disagree on its ultimate admissibility at trial, and its impact on the issues that will be addressed by the parties in oral argument on January 31.

                                              Respectfully submitted,

                                              TRUSTEES OF BOSTON UNIVERSITY,
                                              By its attorney,

                                              s/Lawrence S. Elswit
                                              Lawrence S. Elswit
                                              (BBO #153900)
                                              Boston University
                                              Office of the General Counsel
                                              125 Bay State Road
                                              Boston, Massachusetts  02215
Date:  January 11, 2005                    (617) 353-2326