January 11, 2005

Clerk, United States District Court
United States Courthouse
One Courthouse Way
Boston, Massachusetts  02210

Re:     Walsh v. Trustees of Boston University
        (C.A. No. 04-11240-RCL)

Dear Sir/Madam:

Attached electronically for filing in the above-referenced matter, please find:

1. Defendant Trustees of Boston University's Motion to File Supplement to Memorandum in Support of Motion to Dismiss Counts I and IV of the Complaint and to Limit the Scope of Counts II, III, and V;

2. MCAD Dismissal and Notification of Rights; and

5. Certificate of Service.

Please file these documents accordingly.  Thank you.

                                                Sincerely,


                                                s/Lawrence S. Elswit
                                                Lawrence S. Elswit


Attachments

cc:  Rebecca G. Pontikes, Esq.

LE:ksc