UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN WALSH, | ) | |
|   Plaintiff, | ) ) ) | |
|     vs. | ) ) | CIVIL ACTION NO. 04-11240-RCL |
| TRUSTEES OF BOSTON UNIVERSITY, | ) ) ) | |
|   Defendant. | ) ) | |

CERTIFICATE OF SERVICE

I certify that on January 11, 2005, a copy of this Motion to File Supplement to Memorandum in Support of Motion to Dismiss Counts I and IV of the Complaint and to Limit the Scope of Counts II, III, and V was served on Rebecca G. Pontikes, Esq., Pyle, Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, Suite 500, Boston, Massachusetts, 02108, by first-class mail, postage prepaid.

                                                  s/Lawrence S. Elswit
                                                Lawrence S. Elswit
                                                (BBO # 153900)
                                                Office of the General Counsel
                                                125 Bay State Road
                                                Boston, Massachusetts  02215
January 11, 2005                         (617) 353-2326

LE:ksc