The Commonwealth of Massachusetts
Commission Against Discrimination

16CA10592

DOCKET NUMBER: 00133805
FILING DATE: 12-28-2000

EEOC/HUD NUMBER:
VIOLATION DATE: 12/01/00

---

<u>Name of Aggrieved Person or Organization:</u>
John B. Walsh
190 Perham Street
Boston, MA 02132
Telephone Number: (781) 748-9814

---

<u>Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:</u>
Boston University - John Battalino, Jr.
Attn:
25 Buick Street
Boston, MA 02215
Telephone Number: (617) 353-2317      No. of Employees: 20 +

Work Location: Boston, MA

---

<u>Cause of Discrimination based on:</u>
Age
Other.
(Age Discrimination unspecified or general
Paragraph 4, Retaliation).

---

**The particulars are:**
I, John B. Walsh, the Complainant believe that I was discriminated against by Boston University - John Battalino, Jr., on the basis of Age Other. This is in violation of M. G. L. Chapter 151B S4 p1B,4.

In or around 6/00, I was informed my superiors position was filled. due to my employers past comments and behavior I believe age discrimination was involved. In or around 9/00, when I refused to terminate the services of a handicapped individual. I was told to comply, or I would be terminated. Since that time I have been denied my personnel files, have been threatened with termination. My mail has been opened, been tracked through the campus. I have been issued warning letters, and docked vacation time, etc. I have pursued the internal chain of resolution by going to my Divisional Vice President and the Vice President of Human Resources with no resolution found. I believe that I am being discriminated against due to my age forty - five (45), d.o.b. 6/13/55. This is in violation of MGL Chapter 151B section 4 paragraphs 1B,4 all applicable federal statutes and The Age Discrimination Employment Act.

---

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

(Signature of Complainant)

SWORN TO AND SUBSCRIBED BEFORE ME THIS 28th Day of December, 2000

NOTARY PUBLIC: JEROME E. MACK

Jerome E. Mach 7/14/06