## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Kathrine D. Shea

M. Amy Carlin
Nicole Horberg Decter**
Rebecca G. Pontikes
Alfred Gordon
Leah M. Barrault

Tod A. Cochran
OF COUNSEL

*Also admitted in Maine
**Also admitted in New York

January 14, 2005

**VIA HAND DELIVERY**
Lisa Hourihan, Clerk
Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02210

RE:   John Walsh v. Boston University
      USDC No. 04-11240-RCL

Dear Ms. Hourihan:

Pursuant to your request, this letter serves to request the Court to schedule the Scheduling Conference in this matter for January 31, 2005, the date of the hearing for the Defendant's Partial Motion to Dismiss. As the motion is only for partial dismissal, the case will proceed even in the event the Court grants the Defendant's Partial Motion. In order to minimize the delay in commencing discovery, the Plaintiff seeks to have the Scheduling Conference as soon as possible.

The Defendant does not oppose this request.

Sincerely,

Rebecca G. Pontikes

RGP/s
Cc:   Lawrence Elswit, Esq. (via U.S. Mail)
      John Walsh (via U.S. Mail)