## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN WALSH, ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | | **CIVIL ACTION NO. 04-11240-RCL** |
| ) | | |
| TRUSTEES OF ) | | |
| BOSTON UNIVERSITY ) | | |
| Defendant. ) | | |

### PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINES

The Plaintiff respectfully moves the Court to extend the deadline for the discovery period, currently August 31, 2005, by sixty days, October 31, 2005. The Plaintiff also seeks to move the deadlines for expert discovery, and summary judgment up by sixty (60) days. As reasons for his Motion, the Plaintiff states that both he and the Defendant have not yet completed deposing three key players in the case, the Plaintiff, and Mr. Battaglino and Mr. Robillard, the Plaintiff's supervisors. Both the Plaintiff and the Defendant require an additional day to complete the depositions. In addition, the parties need additional time to address a few remaining issues relating to document discovery. Because of the respective schedules of both parties' counsel, they require an additional sixty (60) days to complete this process. Both parties are working together cooperatively to complete the discovery process. The Defendant assents to the Plaintiff's Motion.

The current deadlines are:

**August 31, 2005**—fact discovery

**September 30, 2005**—Plaintiff to disclose expert discovery

**October 28, 2005**—Defendant to disclose expert discovery

**November 30, 2005**—All discovery due

**December 21, 2005**—filing motions for summary judgment

**January 11, 2006**—filing oppositions for summary judgment

The Plaintiff proposes the following schedule (advanced by sixty (60) days):

**October 31, 2005**—fact discovery

**November 30, 2005**—Plaintiff to disclose expert discovery

**December 27, 2005**—Defendant to disclose expert discovery

**January 30, 2006**—All discovery due

**February 20, 2006**—filing motions for summary judgment

**March 13, 2006**—filing oppositions for summary judgment

                                    Respectfully submitted,

                                    JOHN WALSH,
                                    By his attorneys,

                                    __s/Rebecca G. Pontikes_____
                                    Shannon Liss-Riordan, BBO #640716
                                    Rebecca G. Pontikes BBO# 637157
                                    Pyle, Rome, Lichten & Ehrenberg,
                                        Liss-Riordan, P.C.
                                    18 Tremont St., Ste. 500
                                    Boston, MA 02108
Dated: August 31, 2005               (617) 367-7200

## CERTIFICATE OF SERVICE

    This is to certify that on August 31, 2005, a copy of the above document was served via facsimile and first class mail, upon Lawrence S. Elswit, Esq., Boston University, Office of the General Counsel, 125 Bay State Road, Boston, MA 02215.

                                      ___s/Rebecca G. Pontikes____
                                        Rebecca G. Pontikes