## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN WALSH,<br>       Plaintiff | )<br>)<br>)<br>) |  |
| v. | ) | CIVIL ACTION NO. 04-11240-RCL |
| TRUSTEES OF<br>BOSTON UNIVERSITY<br>       Defendant. | )<br>)<br>)<br>)<br>) |  |

### PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINES

The Plaintiff respectfully moves the Court to extend the current deadlines for expert discovery, and summary judgment by thirty (30) days. As reasons for his Motion, the Plaintiff states that the experts he intends to name require an additional time to complete the reports required by Rule 26 (a)(2)(B). Because of the respective needs of the Plaintiff's experts, the Plaintiff requires an additional thirty (30) days to disclose his experts. The Defendant assents to the Plaintiff's Motion.

**The current deadlines are:**

November 30, 2005—Plaintiff to disclose experts

December 27, 2005—Defendant to disclose experts

January 30, 2006—All discovery due

February 20, 2006—filing motions for summary judgment

March 13, 2006—filing oppositions for summary judgment

The Plaintiff proposes the following schedule (advanced by thirty (30) days):

December 30, 2005—Plaintiff to disclose experts

January 27, 2005—Defendant to disclose experts

February 30, 2006—All discovery due

March 20, 2006—filing motions for summary judgment

April 13, 2006—filing oppositions for summary judgment

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOHN WALSH, <br> By his attorneys, |
|  | ___s/Rebecca G. Pontikes_____ <br> Shannon Liss-Riordan, BBO #640716 <br> Rebecca G. Pontikes BBO# 637157 <br> Pyle, Rome, Lichten & Ehrenberg, <br>     Liss-Riordan, P.C. <br> 18 Tremont St., Ste. 500 <br> Boston, MA 02108 |
| Dated: November 29, 2005 | (617) 367-7200 |

**CERTIFICATE OF SERVICE**

    This is to certify that on November 29, 2005, a copy of the above document was served via first class mail, upon Lawrence S. Elswit, Esq., Boston University, Office of the General Counsel, 125 Bay State Road, Boston, MA 02215.

                                                ___s/Rebecca G. Pontikes____
                                                Rebecca G. Pontikes