UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 04-11240-RCL |
| TRUSTEES OF BOSTON UNIVERSITY, | ) ) ) |
| Defendant. | ) ) |

ASSENTED-TO MOTION FOR EXTENSION

Defendant Trustees of Boston University (the "University") submits this motion to extend the time within which to file its motion for summary judgment. The Court's November 30, 2005, docketing Order requires motions to be submitted by March 20, 2006. The University respectfully requests an extension until April 21, 2006. Appended to this motion is an affidavit explaining the circumstances supporting this request.

Counsel for the plaintiff has assented to this motion.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,
By its attorney,

/s/ Lawrence S. Elswit
Lawrence S. Elswit
(BBO #153900)
Boston University
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts  02215
Date:  March 3, 2006                                                                 (617) 353-2326

ASSENTED TO:

JOHN WALSH
By his attorney,


/s/ Rebecca G. Pontikes
Rebecca G. Pontikes
(BBO #637157)
Pyle, Rome, Lichten, Ehrenberg, & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, Massachusetts  02108
Date:  March 3, 2006                (617) 367-7200

- 2 -