# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH,  )  | |
|   Plaintiff,  )  | |
|       vs.  )  | CIVIL ACTION NO. 04-11240-RCL |
| TRUSTEES OF BOSTON UNIVERSITY,  )  | |
|   Defendant.  )  | |

<u>AFFIDAVIT OF LAWRENCE S. ELSWIT</u>

The affiant, Lawrence S. Elswit, being duly sworn, states:

1.      I represent Defendant Trustees of Boston University in the above-referenced case.

2.      My mother will be moving to a continuing care facility in the beginning of April. I have been traveling out of state, and will continue to do so during the next several weeks, to facilitate this process.  As a result, I will be unable to submit a motion for summary judgment by March 20, 2006, as required by the Court's most recent scheduling Order.

3.      For this reason, I respectfully request that the Court grant Boston University's motion for an extension of time within which to file a motion for summary judgment until April 21, 2006.

Further affiant sayeth not.

Subscribed and sworn under the penalties of perjury.


/s/ Lawrence S. Elswit
Lawrence S. Elswit


Date:  March 3, 2006