**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN WALSH, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|       vs. | )   CIVIL ACTION NO. 04-11240-RCL |
| | ) |
| TRUSTEES OF BOSTON UNIVERSITY, | ) |
| | ) |
|   Defendant. | ) |
| | ) |

<u>DEFENDANT TRUSTEES OF BOSTON UNIVERSITY'S</u>
<u>INDEX TO EXHIBITS</u>

<u>Exhibit</u>

1.       Index.

2.       Selected portions of the deposition of Plaintiff, John Walsh.

3.       Selected portions of the deposition of John Battaglino, Jr.

4.       Battaglino affidavit submitted to the MCAD, January 30, 2001.

5.       Selected portions of the deposition of Marc Robillard.

6.       Miscellaneous e-mails.

7.       Memorandum from Battaglino to Plaintiff, November 1, 2000.

8.       Memorandum from Battaglino to Plaintiff, December 5, 2000.

9.       Memorandum from Battaglino to Plaintiff, January 3, 2001.

10.      Memorandum from Battaglino to Plaintiff, January 5, 2001.

11.      Robillard affidavit submitted to the MCAD, January 30, 2001.

Exhibit

   12.        Plaintiff's first complaint to the MCAD, December 28, 2000.

   13.        Memorandum from Peter Cusato to Plaintiff, December 26, 2000.

   14.        First MCAD Decision, September 18, 2003.

   15.        Note from Steven Abreu, M.D., January 19, 2001.

   16.        Plaintiff's Time Off Requests (TORs), May 2001.

   17.        Plaintiff's attendance records, January-November 2001.

   18.        Note from Neil S. Gore, Ph.D., To Whom It May Concern, May 15, 2001.

   19.        Memorandum from Battaglino to Marilyn Walsh, May 15, 2001.

   20.        Dr. Gore's notes of therapy sessions with Plaintiff.

   21.        Self-Identification of Disabled and/or Veteran Status, May 22, 2001.

   22.        Expert Report of Neil S. Gore, Ph.D.

   23.        Expert Report of Steven Abreu, M.D.

   24.        Note from Dr. Abreu, August 22, 2001.

   25.        Letter from Robillard to Plaintiff, August 27, 2001.

   26.        Letter from Plaintiff to Marilyn Walsh, September 19, 2001.

   27.        Letter from Marilyn Walsh to Plaintiff, November 8, 2001.

   28.        Letter from Marilyn Walsh to Plaintiff, November 16, 2001.

   29.        Affidavit of Cheryl Barbanel, M.D., March 31, 2006.

   30.        Note from Dr. Abreu, October 1, 2001.

Exhibit

31.     Letter from Marilyn Walsh to Plaintiff, October 12, 2001.

32.     Letter from Plaintiff to Marilyn Walsh, November 16, 2001.

33.     Letter from Plaintiff to Dr. Barbanel, November 18, 2001.

34.     Certification of Health Care Provider.

35.     Letter from Robillard to Plaintiff, November 30, 2001.

36.     Plaintiff's second MCAD complaint, May 23, 2002.

37.     Second MCAD Decision, September 17, 2004.

38.     Occupational Health Center Records Release Form, September 12, 2001.

39.     Plaintiff's Answers to BU's First Set of Interrogatories, May 6, 2005.

40.     Time Off Request, August 2005.

41.     Letter from Manuel Monteiro to Plaintiff, May 24, 2001.

                    Respectfully submitted,

                    TRUSTEES OF BOSTON UNIVERSITY,
                    By its attorney,


                    s/Lawrence S. Elswit
                    Lawrence S. Elswit
                    (BBO #153900)
                    Boston University
                    Office of the General Counsel
                    125 Bay State Road
                    Boston, Massachusetts  02215
Date:  April 21, 2006        (617) 353-2326