## 46

1  September, and October of 2000.
2  Q. If you look right above the dateline, it says,
3  CC Marc Robillard?
4  A. Yes.
5  Q. Do you have a recollection of receiving this
6  memorandum?
7  A. No.
8  Q. Do you have any reason to contest you at some
9  point received this memorandum?
10  A. I believe I would have received it, yes.
11  Q. If you look at the dateline, there's a date
12  that's crossed out. The date 1/11/01 is crossed out and
13  the date 11/1/00 is written in.
14       Do you have any recollection if that was
15  crossed out and written in at the time you received this
16  memorandum?
17  A. No.
18  Q. Did you ask Mr. Battaglino to copy you on this
19  memorandum?
20  A. No.
21  Q. Do you know why Mr. Battaglino copied you on
22  this memorandum?
23  A. No.
24  Q. If I asked you this question, I'm sorry: Do

## 47

1  have any recollection when you received this memorandum?
2  A. No.
3  Q. Do you know if you received the memoranda from
4  Mr. Battaglino regarding Mr. Walsh prior to the receipt
5  of what's been marked as Exhibit 2?
6  A. Can you repeat that question?
7  Q. Sure.
8       Do you know before receiving what's been
9  marked as Exhibit 2, you received a memoranda previously
10  from Mr. Battaglino regarding Mr. Walsh?
11  A. Yes.
12  Q. Do you recall when you received those previous
13  memoranda?
14  A. No.
15  Q. Did you ever ask Mr. Battaglino to begin to,
16  at some point, begin copying you on memoranda regarding
17  Mr. Walsh?
18  A. No.
19  Q. Did Mr. Battaglino ever ask you if he could
20  copy you on memoranda on Mr. Walsh?
21  A. I don't remember.
22  Q. When you say, You don't remember, do you think
23  Mr. Battaglino did actually request or ask to copy you
24  on memoranda regarding Mr. Walsh?

## 48

1  A. I don't know if he asked me that.
2  Q. Do you recall if Mr. Battaglino copied you on
3  memoranda from the very beginning of his employment from
4  June of 2000?
5  A. I don't remember.
6  Q. Did Mr. Battaglino begin to copy you on
7  memoranda towards the end of the year in 2000?
8  A. Did he begin to copy me?
9  Q. Mm-hmm.
10  A. I don't know.
11  Q. When you received what's been marked as
12  Exhibit 2 did you speak to Mr. Battaglino about it?
13  A. I don't have any recollection or remember
14  speaking to Mr. Battaglino about it.
15  Q. Did you speak to Mr. Walsh about it?
16  A. No.
17  Q. What did you do when you received Exhibit 2?
18  A. What did I do?
19  Q. If you did anything.
20  A. I don't know what I did.
21  Q. Where did you put Exhibit 2 after you received
22  it?
23  A. I don't know.
24  Q. Did you send it to personnel?

## 49

1  A. No.
2  Q. Did you keep it somewhere in your office?
3  A. I don't know.
4  Q. When you received Exhibit 2, did what was
5  written in Exhibit 2 cause you concern?
6  A. Yes.
7  Q. Did you express that concern to anybody?
8  A. No.
9  Q. Why not?
10  A. I don't know.
11  Q. Had you and Mr. Battaglino spoken about the
12  subject of Exhibit 2 before you received Exhibit 2 from
13  Mr. Battaglino?
14  A. Mr. Battaglino and I talked about the need to
15  reconcile all of our residential safety managers and
16  supervisors' leave records. I don't know if he
17  specifically talked about this subject in this
18  memorandum, but we talked about the need to clarify all
19  the records, all the leave records.
20  Q. Is it fair to say you recall speaking to
21  Mr. Battaglino about clarifying leave records, but
22  specifically not Mr. Walsh's leave records?
23  A. I don't remember if we had a specific
24  conversation about Mr. Walsh's leave records.

13 (Pages 46 to 49)

50

1    Q.  Was the receipt of Exhibit 2 the first time
2  that you learned that there was an issue with
3  Mr. Walsh's vacation accrual?
4    A.  No.
5    Q.  I'm sorry?
6    A.  No.
7    Q.  Do you remember when the first time was that
8  you learned there was an issue with Mr. Walsh's vacation
9  accrual?
10    A.  In June of 2000, Mr. Walsh and I and
11  Mr. Battaglino and a residential safety supervisor met
12  with Mr. Peter Cusato, who is the vice president for
13  business affairs.  In that conversation Mr. Walsh and
14  other members of our staff mentioned this concern about
15  the accuracy of their time record, leave records.
16    Q.  And is that what led to your discussing with
17  Mr. Battaglino straightening out issues with leave
18  records?
19    A.  Yes.
20    Q.  Prior to receiving Exhibit 2, had Mr. Walsh
21  spoken to you about his vacation accrual?
22    A.  I don't remember if he did or not.
23    Q.  Was the meeting with Mr. Cusato regarding
24  anything else other than the accuracy of the records,

51

1  leave records?
2    A.  Yes.
3    Q.  Was there a regular meeting with Mr. Cusato?
4    A.  No.
5    Q.  Was Mr. Cusato specifically called to discuss
6  the accuracy of the leave records?
7    A.  No.
8    Q.  Mr. Battaglino was at the meeting with
9  Mr. Cusato?
10    A.  Yes.
11    Q.  After the meeting with Mr. Cusato, was there a
12  plan of action developed about how to fix the accuracy
13  of the leave records?
14    A.  After the meeting with Mr. Cusato,
15  Mr. Battaglino made a commitment to the residential
16  safety supervisors and Mr. Walsh to bring all the leave
17  records up to date.
18    Q.  After you received Exhibit 2, did you think
19  Mr. Walsh was not cooperating with Mr. Battaglino?
20    A.  Yes.
21    Q.  Did you do anything about Mr. Walsh -- your
22  perception Mr. Walsh was not cooperating with
23  Mr. Battaglino?
24    A.  No.

52

1    Q.  Why not?
2    A.  I don't know.
3    Q.  After you received Exhibit 2, did
4  Mr. Battaglino ask you to intervene with him and
5  Mr. Walsh regarding what was the subject of Exhibit 2,
6  the memo?
7    A.  No.
8    Q.  Did Mr. Battaglino approach you at all after
9  your receipt of Exhibit 2 about the subject matter of
10  Exhibit 2?
11    A.  I don't remember if he did or not.
12    Q.  If I asked you this question, I apologize.  I
13  don't think I wrote it down, so I don't remember your
14  answer.
15        After you received Exhibit 2, did you
16  discuss the subject matter of it with anybody?
17    A.  No.
18    Q.  Take a look at Exhibit 3 for me, please.
19        (Witness reviewing document)
20  BY MS. PONTIKES:
21    Q.  Have you had a chance to look at Exhibit 3?
22    A.  Yes.
23    Q.  Do you recognize Exhibit 3?
24    A.  Yes.

53

1    Q.  And have you seen that before today?
2    A.  Yes.
3    Q.  Can you state what Exhibit 3 is, for the
4  record, please?
5    A.  It's a memorandum from John Battaglino to Jack
6  Walsh concerning an e-mail that Mr. Walsh sent
7  Mr. Battaglino, and then requesting his cooperation in
8  doing his time-off requests.
9    Q.  And you're CC'd on this memorandum; is that
10  correct?
11    A.  Yes.
12    Q.  And again, under the date, there's a 1/11/01
13  is crossed out and written in is 12/5/00.  Do you recall
14  when -- actually I should really back up.
15        Do you recall when you received this
16  memorandum if the 1/11/01 was crossed out and the
17  12/5/00 was written there?
18    A.  It was not there.
19    Q.  I'm sorry, what was not there?
20    A.  Could you restate the question?  I think I was
21  trying to answer a question I was anticipating.
22    Q.  Let me back up and ask you:  Do you have a
23  recollection of receiving Exhibit 3?
24    A.  Yes.

**Page 58**

1  received it?
2  A. No, I don't recall why.
3  Q. Between the time you received Exhibit 2 and
4  the time you received Exhibit 3, was your concern about
5  what was going on between Mr. Walsh and Mr. Battaglino
6  increasing?
7  A. I don't know if it was increasing or not.
8  Q. Did you speak to Mr. Walsh about the subject
9  matter of Exhibit 3?
10 A. Not that I remember.
11 Q. Do you recall if Mr. Walsh sought you out to
12 speak with you about Exhibit 3?
13 A. Not that I remember.
14 Q. Did you show Exhibit 3 to anyone above you
15 that you report to?
16 A. Not that I remember.
17 Q. Look at the third paragraph of Exhibit 3.
18         (Witness reviewing document)
19 BY MS. PONTIKES:
20 Q. Is it fair to say the third paragraph of
21 Exhibit 3 concerns time being taken off?
22         (Witness reviewing document)
23 A. I would characterize it as questions about
24 completing the time-off records.

**Page 59**

1  Q. When you received Exhibit 3, was your concern
2  related at all to Mr. Walsh taking too much time off?
3  A. No, not at the time.
4  Q. Let me back up. When you received Exhibit 2,
5  was your concern related at all to Mr. Walsh taking too
6  much time off?
7  A. No.
8  Q. What was your concern related to with
9  Exhibit 3?
10 A. I thought it was silly that a grown man won't
11 complete his records or produce the documentation that
12 shows that they're inaccurate.
13 Q. I may have asked you this. I forget if I
14 asked you about this now: What was your concern with
15 Exhibit 2?
16 A. My concern was Exhibit 2 was just that we
17 complete the process of the reconciliation of all the
18 time-off requests. And this was the only -- Jack's was
19 the only request within the unit, the safety unit, that
20 had not been agreed upon.
21 Q. At the time of Exhibit 2?
22 A. Yes.
23 Q. You received, or at least everyone else was
24 taken care of, at the time of Exhibit 2?

**Page 60**

1  A. Yes.
2  Q. And how did you know that?
3  A. Because the completed documents were given to
4  me signed off by the supervisory staff.
5  Q. So the completed leave records were supposed
6  to go to you; is that right?
7  A. Once they're all reconciled and once they're
8  all signed off, I file them in my office.
9  Q. Is that part of your normal duties?
10 A. Yes.
11 Q. Did you ever approach Mr. Walsh to ask him why
12 he was not completing his time records?
13 A. Not that I remember.
14 Q. After the receipt of Exhibit 1, did you give
15 any directives to Mr. Battaglino about how to handle the
16 situation?
17 A. After Exhibit 1, no.
18 Q. I'm sorry, after Exhibit 2, I'm sorry. After
19 the first memorandum after Exhibit 2?
20 A. Not that I remember.
21 Q. After you received Exhibit 3, did you give
22 Mr. Battaglino any directives about how to handle --
23 A. Not that I remember.
24 Q. -- the situation?

**Page 61**

1      Did you ever speak to Mr. Walsh about how
2  you thought it was silly that he would not complete the
3  reconciliation?
4  A. Not that I remember.
5  Q. Would you flip over to Exhibit 4?
6         (Witness doing as requested)
7         (Witness reviewing document)
8  A. Okay.
9  Q. Have you had a chance to review what's been
10 marked as Exhibit 4?
11 A. Yes.
12 Q. Do you recognize Exhibit 4?
13 A. Yes.
14 Q. Have you seen Exhibit 4 before today?
15 A. Yes.
16 Q. Can you identify Exhibit 4, for the record,
17 please?
18 A. It's a communication between John Battaglino
19 and Jack Walsh concerning job responsibilities.
20 Q. And the date on this memorandum is January
21 3rd, 2001; is that correct?
22 A. Yes.
23 Q. Do you have a memory of receiving this
24 memorandum?

Marc Robillard 4-7-2005
John Walsh v. Trustees of Boston University

70

1   Q. So you don't know if somebody told you?
2   A. No, I don't remember the context to that. It
3   was announced that the complaint had been filed.
4   Q. Did you receive a complaint at some point?
5   A. Yes.
6   Q. Do you recall when that was?
7   A. No, I don't.
8   Q. Would it be fair to say at the time you got
9   this memo you read the memo?
10  A. I don't recall getting it.
11  Q. I understand. But you previously testified
12  you don't dispute that you got it; is that correct?
13  A. That's correct, I don't dispute that I got it.
14  Q. Would you have read this memo when you got it?
15  A. Yes.
16  Q. So is it fair to say you would have read this
17  sentence in the paragraph on page two that says, You
18  suggested my response to your behavior is in retaliation
19  to your MCAD claim?
20  A. That's correct.
21  Q. So after reading that sentence you would have
22  known there was a complaint at the Commission Against
23  Discrimination?
24  A. No, I wouldn't have known that. I would have

71

1   known that there was a complaint from Mr. Walsh that he
2   felt that John was retaliating based on a MCAD
3   complaint.
4   Q. I assume since you don't recall getting
5   Exhibit 5, you probably also don't recall if you spoke
6   to Mr. Battaglino about the subject matter of Exhibit 5?
7   A. I don't recall a specific conversation with
8   him, no.
9   Q. When you received memoranda like Exhibit 5, do
10  you have a practice with what you do with them?
11  A. No.
12  Q. Do you think you might have thrown Exhibit 5
13  away?
14  A. I don't know what to think.
15  Q. Okay; fair enough.
16      So you don't recall taking any action
17  after receiving Exhibit 5?
18  A. No, I don't.
19  Q. Do you recall if Mr. Walsh ever approached you
20  to discuss the subject matter of Exhibit 5?
21  A. No, I don't.
22  Q. Do you recall in January of 2001 being
23  concerned about the way Mr. Battaglino was interacting
24  with Mr. Walsh?

72

1   A. In January of 2001. I was very concerned with
2   Mr. Walsh's and Mr. Battaglino's interactions.
3   Q. Had you become more concerned from the time
4   you received Exhibit 2 to the time you received
5   Exhibit 5?
6   A. Yes.
7   Q. And what was it that was concerning you in
8   January of 2001?
9   A. There were a lot of things. The most
10  important is that in December of 2000, Mr. Walsh and I
11  met with Mr. Cusato, who is my immediate supervisor and
12  vice president of business affairs, to discuss
13  Mr. Walsh's -- Some of Mr. Walsh's concerns about the
14  running of the department and his interactions with
15  Mr. Battaglino.
16  Q. Is there anything else that concerned you in
17  January of 2001?
18  A. No.
19      (Exhibit 12 Marked for Identification)
20  BY MS. PONTIKES:
21  Q. I'm going to put a document in front of you
22  that has been marked as Exhibit 12. Take a look at that
23  and tell me if you recognize it?
24      (Witness reviewing document)

73

1   A. Okay.
2   Q. Do you recognize Exhibit 12?
3   A. Yes, I do.
4   Q. This is a memo to Mr. Walsh from Mr. Cusato
5   dated December 26, 2000?
6   A. Yes.
7   Q. And on the second page it shows you were
8   copied?
9   A. Yes, it does.
10  Q. Do you recall receiving this memorandum?
11  A. Yes, I do.
12  Q. Was this memorandum sent out after the meeting
13  that you just testified about with Mr. Walsh, yourself,
14  and Mr. Battaglino and Mr. Cusato?
15  A. Mr. Battaglino was not at that meeting.
16  Q. Oh, Mr. Battaglino was not at that meeting.
17  Okay, I'm sorry; so let me rephrase that question.
18      Was this memorandum issued after your
19  meeting with Mr. Walsh and Mr. Cusato?
20  A. Yes.
21  Q. Is this a disciplinary memorandum?
22  A. No.
23  Q. Who called the meeting on December 26, 2000?
24  A. Mr. Walsh requested the meeting and I set it

19 (Pages 70 to 73)

## 122

1  August 27, 2001; is that correct?
2  A.  Correct.
3  Q.  Did you send Exhibit 17 with Exhibit 18?
4  A.  I don't recall if that's the exact form I
5  sent.
6  Q.  But it was a medical release of some sort?
7  A.  Yes.
8  Q.  Do you know if after -- strike that.
9      On Exhibit 17 at the bottom you see on
10 the signature line it says a signature, Mr. Walsh's
11 signature?
12 A.  Yes.
13 Q.  At some time after Mr. Walsh signed this
14 document did you know if anyone from B.U. spoke to
15 Mr. Walsh's doctor?
16 A.  I don't know.
17 Q.  Did you ever receive any medical documentation
18 as you're requesting through the release?
19 A.  I did not.
20 Q.  Do you know if anyone did?
21 A.  I don't know if they received it in the
22 context of this request.
23 Q.  At some point someone got medical
24 documentation?

## 123

1  A.  Yes.
2      (Exhibit 19 Marked for Identification)
3  BY MS. PONTIKES:
4  Q.  I put what's been marked as Exhibit 19 in
5  front of you.  Is this the documentation that was
6  received?
7      (Witness reviewing document)
8  A.  I don't know.
9  Q.  Did Mr. Walsh return to work on restricted
10 duty after September 1st, 2001?
11 A.  He came to work and we sent him home.
12 Q.  After you sent him home, when was the next
13 time he came back to work?
14 A.  The end of November.
15 Q.  And why was he out of work for so long?
16 A.  The University, meaning me and Marilyn Walsh,
17 and Office of Personnel, had not received sufficient
18 medical documentation to support Mr. Walsh's -- pardon
19 me, we did not receive sufficient medical documentation
20 to support my request in the August 27 letter to
21 indicate he was capable of coming back to work.
22 Q.  Is Exhibit 19 insufficient -- hang on one
23 second before I ask you that question.
24      Exhibit 19 is dated October 1st, 2001; is

## 124

1  that right?
2  A.  Yes.
3  Q.  Was Exhibit 19 insufficient to meet your
4  needs?
5  A.  Yes.
6  Q.  Can you explain why?
7  A.  It doesn't state that he's able to come back
8  to work full time.
9  Q.  Exhibit 1, if you could take a look at that,
10 please?
11     (Witness reviewing document)
12 A.  Yes, I have Exhibit 1.
13 Q.  See the second sentence it says he may then
14 return to restricted duty; do you see that?
15 A.  Yes.
16 Q.  Did you inquire of anyone what restricted duty
17 meant?
18 A.  No.
19 Q.  Do you know if anyone from B.U. asked
20 Dr. Abreu what restricted duty meant?
21 A.  I don't know.
22 Q.  When you read Exhibit 1, did you understand
23 that Mr. Walsh could work, but had restrictions?
24 A.  No.

## 125

1  Q.  After reading Exhibit 1 did you think
2  Mr. Walsh could simply not work at all?
3  A.  I had no idea what he could or could not do.
4  Q.  Did you ask Mr. Walsh about this?
5  A.  No.
6  Q.  Do you know if anyone spoke to Mr. Walsh's
7  doctor, Stephen Abreu, about what Mr. Walsh could or
8  could not do?
9  A.  I don't know.
10 Q.  While Mr. Walsh was out of work after
11 August 22, 2001 was this a suspension?
12 A.  I would not characterize it as a suspension.
13 Q.  How would you characterize it?
14 A.  That he was out with pay until he could prove
15 to us that he could come back and do his job.
16 Q.  Was this a paid -- well, strike that.
17     So is it fair to say Mr. Walsh was out
18 for medical reasons between August 22nd, 2001 and the
19 day he returned to work in November?
20 A.  No, I wouldn't say medical reasons.
21 Q.  What made you think that Mr. Walsh was not
22 capable of doing his job?
23 A.  Because I didn't know what restricted duty
24 meant.  I'm not sure Mr. Abreu knew what Mr. Walsh's job

32 (Pages 122 to 125)