Subject: Vacation request
Date: Tue, 24 Oct 2000 15:26:11 +0100
From: John Battaglino <jbattag@bu.edu>
Organization: Boston University
To: Jack Walsh <jbwrs@bu.edu>
BCC: Marc Robillard <robillrd@bu.edu>

Jack,

This morning, you left a message on my voice mail stating that you were requesting time off to work at the hospital. Perhaps I misunderstood, but I thought you were planning on leaving a time off request in my box. Anyway, I will record that you did take this afternoon off.

Also, on your time off request dated October 2, 2000 you requested a full days off for October 17, 2000 and October 18, 2000. However, you were here in the morning of the 18th, so I only recorded half a vacation day. In addition, you attended the supervisors on the 17th, so I recorded half a vacation day there as well.

I know you do not agree with your vacation balance, but I am trying to accurately record all time off. Please, help me in this effort by clearly communicating all time off requests and any changes to those requests. As always, you are welcome to request a copy of my records pertaining to your time off and accrued vacation/sick balances. Ideally, we can settle this matter and proceed with the effective system I have implemented which accurately records all time off and maintains your vacation/sick accrual balances monthly.

John B.

**Subject:** Re: TOR Reconcilation
**Date:** Wed, 15 Nov 2000 14:10:40 +0100
**From:** John Battaglino <jbattag@bu.edu>
**Organization:** Boston University
**To:** Jack Walsh <jbwrs@bu.edu>
**References:** 1

Jack,

I am still looking for information regarding time-off. Please, review the days I have listed as time-off on each summary and either verify or dispute the validity. I would like all four months (July, August, September, and October) reviewed by this Friday. As I mentioned nearly two weeks ago, you do not have to agree with the balance, just verify that the days are correct.

Thank you,
John

Jack Walsh wrote:

> John:
>
> Since you ordered (4:40 p.m.) Oct.'s reconcilation to be completed
> before I left; I made the attempt, but was missing info. I went home to
> find it, and I'm sure it is down my folks.
>
> I will not be ther until this weekend, and will forward it thereafter.
>
> jbw

Subject: jbu 1/9/01
Date: Tue, 09 Jan 2001 22:46:01 -0400
From: Jack Walsh <jbwrs@bu.edu>
Organization: Boston University
To: jbattag@bu.edu

John:

I placed another TOR for yesterday day. I'm not sure of the original date, but it probably is not an issue.

Another TOR has been placed: as I need to take some time off.

As in EVERY big event at this University I will make myself available ( including this Sunday day, if necessary) if the need arises.

Unfortunately, after today's events this request is a necessity.

jbwalsh

**Subject:** Keys  
**Date:** Wed, 10 Jan 2001 11:31:01 -0400  
**From:** Jack Walsh <jbwrs@bu.edu>  
**Organization:** Boston University  
**To:** jbattag@bu.edu

John:

Upon you embarrassing me with a public accusation of acquiring a key from anyone but you, and following it up with untrue statements of me "printing up my own keys" to even another party, I turned over the keyring that HAS ALWAYS been in my top left hand draw.

At this point I need those keys returned ( you can remove whatever you like ) because I cannot supervise without them.

Thanks you for your attention in this matter.

jbw

**Subject:** [Fwd: Jack Walsh]
**Date:** Fri, 12 Jan 2001 16:56:11 -0400
**From:** Jack Walsh <jbwrs@bu.edu>
**Organization:** Boston University
**To:** jbattag@bu.edu



John:

The following memo I asked Al to send you to let you know that despite our differences; I am still "minding the fort." Another reason for me having Al send that note was so that I wouldn't experience another "Battaglino
Surprise ( Set-Up). Like the keys. Now I get a return of four only after I ask Al to write.

The time I took off ( Wednesday at 2:15 p.m.), and Thursday ( but I made sure all operations were moving smoothly) was purely for B.U.  The TOR for 1/9/01 was submitted pre-Christmas by another Supervisor, and yet returned after the first of the year with a different date.

I received your memo today dated 1/12/01. The content with regards to your concern for my health are "hogwash."
You have gone out of your way to make my life miserable, and things were not moving as smoothly as you'd like to portray. Allow me to make this clear...sometimes they don't run smoothly when I run them also, so I am not even suggesting that my presence would have made much of a difference.

As you note  "the supervisor can contact you", and I was trying to be pro-active.

Your second paragraph is quite simply untrue. I have always and will continue to respect the needs of our staff to enjoy their personal and private time. Someone is lying to you. I suggest that you CHALLENGE them to make the same statement in my presence.

In early  October we had a similar conversation where you told me that "all the supervisors were upset with me."
I challenged you, told you we could talk to them, ( I did ), etc.
John....once again you're reaching...

I asked Roberta, she didn't have a problem. We did have massive scheduling conflicts, as well as employees
saying that Roberta did not tell them a # of things ( for instance wether they were working last Saturday on forced time-remember you wouldn't answer my e-mail), so I called for verification. She told me that there was not a problem both than and today. I'll check with the others, apologize, and get back to you.

jbw

---

**Subject:** Jack Walsh
**Date:** Thu, 11 Jan 2001 17:53:27 -0400
**From:** Housing Employee <weetamoo@bu.edu>
**To:** jbattag@bu.edu
**CC:** jbwrs@bu.edu

John: Jack Walsh called to say that he had talked with all the security stations and
the mailrooms.

He will need his keys back, as he is supervising the friday 4-12 shift, tomorrow, 1-12-01.

Al

**Subject:** Re: [Fwd: Jack Walsh]
**Date:** Thu, 18 Jan 2001 13:45:18 -0400
**From:** Jack Walsh <jbwrs@bu.edu>
**Organization:** Boston University
**To:** John Battaglino <jbattag@bu.edu>
**CC:** Marc Robillard <robillrd@bu.edu>
**References:** 1, 2

1/18/01

John:

I will not waste your time, but when you term my observations as laughable I beg to differ. Considering
some of the accusations that you have levied I want you, Marc, Peter, Manuel, Joe Mercurio, John Wesley,
and the Board to realize your statements and recalls of the facts are not complete and deceptive in nature.

It is important to realize that my letter went out to you so that your memo of 1/12/01, so that there were no confusion as to my disagreement with your interpretation. I understand that I am " an employee at will ", and that means your will, so I am being careful ( despite your harassment ) to perform to the best of my abilities.

It is disingenuous for you to tell me that " I do appreciate your efforts", when your actions, lack of response, shift changes ( Babak and Marc have both written me that I am the M-F anchor, and that the day supervisor would work the off-shift), There have been a # of times that you have canceled my approved time off because you determined it was necessary for me to be here. In your letter you mention that you can contact me.

On paragraph two... I checked with each supervisor, and none of them had a problem with me contacting them at home if the need arises. After, I've been available to them 24/7. Even Roberta didn't see a problem, and most of the contact had to be made to her because of misunderstanding in the scheduling. Quite simply I think the evidence will show we are doing "makeups" with Roberta because we did not address a # of sensitive issues before. You are well aware of this from information : and the sentiments are shared by the supervisors.

I wanted it recorded that despite the fact you write:I will get your requests to you in a more timely manner, that wasn't the case on a request turned in a week before Christmas, but not returned until the New Year. ( that happens, but it is backdated!)

My "ridiculous" accusations may just be laughable as you suggest, but I suggest that they are real. Another case in point was this was the second time in the last quarter that you spoke of "all the supervisors complaining", and that is a lie.

Rest assure your directives will be obeyed

1.) I'm waiting for a return call from Joe Valenti. Previously, he had said that it would take approx. 5 days
    to come out with loaners. There is no 01 on the wheel, so it is a service call.

2.) A replacement tag is being ordered for John Latora. A temp has been made up, with a note to Gene to
    deliver this to John. A conversation was held with John regarding the importance of wearing an identi-
    fication. He had lost his first one.

3.) All supervisors have been contacted about getting out all the new Personnel Information Forms. This process
     continues.

4. Located two flashlights. Securing the batteries. Will re-inform supervisors, so that they are prepared.

5. The system was down all weekend. I was beeped off duty ( happens to me all the time). This was a problem
    that I believe started Friday evening. There were a message from me to you to call Nasim Khan Friday after-
    noon. On Saturday when Brian called...I had him contact Babak, who was on campus. Babak said that he

    was suppose to hear back from Roberta, if the problem had not been corrected, and since he hadn't heard
      from Roberta; he assumed all was well. ( Of course I was not privy to that conversation..just the messenger)
      Babak could surely provide more details.

6. All supervisors have been contacted and asked to commit to writing the employee response to training. Gene
    Dalton said that he has done this, and is passing it on. The others will follow.

7. Tony Davidchick assignment. Duty complete, but I must raise an objection. I'm told by the V.P. of Personnel
    that he is highly involved, the division director ( Marc ) and division V.P. ( Cusato) write to me ( you were
    cced) accusing me of starting trouble, spreading rumors, and ordering me to stay out of it. Let the
    professional handle it. This was because we had attempted to hide the "gun comments" from the police, and
    I would have none of that.

    So whose direction do I follow? Your boss? His boss? I chose to do as you directed only so an excuse would
    not be used to "paint me as uncooperative."

    I spoke with Tony, and explained that we thought it was best for him to stay at Rich. He told me that had talked
    to Union President Frank Tar who informed him that the Union Contract ( Article 10 ) allows us to assign him
    where we see fit for a 3 month period. On 3/18/01 he is expecting to be re-assigned. No promises were made
    here.


JBW



John Battalion wrote:

> Jack:
>
> Enough with the silly banter back and forth.  The accusations are ridiculous
> and our energy could be spent in a far more productive manner.  This is
> certainly a stressful time for all of us, but we must continue to do our
> jobs.  In addition, you will need to communicate directly with me and not
> through a supervisor.  If you can not do this for whatever reason, please let
> me know immediately.
>
> As for business, please take care of the following.
>
> *    Find out if we can replace the date wheel on the time clocks that will
> not register the year 2001.  If so, place the service call to Joe Valenti.
> If not, order 3 new time clocks.  (see Gene's rounds report dated 01/14/01)
> *    Order replacement name tag for John Latora (see Gene's rounds report
> dated 01/14/01)
> *    I received a number of updated Personnel Information Forms.  Were all
> the security assistants given this form to update?  If not, make sure they
> are.  In addition, ask all security assistants for updated overtime
> availability information.
> *    Make sure we have a few working flashlights in the office and extra
> batteries.  (see Gene's rounds report dated 01/15/01)
> *    I got your note stating that the system was down on 01/15/01.  Please
> give me more details ie; when did it go down, what stations were affected,
> how was it reported, what did you do in response, when was the problem
> corrected.
> *    There are many supervisor comments regarding discussions relating to the
> training session.  Please ask the supervisors to give details regarding those
> conversations while they are fresh in their minds.  Any comments, criticism,
> and/or suggestions will be helpful.
> *    Respond to Tony Davidchick's concerns. (see Gene's rounds report dated
> 01/15/01).  For the time being, we think it is best that Tony remains at Rich
> Hall.
>
> Jack Walsh wrote:
>