```
> > John:
> >
> > The following memo I asked Al to send you to let you know that despite
> > our differences; I am still "minding the fort." Another reason for me
> > having Al send that note was so that I wouldn't experience another
> > "Battaglino
> > Surprise ( Set-Up). Like the keys. Now I get a return of four only after
> > I ask Al to write.
> >
> > The time I took off ( Wednesday at 2:15 p.m.), and Thursday ( but I made
> > sure all operations were moving smoothly) was purely for B.U.  The TOR
> > for 1/9/01 was submitted pre-Christmas by another Supervisor,
> > and yet returned after the first of the year with a different date.
> >
> > I received your memo today dated 1/12/01. The content with regards to
> > your concern for my health are "hogwash."
> > You have gone out of your way to make my life miserable, and things were
> > not moving as smoothly as you'd like to portray. Allow me to make this
> > clear...sometimes they don't run smoothly when I run them also, so I am
> > not even suggesting that my presence would have made much of a
> > difference.
> >
> > As you note  "the supervisor can contact you", and I was trying to be
> > pro-active.
> >
> > Your second paragraph is quite simply untrue. I have always and will
> > continue to respect the needs of our staff to enjoy their personal and
> > private time. Someone is lying to you. I suggest that you CHALLENGE them
> > to make the same statement in my presence.
> >
> > In early  October we had a similar conversation where you told me that
> > "all the supervisors were upset with me."
> > I challenged you, told you we could talk to them, ( I did ), etc.
> > John...once again you're reaching.
> >
> > I asked Roberta, she didn't have a problem. We did have massive
> > scheduling conflicts, as well as employees
> > saying that Roberta did not tell them a # of things ( for instance
> > wether they were working last Saturday on forced time-remember you
> > wouldn't answer my e-mail), so I called for verification. She told me
> > that there was not a problem both than and today. I'll check with the
> > others, apologize, and get back to you.
> >
> > jbw
> >
> > --------------------------------------------------------------------
> >
> > Subject: Jack Walsh
> > Date: Thu, 11 Jan 2001 17:53:27 -0400
> > From: Housing Employee <weetamoo@bu.edu>
> > To: jbattag@bu.edu
> > CC: jbwrs@bu.edu
> >
> > John: Jack Walsh called to say that he had talked with all the security
> > stations and
> > the mailrooms.
> >
> > He will need his keys back, as he is supervising the friday 4-12 shift,
> > tomorrow, 1-12-01.
> >
> > Al
```

BU 0292

mailbox:/HOUSING1.DATA/HOME/JBATTAGLINO/email/JBU?id=
3A672B9C.38290A12%40bu.edu&number=350510

Subject: **TORs Informational**
Date: Fri, 20 Apr 2001 13:12:34 -0400
From: Jack Walsh <jbwrs@bu.edu>
Organization: Boston University
To: jbattag@bu.edu

John:

Thank you for the approval of time.

One of my Doctor's has extended the length of visits, but I've been making multiple appointments on that same Tuesday figuring this effects the operation less. ( it also does not lead to the appearrance of a long weekend), and
minimize my absence.

At the same time I needed to make some appointments with the only time available being Thursday. On the slip I've submitted I made them p.m. only, so I could attend any divisional meetings. On 5/30 ( Wednesday) I am
having a "kidney stone procedure". Since this is a Wednesday I have not submitted any TOR. I hope to change the time to a Tuesday, or latter on Thursday.

I am not sure if I submitted a TOR for next Tuesday. As a pre-caution ( I do not think I did ), I have put one in your box.

Please let me know if this or any time presents a problem to the operation and I will make the change ( i.e. valentine's day, etc.) If you'd prefer this handled another way..let me know.

Thank you for any consideration.

jbw

For graduation Marc usually uses the other department managers, as well as all Asst./Assoc. Directors. In our department ( probably because we are a 24/7 operation )it has not been a requirement, unless the division is short
on reps. I have worked 4 out of the last 6. When time allows, if you let me know I will keep the supervisors posted; if he/you have a need.

**Subject:** TORS  
**Date:** Wed, 02 May 2001 16:07:58 -0400  
**From:** Jack Walsh <jbwrs@bu.edu>  
**Organization:** Boston University  
**To:** jbattag@bu.edu

John:

As a fyi:

Roberta was looking to leave this afternoon around 1 p.m. Al has too drop some family members off at the airport, so he may be alittle late. I told both I can take the coverage, but if the need arises you'll know.

I also have submitted a pretty big TOR for May. As a precaution I listed the dates where I have appointments, treatment, etc. As a continued pre-caution I have made my plans w/ ~~same day multiple appointments, as~~ well as to schedule mid-week versus M&F to avoid any "long weekend appearrances."

Some of the appointments depend on others getting done, so the time may actually be less. In that case I will submit a "cancelled TOR."

Hopefully, none of the times will create any difficulty ( i.e. midweek, not on meeting days, not on the day after graduation ( dorms close), or the regular closing (16th), but if it does I will make the adjustments.

Thank you for the consideration.

jbw

#3

Subject: Re: TORS
Date: Thu, 03 May 2001 16:57:17 +0100
From: John Battaglino <jbattag@bu.edu>
Organization: Boston University
To: Jack Walsh <jbwrs@bu.edu>
BCC: Marc Robillard <robillrd@bu.edu>
References: 1

Jack:

Presently, you have requested time-off on 16 of the possible 22 working days in May. Unfortunately, I can not accommodate your latest request. You may or may not be aware that Verdis is leaving on May 15th. In addition, we are losing more and more of our student staff each day and the mail rooms continue to be an extremely heavy load for Roberta. Please, make the necessary changes to your personal schedule in order to be in the office as much as possible. Let me know as soon as possible if you can not change any of your appointments.

John

Jack Walsh wrote:

> John:
>
> As a fyi:
>
> Roberta was looking to leave this afternoon around 1 p.m. Al has too
> drop some family members off at the airport, so he may be alittle late.
> I told both I can take the coverage, but if the need arises you'll know.
>
> I also have submitted a pretty big TOR for May. As a precaution I listed
> the dates where I have appointments, treatment, etc. As a continued
> pre-caution I have made my plans w/ same day multiple appointments, as
> well
> as to schedule mid-week versus M&F to avoid any "long weekend
> appearrances."
>
> Some of the appointments depend on others getting done, so the time may
> actually be less. In that case I will submit a "cancelled TOR."
>
> Hopefully, none of the times will create any difficulty ( i.e. midweek,
> not on meeting days, not on the day after graduation ( dorms close), or
> the regular closing (16th), but if it does I will make the adjustments.
>
> Thank you for the consideration.
>
> jbw

```
   Subject: Re: TORS
      Date: Thu, 03 May 2001 16:57:17 +0100
      From: John Battaglino <jbattag@bu.edu>
Organization: Boston University
        To: Jack Walsh <jbwrs@bu.edu>
       BCC: Marc Robillard <robillrd@bu.edu>
References: 1
```

Jack:

Presently, you have requested time-off on 16 of the possible 22 working days in May. Unfortunately, I can not accommodate your latest request. You may or may not be aware that Verdis is leaving on May 15th. In addition, we are losing more and more of our student staff each day and the mail rooms continue to be an extremely heavy load for Roberta. Please, make the necessary changes to your personal schedule in order to be in the office as much as possible. Let me know as soon as possible if you can not change any of your appointments.

John

Jack Walsh wrote:

> John:
>
> As a fyi:
>
> Roberta was looking to leave this afternoon around 1 p.m. Al has too
> drop some family members off at the airport, so he may be alittle late.
> I told both I can take the coverage, but if the need arises you'll know.
>
> I also have submitted a pretty big TOR for May. As a precaution I listed
> the dates where I have appointments, treatment, etc. As a continued
> pre-caution I have made my plans w/ same day multiple appointments, as
> well
> as to schedule mid-week versus M&F to avoid any "long weekend
> appearrances."
>
> Some of the appointments depend on others getting done, so the time may
> actually be less. In that case I will submit a "cancelled TOR."
>
> Hopefully, none of the times will create any difficulty ( i.e. midweek,
> not on meeting days, not on the day after graduation ( dorms close), or
> the regular closing (16th), but if it does I will make the adjustments.
>
> Thank you for the consideration.
>
> jbw

---

*Handwritten note:*

ON 5/9 I ASKED JACK IF HE RECEIVED THIS E-MAIL. HE REPLIED "YES, I DID".

I THEN ASKED HIM WHERE HE WAS ON THE 8th. HE REPLIED "I WAS IN THERAPY ALL DAY" "TUESDAY'S I GO TO THERAPY"

I TOLD HIM I NEEDED A DR'S NOT[E] FOR HIS ABSENCE AND THE NAME OF HIS THERAPIST. HE DID NOT REPLY.

mailbox:/HOUSING1.DATA/HOME/JBATTAGLINO/email/JBU?id=
3AF17FC6.EEC2A687%40bu.edu&number=558060

BU 0310

```
    Subject: Re: Ron Defilippo
       Date: Thu, 10 May 2001 12:00:38 +0100
       From: John Battaglino <jbattag@bu.edu>
Organization: Boston University
         To: Jack Walsh <jbwrs@bu.edu>
        BCC: Marc Robillard <robillrd@bu.edu>
 References: 1 , 2
```

Jack:

Ron was late and I want him to understand how that effects everyone. However, his time sheet accurately reflects his time. There should be some documentation put in his file (I'm sure Roberta's e-mail will be sufficient).

In the future, I want you to take the responsibility and initiative necessary in resolving these matters. You are the Operations Manager and you need to manage your department. If you feel uncomfortable in making those decisions on your own, present your **solution** to me and I will approve or disapprove. Show me that you are capable of controlling this staff and the overall operations of this department. By no means am I suggesting that I be any less informed, I simply need you to take more responsibility.

Let me give you a few examples of what my expectations are of your position:

- Verdis is leaving and I am finding his replacement. I would expect you to not only be finding his replacement, but also preparing a training schedule to insure a seamless transition. That training session would include but not limited to introductions to all full-time Housing Staff members, tour of our facilities, complete understanding of responsibilities, and our general goals in the Residential Safety department.
- After last years controversy with the evaluation process, I asked you to develop quantifiable systems to track the efforts of the security assistants. To date, I have developed a system to track confiscated ID's and revamped the filing system to track incident reports. This is where I need the Operations Manager to step up and take responsibility in developing these systems in anticipation of next years evaluations. For example, adding Roberta's report on Ron's performance to his file, having Gene write up a report on Paul Gannon's smoking, etc.
- We have been grossly understaffed the entire year. What efforts have you made to recruit new employees? Last week we had an employee work 93 hours. This is unacceptable. I expect you to find a way to recruit new employees. The Operations Manager needs to be proactive and creative when faced with challenges like low unemployment.
- Over the course of my first year, I have continually harped to the entire staff the need to improve customer service. What measures have you taken to improve the quality of customer service? I expect that as the Operations Manager you would develop ongoing training sessions for new employees and implement improvement techniques for our more senior staff.
- I asked you to prepare a binder to go out to the security stations. The binder should include an up to date operations manual and a number of customer service aides. After many months, the binders went out to the stations. Are they complete? Are they what you and your staff need? As the Operations Manager, I expect you to take ownership in these projects.
- I have had to respond to a tremendous number of personnel issues that could be avoided. The Operations Manager's responsibility is to insure the staff does not reach a point where disciplinary action must be taken. Why wait until the bomb blows up then ask someone to clean up. I expect you to get involved and diffuse these bombs before they go off.
- Finally, I want you to be creative, positive, and sincere in your effort to improve the operations of this department. I expect my Operations Manager to do just as the title states, manage the operation. I expect the Operations Manager to take responsibility and ownership for the successes and failures of this department.

With my expectations in mind, consider these areas of concern; mail rooms, uniforms, equipment, staff e-mail ability, etc. Sure these areas have been delegated to other personnel, but ultimately they are all part of the overall operations. Do not wait for someone else to either do the work or take the responsibility. Take charge and ownership to insure quality and standards are being met.

Do not misunderstand my examples of expectations as disciplinary action. However, please understand these expectations and feel free to either comment or ask questions. I need and want my Operations Manager to be effective. I want to improve the level of service that we provide to the Boston University community at the same time as improving the quality of life for our employees. It is imperative that you are on the same page and are working to achieve the same goals.

John

Jack Walsh wrote:

> Roberta:
>
> I have a copy of the break sheet and it shows an extended break. John, should I contact Ron about coming in for an investigatory, or do you want this handled some other way?
>
> jbw

BU 0311