roberta roberts wrote:

> I called at Myles Security at 9:55 am to tell Michael Coronel to give
> Michael Swan a bathroom break at 10:oo am. Michael informed me that Ron
> was on a double and has just left on his break "a few minutes ago".
> Ron had asked if he could go first. Michael said he did not know that
> this was still happening. ( Giving Michael Swan a bathroom breaks).
> So I said Ron should be back by 10:55am. Michael said yes.
>
> I arrived at Myles at 10:46 am and Michael said Ron should be back in
> any minute. I then went to the mailroom.
>
> I returned about 3 minutes to eleven and Ron had not returned. I said
> to Michael Ron is late. Michael said just a few minutes. I left and
> went outside to the car to wait for Ron.
> Gilbert arrived and went inside. I then went inside to hear Michael say
> to Gilbert and Earl that Ron is only about 6 or 7 minutes late.
>
> I explained to Michael that Ron is not only late but that Michael is
> late in giving breaks to the other Security Assistants. It is Ron
> responsibility to let us know that he is running late just incase we
> have to make other arrangements.
>
> Ron arrived about 11:08 am riding his bike almost into the building. He
> was sweating. I said Ron you are late he said only 5 minutes . I said
> 10 to 15 minutes. He said only 5 minutes. I repeated 10 to 15. He
> then said 10 minutes. I said ok 10 minutes and told Michael to put the
> time on his break report sheet.
>
> I told Michael he could leave. I then noticed that Ron had no tie or
> badge on. I ask him where they were. He said he takes them off while
> on break. I said I would wait for him to put them on. He said I don't
> have to wait for him. I told him it was my job to make sure he was in
> uniform. It then took him another 3 to 4 minutes to put away his bike
> and to put on his tie and badge.
>
> I filled out a late card on him.
>
> Should we go further with this?

**Subject:** TORs-Medical
**Date:** Thu, 17 May 2001 17:09:28 -0400
**From:** Jack Walsh <jbwrs@bu.edu>
**Organization:** Boston University
**To:** jbattag@bu.edu

John:

To accommodate your request I have change a # of my pre-graduation TORs ( 5/9, 5/10, 5/17, etc.) These are
medical request that need to be attended w/ some appointments depending on others being met.

For instance..after the cancellation of my root canal appointments on 5/9 & 5/10 today's plan were thrown out the window. Per usual I have submitted a cancellation slip again whick I would appreciate you entering.

Last night, I received a call of a cancellation for two root canal appointment on 5/22 & 5/23. Where the root canals
conflicted with counseling I had to re-arrange that this time because of the dental discomfort.

Because of the prior cancellations the caps and crowns have been re-scheduled over two months from now.

I explained the need for my absence on Tuesday's, and received your approval. I supplied the name of my Doctor, but you continue to ask. I supplied a doctor's note.

My dentist will provide you with more documentation.

I have left documentation from my renal man Dr. Steinberg and follow-up for attacks of kidney stones. As you may re-call I was hospitalized when you were here last year.

A slip is in your box with these requests. As I have mentioned and written; these appointments have been made
when this operation is least affected. Even than I have canceled them when the need arises.

Thank you for the accommodation.

JBW

**Subject:** Re: TORs-Medical
**Date:** Fri, 18 May 2001 12:19:06 -0400
**From:** Jack Walsh <jbwrs@bu.edu>
**Organization:** Boston University
**To:** John Battaglino <jbattag@bu.edu>
**References:** 1 , 2

John:

I don't agree with your characterization of events in the least. To avoid " punishment duties" I have attempted to accomplish any projects and assignments under the most difficult of circumstances.to the best of my abilities. At the point where I might specifically label your writings as a gross exageration, downright untruthful, and deceptive I have just gone alone to minimize any conflict.

I'd love to send a factual accounting concerning your accusations, but I am making effort to continue my employment here at Boston University. In the past, when I responded to yours and others invite for information
I've been met with retaliation, different treatment than others, a downright dishonest accounting of events, etc.
so I will continue to make any/all adjustments to minimize the affect my absence will have on this department.


jbw

John Battaglino wrote:

> Jack:
>
> Let me clarify a few things pertaining to your e-mail.
>
> - I have been more than accommodating in regards to your time-off requests.
> - In prior e-mails, you explained that you scheduled a series of appointments on Tuesday's. However, when I denied your TOR for the last two Tuesday's, you only have one doctors note.
> - I agree that I have approved time-off for past Tuesday's. In fact, the last Tuesday that you worked in this office was December 19, 2000. However, on May 3, 2001, I denied your TOR which included Tuesday May 8, 2001 and Tuesday May 15, 2001. Therefore, you did not have my approval for those days.
> - I asked for your doctor's name verbally on May 9, 2001, in an e-mail on mail 11, 2001, in another e-mail on May 14, 2001, and verbally on at least one other occasion prior to May 14, 2001. You supplied me with your doctor's name in an e-mail sent (after I left for the day) on May 14, 2001. I did not receive the information until the morning of May 15, 2001. Since that time I have not asked for your doctor's name, so your statement that I continue to ask for it after you provided the information is false.
>
> I asked for your schedule going forward in order to avoid any miscommunication. I expect that schedule immediately.
>
> I do not want to spend time and energy away from my duties to correct your e-mail allegations. In the fall, we both experienced how distracting that can be. I want to focus on the department and I suggest you do the same.
>
> After a great deal of time-off, I have asked you to take the responsibility of being the Operations Manager of the Residential Safety department. I detailed some of my expectations in an e-mail message dated May 10, 2001. In addition, I have presented you with a number of assignments and tools to manage those assignments. If you are truly interested in succeeding in your position, I would focus my energy in that direction.
>
> John
>
>
> Jack Walsh wrote:
>
> > John:
> >
> > To accommodate your request I have change a # of my pre-graduation TORs
> > ( 5/9, 5/10, 5/17, etc.) These are
> > medical request that need to be attended w/ some appointments depending
> > on others being met.
> >
> > For instance..after the cancellation of my root canal appointments on
> > 5/9 & 5/10 today's plan were thrown out the window. Per usual I have
> > submitted a cancellation slip again whick I would appreciate you
> > entering.
> >
> > Last night, I received a call of a cancellation for two root canal

BU 0324

appointment on 5/22 & 5/23. Where the root canals conflicted with counseling I had to re-arrange that this time because of the dental discomfort.

Because of the prior cancellations the caps and crowns have been re-scheduled over two months from now.

I explained the need for my absence on Tuesday's, and received your approval. I supplied the name of my Doctor, but you continue to ask. I supplied a doctor's note.

My dentist will provide you with more documentation.

I have left documentation from my renal man Dr. Steinberg and follow-up for attacks of kidney stones. As you may re-call I was hospitalized when you were here last year.

A slip is in your box with these requests. As I have mentioned and written; these appointments have been made when this operation is least affected. Even than I have canceled them when the need arises.

Thank you for the accommodation.

JBW

**Subject:** Time-off
**Date:** Wed, 16 May 2001 10:20:18 +0100
**From:** John Battaglino <jbattag@bu.edu>
**Organization:** Boston University
**To:** Jack Walsh <jbwrs@bu.edu>
**BCC:** Marc Robillard <robillrd@bu.edu>

Jack:

I need your schedule for the remainder of the month and for June.

I expected you to be in work yesterday. When I arrived at my office, I received your e-mail indicating you had plans for the day. Last week we spoke about your time-off requests. You acknowledged that you received my e-mail denying a request for many days off including May 8, 2001 and May 15, 2001. In spite of that, you took both days off work.

Please, let me know your schedule (as it stands today) by 12:00 noon so I have the information prior to the supervisors meeting.

John

**Subject:** Re: TORs-Medical
**Date:** Mon, 21 May 2001 08:59:50 +0100
**From:** John Battaglino <jbattag@bu.edu>
**Organization:** Boston University
**To:** Jack Walsh <jbwrs@bu.edu>
**BCC:** Marc Robillard <robillrd@bu.edu>
**References:** 1 , 2 , 3

Jack:

Now that the busy commencement weekend is over, I want to address concerns I have regarding your recent e-mail. As I mentioned in an e-mail message to you, I do not want issues to go unresolved for any unnecessary length of time.

1. You mentioned "punishment duties". Please, list exactly the duties I have given to you that you feel are "punishment".

2. You also stated that my previous e-mail was a "gross exaggeration", "downright untruthful", and "deceptive". Please, explain these comments in detail.

3. Finally, you stated you have "been met with retaliation", "different treatment that others", and "downright dishonest accounting of events". Again, in detail please describe what you mean by these statements.

If you are going to make claims like these, you best be prepared to back them up. As your manager, I have a right to ask why you are making these claims and why you feel they are valid.

I have tried very hard to work with you and help you prosper in your position. I have always maintained that my only objective is to improve the level of service delivered by the Residential Safety Department and improve the quality of life for it's employees. In order to be effective in that mission, I need the support and diligence of my Operations Manager.

I want you to focus all your attention on the three assignments listed above. I would like a response before you leave today. We can not go forward until we clear up these distracting matters.

John


Jack Walsh wrote:

> John:
>
> I don't agree with your characterization of events in the least. To avoid " punishment duties" I have attempted to accomplish any projects and assignments under the most difficult of circumstances.to the best of my abilities. At the point where I might specifically label your writings as a gross exageration, downright untruthful, and deceptive I have just gone alone to minimize any conflict.
>
> I'd love to send a factual accounting concerning your accusations, but I am making effort to continue my employment here at Boston University. In the past, when I responded to yours and others invite for information I've been met with retaliation, different treatment than others, a downright dishonest accounting of events, etc. so I will continue to make any/all adjustments to minimize the affect my absence will have on this department.
>
> jbw

John Battaglino wrote:

> Jack:
>
> Let me clarify a few things pertaining to your e-mail.
>
> - I have been more than accommodating in regards to your time-off requests.
> - In prior e-mails, you explained that you scheduled a series of appointments on Tuesday's. However, when I denied your TOR for the last two Tuesday's, you only have one doctors note.
> - I agree that I have approved time-off for past Tuesday's. In fact, the last Tuesday that you worked in this office was December 19, 2000. However, on May 3, 2001, I denied your TOR which included Tuesday May 8, 2001 and Tuesday May 15, 2001. Therefore, you did not have my approval for those days.
> - I asked for your doctor's name verbally on May 9, 2001, in an e-mail on mail 11, 2001, in another e-mail on May 14, 2001, and verbally on at least one other occasion prior to May 14, 2001. You supplied me with your doctor's name in an e-mail sent (after I left for the day) on May 14, 2001. I did not receive the information until the morning of May 15, 2001. Since that time I have not asked for your doctor's name, so your statement that I continue to ask for it after you