provided the information is false.

I asked for your schedule going forward in order to avoid any miscommunication. I expect that schedule immediately.

I do not want to spend time and energy away from my duties to correct your e-mail allegations. In the fall, we both experienced how distracting that can be. I want to focus on the department and I suggest you do the same.

After a great deal of time-off, I have asked you to take the responsibility of being the Operations Manager of the Residential Safety department. I detailed some of my expectations in an e-mail message dated May 10, 2001. In addition, I have presented you with a number of assignments and tools to manage those assignments. If you are truly interested in succeeding in your position, I would focus my energy in that direction.

John

Jack Walsh wrote:

> John:
>
> To accommodate your request I have change a # of my pre-graduation TORs
> ( 5/9, 5/10, 5/17, etc.) These are
> medical request that need to be attended w/ some appointments depending
> on others being met.
>
> For instance..after the cancellation of my root canal appointments on
> 5/9 & 5/10 today's plan were thrown out the window. Per usual I have
> submitted a cancellation slip again whick I would appreciate you
> entering.
>
> Last night, I received a call of a cancellation for two root canal
> appointment on 5/22 & 5/23. Where the root canals
> conflicted with counseling I had to re-arrange that this time because of
> the dental discomfort.
>
> Because of the prior cancellations the caps and crowns have been
> re-scheduled over two months from now.
>
> I explained the need for my absence on Tuesday's, and received your
> approval. I supplied the name of my Doctor, but you continue to ask. I
> supplied a doctor's note.
>
> My dentist will provide you with more documentation.
>
> I have left documentation from my renal man Dr. Steinberg and follow-up
> for attacks of kidney stones. As you may re-call I was hospitalized when
> you were here last year.
>
> A slip is in your box with these requests. As I have mentioned and
> written; these appointments have been made
> when this operation is least affected. Even than I have canceled them
> when the need arises.
>
> Thank you for the accommodation.
>
> JBW

**Subject:** Re: time off requests
**Date:** Mon, 21 May 2001 11:03:35 -0400
**From:** Jack Walsh <jbwrs@bu.edu>
**Organization:** Boston University
**To:** John Battaglino <jbattag@bu.edu>
**References:** 1 , 2 , 3

John:

I need both Tuesday May 22 & 29 off sick. If the work gets completed I will need the afternoon of the May 24th off. On May 30th I believe you have the documentation. A sick day has been submitted for 5/31 as a precaution.
These appointments for the most were made along time ago. I tried to wait until the most quiet time of the year.

For vacation in May I had submitted a TOR for 5/25/01 to attend a graduation. I would like to get even a two hour time frame off if possible, and am willing to come in early, stay late, etc.

For June you have all the hours. I have submitted TORs for a vacation day 6/18 which I would appreciate your consideration . TORs are submitted and approved for 6/15, 21, & 22 to be coded as vacation.

Sorry I just picked up your direction about not referencing TORs. Was trying to be accurate .

I have taken ORL Calendars ( it would show alot of inactivity relative to us ) for May & June and added and coded the above. John, I think you will find that this is one of the slower times of the year; not that we don't have plenty to do. Rain all week, and I'll leave a copy of the calendar in your box.

My apologies for any inconvenience.

jbw

John Battaglino wrote:

> Jack:
>
> All this information may very well be accurate, but I want this to be very clear. Therefore, please do not reference any previous TOR's or any other statements or any other documents. Simply, identify the days you are going to be out for the remainder of May and June. It may be easier for you and simpler for me if you copy the page of a calendar for the two months (May and June) and mark the days that you are planning to be out.
>
> I have all the documentation, TOR's, cancelation slips, and e-mails to prepare your leave record for the month of May. This excersize is not to address the accuracy of that leave record. I just want to know when to expect you.
>
> Once I have your complete schedule and it is clear to me when you are expecting to be out of work, I will consider your current time-off requests.
>
> Thank you,
> John
>
> Jack Walsh wrote:
>
> > John:
> >
> > Yesterday, I also submitted a TOR for vacation on 6/18. I did make the mistake of identifying 6/25 as both a Monday and Tuesday, but the way you wrote it up below is correct. Otherwise my TOR submitted 4/9/01 and approved 4/13 (returned the 1st week of May as well as the one submitted 5/2/01. On this one ( 5/2/01) I made adjustments cancelling time on at least 5/9, 5/10, & 5/17 that slips were submitted. I will place another cancellation slip for today 5/18/01, as I have worked a full day. I have made another adjustment as requested on 5/25/00 which was a vacation day to attend K. Elmore's law graduation. I have submitted a cancellation slip for 1/2 of that day.
> > I do not have a copy of the 5/2 TOR submission. If you send me a copy I can correct any misconceptions. The only dates that needed to be included are the ones you reference, as well as my previous approved and adjusted request.
> >
> > I just received Al's request for time off on 5/25/01 that was placed in your mailbox for approval. Unless I hear otherwise I will make the approval as submitted.
> >
> > John, I haven't received any notification on the approval of the 12 hr. shifts and how you want the recording of time handled. Please forward, so that things are done as requested.
> >
> > See you on Sunday.

jbw

John Battaglino wrote:

Jack:

I want to be very clear. Yesterday and today, I asked for your **complete** schedule for the months of May and June. You submitted time off requests for the following days;

| Monday    | 5/21 (pm only) | Sick     |
| Wednesday | 5/23           | Sick     |
| Monday    | 6/4            | Vacation |
| Tuesday   | 6/5            | Sick     |
| Monday    | 6/11           | Vacation |
| Tuesday   | 6/12           | Sick     |
| Tuesday   | 6/19           | Sick     |
| Monday    | 6/24           | Vacation |
| Tuesday   | 6/25           | Sick     |

Therefore, I am assuming these are the only days you are requesting off for May and June. Is this correct or are you planning other days off for those months?

Once I understand your complete schedule, I will render a decision on your present TOR's

John

**Subject:** Re: TORs-Medical
**Date:** Mon, 21 May 2001 12:28:53 -0400
**From:** Jack Walsh <jbwrs@bu.edu>
**Organization:** Boston University
**To:** John Battaglino <jbattag@bu.edu>
**References:** 1, 2, 3, 4

John:

It seems everytime since October when I pointed out inaccuracies or requested answers I'd get my head handed to me. When I supplied proof; there was some sort of coverup to question the credibility of my story.

Henceforth, I stopped any kind of action that I thought might jeopardize my employment. If you said sign it, I signed it, if you said work it, I work it, if you said do it, I surely tried.

The memo that you included was not truthful. I know you have kbown about my Tuesdays, and other medical needs. I have asked if you thought it necessary to apply for the FMLA. My treatment over my illness has been different than the treatment of other mangement staff, as well as the rank and file. You humiliate me, and I just want to get along. This calendar for the dates that may be necessary, is accurate, but you're portrayal about the circumstances are not. Some items are coded as cancelled sick ( i.e. where they might be vacation, and the 11th is 1/2 a vacation day.

Since I do not want to upset you and your powerful friends I don't want to inflame the situation. All I need is my time to take care of business.

Thank you for the consideration. My other E-Mail is more important.

John Battaglino wrote:

> Jack:
>
> Now that the busy commencement weekend is over, I want to address concerns I have regarding your recent e-mail. As I mentioned in an e-mail message to you, I do not want issues to go unresolved for any unnecessary length of time.
>
> 1. You mentioned "punishment duties". Please, list exactly the duties I have given to you that you feel are "punishment".
>
> 2. You also stated that my previous e-mail was a "gross exaggeration", "downright untruthful", and "deceptive". Please, explain these comments in detail.
>
> 3. Finally, you stated you have "been met with retaliation", "different treatment that others", and "downright dishonest accounting of events". Again, in detail please describe what you mean by these statements.
>
> If you are going to make claims like these, you best be prepared to back them up. As your manager, I have a right to ask why you are making these claims and why you feel they are valid.
>
> I have tried very hard to work with you and help you prosper in your position. I have always maintained that my only objective is to improve the level of service delivered by the Residential Safety Department and improve the quality of life for it's employees. In order to be effective in that mission, I need the support and diligence of my Operations Manager.
>
> I want you to focus all your attention on the three assignments listed above. I would like a response before you leave today. We can not go forward until we clear up these distracting matters.
>
> John
>
>
> Jack Walsh wrote:
>
>> John:
>>
>> I don't agree with your characterization of events in the least. To avoid " punishment duties" I have attempted to accomplish any projects and assignments under the most difficult of circumstances.to the best of my abilities. At the point where I might specifically label your writings as a gross exageration, downright untruthful, and deceptive I have just gone alone to minimize any conflict.
>>
>> I'd love to send a factual accounting concerning your accusations, but I am making effort to continue my employment here at Boston University. In the past, when I responded to yours and others invite for information I've been met with retaliation, different treatment than others, a downright dishonest accounting of events, etc. so I will continue to make any/all adjustments to minimize the affect my absence will have on this department.

jbw

John Battaglino wrote:

> Jack:
>
> Let me clarify a few things pertaining to your e-mail.
>
> - I have been more than accommodating in regards to your time-off requests.
> - In prior e-mails, you explained that you scheduled a series of appointments on Tuesday's. However, when I denied your TOR for the last two Tuesday's, you only have one doctors note.
> - I agree that I have approved time-off for past Tuesday's. In fact, the last Tuesday that you worked in this office was December 19, 2000. However, on May 3, 2001, I denied your TOR which included Tuesday May 8, 2001 and Tuesday May 15, 2001. Therefore, you did not have my approval for those days.
> - I asked for your doctor's name verbally on May 9, 2001, in an e-mail on mail 11, 2001, in another e-mail on May 14, 2001, and verbally on at least one other occasion prior to May 14, 2001. You supplied me with your doctor's name in an e-mail sent (after I left for the day) on May 14, 2001. I did not receive the information until the morning of May 15, 2001. Since that time I have not asked for your doctor's name, so your statement that I continue to ask for it after you provided the information is false.
>
> I asked for your schedule going forward in order to avoid any miscommunication. I expect that schedule immediately.
>
> I do not want to spend time and energy away from my duties to correct your e-mail allegations. In the fall, we both experienced how distracting that can be. I want to focus on the department and I suggest you do the same.
>
> After a great deal of time-off, I have asked you to take the responsibility of being the Operations Manager of the Residential Safety department. I detailed some of my expectations in an e-mail message dated May 10, 2001. In addition, I have presented you with a number of assignments and tools to manage those assignments. If you are truly interested in succeeding in your position, I would focus my energy in that direction.
>
> John
>
> Jack Walsh wrote:
>
>> John:
>>
>> To accommodate your request I have change a # of my pre-graduation TORs ( 5/9, 5/10, 5/17, etc.) These are
>> medical request that need to be attended w/ some appointments depending on others being met.
>>
>> For instance..after the cancellation of my root canal appointments on 5/9 & 5/10 today's plan were thrown out the window. Per usual I have submitted a cancellation slip again whick I would appreciate you entering.
>>
>> Last night, I received a call of a cancellation for two root canal appointment on 5/22 & 5/23. Where the root canals
>> conflicted with counseling I had to re-arrange that this time because of the dental discomfort.
>>
>> Because of the prior cancellations the caps and crowns have been re-scheduled over two months from now.
>>
>> I explained the need for my absence on Tuesday's, and received your approval. I supplied the name of my Doctor, but you continue to ask. I supplied a doctor's note.
>>
>> My dentist will provide you with more documentation.
>>
>> I have left documentation from my renal man Dr. Steinberg and follow-up for attacks of kidney stones. As you may re-call I was hospitalized when you were here last year.
>>
>> A slip is in your box with these requests. As I have mentioned and written; these appointments have been made

when this operation is least affected. Even than I have canceled them when the need arises.

Thank you for the accommodation.

JBW