Subject: Re: jbu #3 5/21/01
       Date: Thu, 24 May 2001 09:31:21 +0100
       From: John Battaglino <jbattag@bu.edu>
Organization: Boston University
         To: Jack Walsh <jbwrs@bu.edu>
 References: 1

Jack:

Payroll for last week is done. You will need to find out what has been done and what needs to be done in order to get Cagney and Olivio on the payroll system. Neither has been paid for a few weeks and this can not continue. Melissa should have their current time sheets.

The problem with your secure ID and your continual suspension is that you are using an inactive password. Every six months (i think), you must update your password. I think your old password expired this winter and you need to enter a new password. In order to do this, you will have to contact Babak to get a temporary password to sign on then immediately enter your new password. If you do not create a new password, you will be suspended every time you try to log on no matter how many times you are unsuspended. If I am here, I will be able to show you how this procedure is done.

I took the note you left for Sheila and the materials in your office. I did not feel they were appropriate. Her introduction to this department, first impressions, and direction needed to be done in person. I took that responsibility and she is off to a good start. She has been formally introduced to the entire department, toured our facilities, and given introductory assignments. While you may believe you were doing the "extra", I see your effort as minimal and disingenuous. As an example, how did you expect to be responsible for Sheila's training when you are only scheduled to work in the office for 1/2 day out of her first week.

Regarding your claims that you requested a FMLA leave or that you talked to me about a FMLA leave. You did not. However, given your recent interest, I have gathered the paperwork you will need in order to begin your claim. I am not sure if you qualify, but the best resource in this regard would be the Personnel Office. I will agree that you are not able to fully discharge your duties while continually absent from work. I have not approved any additional time-off requests because I can not continue to operate this department in your absence. I would like to sit down with you and develop a plan of action in order to accomplish the goals of this department and meet your medical or personal needs. Until that time, I can not approve any additional time-off. Therefore, "so there is no confusion", I do not approve of your time-off requests including the Tuesday sessions. You have suggested that I am aware of your illnesses and treatment, but in fact I am not. You have submitted contradictory accounts of your time-off on Tuesdays and we have never spoke about your treatments. Certainly, you have sent e-mails to me in regards to your time-off requests, but we have never had a conversation or an understanding regarding your absences.

Finally, to comment on your statement regarding your efforts to minimize disruptions and your concern for this department. Again, I feel this is disingenuous. As an example and most recently, Verdis's, last day was 5/15 and your schedule since was; off on 5/15, off on 5/18 (canceled at my request), off on 5/19 (canceled at my request), off 1/2 day on 5/21 (summer move-in and out), off on 5/22 (Sheila's first day), off on 5/23, 1/2 day on 5/24, off on 5/25, Holiday on 5/28, off on 5/29, off on 5/30, off on 5/31. During this very busy time of commencement, summer school, summer transition, new employee training, you are not considering the needs of this department. These events did not just "spring-up". We have known about Verdis and the University schedule for many months. If you want to show "good faith" and commitment to your job, great. However, I expect those statements to be backed up with sincerity and integrity.

I will be out of the office on Thursday 5/24. If I do not see you, please feel free to contact me via Nextel to communicate any of your concerns or respond to this e-mail.

John
Jack Walsh wrote:

BU 0341

```
> John:
>
>  I have placed two more time slips that have been checked that were
> submitted this evening. Still could not get access to Payroll. Was
> trying to assist.
>
> My note to Sheila and some of the referred to information ( clipboard w/
> instructions) are missing. If you know
> where they went I'd appreciate confirmation. Was just trying to do the
> extra.
>
> Regarding my FMLA request, if you can supply me with the documentation
> requirements that we have practiced
> with supervisory & staff that would be beneficial. We have had salaried
> people use up all their sick time w/ 1/2
> the documentation, explanations, adjustments, etc. that I have provided.
>
> I will work out plans that minimize disruptions with your approval (
> i.e. no time or very limited around opening, etc.)
>
> At this point, I'm sure there is no confusion around Tuesday, and I
> believe my efforts show that "good faith
> intent."
>
> jbw
```

```
    Subject: Re: [Fwd: Orientation dates & access]
       Date: Fri, 08 Jun 2001 08:54:19 +0100
       From: John Battaglino <jbattag@bu.edu>
Organization: Boston University
         To: Jack Walsh <jbwrs@bu.edu>
        BCC: Marc Robillard <robillrd@bu.edu>
 References: 1 , 2
```

Jack:

I do not understand how you can miss work during the day, yet find your way into the office at 10:45 p.m. You and I have communicated regarding your excessive time-off. While I understand you are experiencing a number of very real issues, I need the Operations Manager to be here. I need you to be reliable, constructive, and supportive. You may suggest that you are taking this "down time" to address your medical, dental, psychological, and other issues, but this has been going on for too long. Since I have been here at BU, you have only been able to work a full week on a handful of occasions and not one full week this calendar year. This is unacceptable. You were one of the biggest critics regarding security assistants and mailroom staff who were unable to maintain a regular schedule. However, you're time-off exceeds any other individual in the department. Not only is your behavior unproductive, it is also setting a very bad example and extremely distracting for the entire Residential Safety department.

I want you to make every effort to improve this pattern. You will never be an effective manager with this kind of time-off record.

Believe it or not, I want you to be successful as the Operations Manager because a good manager is only as successful as his subordinates. However, I need you to genuinely want the same for yourself and I expect a sincere and honest effort from you. If there is something you need from me, please communicate your needs with me as soon as possible. Otherwise, I would like to see immediate improvement in your commitment to this department and dramatic improvement in your attendance.

John

Jack Walsh wrote:

> Sheila:
>
> I'll assist you with the memo tomorrow afternoon. John, I placed a sick slip in
> your box. Had to make an appointment with a physician, for tomorrow , that TOR
> slip is included. Will be in tghe early afternoon.
>
> jbw
>
> John Battaglino wrote:
>
> > Sheila:
> >
> > Please let our staff know about these dates and possible access issues.
> > If you have any questions, please do not hesitate to ask.
> >
> > Thank you,
> > John
> >
> > ------------------------------------------------------------------------
> >
> > Subject: Orientation dates & access
> > Date: Thu, 7 Jun 2001 14:49:17 -0400
> > From: "Craig Mack" <cmack@bu.edu>
> > To: <jbattag@bu.edu>
> >
> > John -
> >
> > I wanted to let you know the schedule for Summer Orientation so that you may
> > inform your security assistants. The student orientation programs will take
> > place at Warren Towers and the parent programs at 10 Buick Street on the
> > following dates:
> >
> > June 13 - 15
> > June 20 - 22
> > June 27 - 29

```
> > July 11 - 13
> > July 18 - 20
> > July 25 - 27
> > August 1 - 3
> >
> > The heaviest check in times for students and parents will be late afternoon
> > and early evening on each Wednesday, and early morning on each Thursday.
> > Since these guests will just be arriving to check in, they will not have
> > IDs.
> >
> > On each of the Thursday evenings, the parents will attend a reception on the
> > top floor of 10 Buick Street residence. Each Friday morning, the parents
> > breakfast will be served at 10 Buick Street residence. Not all parents will
> > have IDs because not all parents stay in University housing during
> > orientation. However, participants should have name badges identifying them
> > as part of the orientation program.
> >
> > I have attached a list of the orientation staff who need access to these two
> > buildings June 13 - August 3.
> >
> > Thank you for your assistance with this program.  If I may provide any
> > further information, please do not hesitate to contact me at 3-3555.
> >
> > Craig Mack
> > Director, Orientation and Off-Campus Services
> > Boston University
```

**Subject:** Re: Payroll w/eing 6/10/01
**Date:** Tue, 12 Jun 2001 08:35:39 +0100
**From:** John Battaglino <jbattag@bu.edu>
**Organization:** Boston University
**To:** Jack Walsh <jbwrs@bu.edu>
**BCC:** Marc Robillard <robillrd@bu.edu>
**References:** 1

Jack:

I would like to know where you were Monday afternoon. You left this office shortly after 2 p.m. and did not return until some time after 5:30 p.m. You send this e-mail at 11:20 p.m. so I can safely assume, you returned to the office around that time. I do not understand your schedule. More importantly, I need you to communicate your schedule and time-off much more effectively.

Please respond.

John

Jack Walsh wrote:

> John:
>
> We are all set for payroll. It' sbeen doublechecked. Only three people
> are not coded ( Grimes works tonight, Hyyti
> is on eves, and A. Mia who might drop off a slip tomorrow. Sheila knows
> to check these, than deliver the payroll to you.
>
> jbw

BU 0347

mailbox:/HOUSING1.DATA/HOME/JBATTAGLINO/email/JBU?id=
3B25C648.C98DC62%40bu.edu&number=1284360

Subject: Re: Payroll w/eing 6/10/01
Date: Thu, 14 Jun 2001 17:34:52 +0100
From: John Battaglino <jbattag@bu.edu>
Organization: Boston University
To: Jack Walsh <jbwrs@bu.edu>
BCC: Marc Robillard <robillrd@bu.edu>
References: 1, 2, 3

Jack:

Do you understand how disrespectful your behavior is? First of all, you do not communicate your schedule. Yes, you were scheduled for a vacation day on Monday, but you came to work. Then some time between 2:00 p.m. and 3:00 p.m. you disappear without informing anyone including me, your boss. In addition, I tried to reach you via Nextel and you were not available. When I ask you to explain your disappearance, you send me an e-mail as you are walking out the door saying that you were "running errands". That is totally unacceptable.

Furthermore, you did not have a scheduled day off on Tuesday. You submitted a time-off request, but that request was denied. Therefore, again you have ignored my direction and you missed another unexcused day of work. Additionally, your continued absence from this office contradicts your statements regarding "minimal affect" on this department.

Your lack of effective communication with me and your behavior regarding time-off are both unacceptable. If you disagree or you would like to discuss this matter further, I will be available all day tomorrow (Friday June 15, 2001). I do not want to discuss this via e-mail.

John

Jack Walsh wrote:

> John:
>
> I left shortly before three to eat and run some errands. I had planned on a
> vacation day, but felt Sheila still needed
> some help on the payroll, so I canceled my plans and came in. Later I came
> back to follow-up on more collected time sheets, since I was scheduled out
> Tuesday & Wednesday. That way my absence would have minimal affect on our
> operation. I will more effectively communicate my schedule.
>
> jbw
>
> John Battaglino wrote:
>
> > Jack:
> >
> > I would like to know where you were Monday afternoon. You left this
> > office shortly after 2 p.m. and did not return until some time after 5:30
> > p.m. You send this e-mail at 11:20 p.m. so I can safely assume, you
> > returned to the office around that time. I do not understand your
> > schedule. More importantly, I need you to communicate your schedule and
> > time-off much more effectively.
> >
> > Please respond.
> >
> > John
> >
> > Jack Walsh wrote:
> >
> > > John:
> > >
> > > We are all set for payroll. It' sbeen doublechecked. Only three people
> > > are not coded ( Grimes works tonight, Hyyti
> > > is on eves, and A. Mia who might drop off a slip tomorrow. Sheila knows
> > > to check these, than deliver the payroll to you.
> > >
> > > jbw