## Marilyn Walsh

| | |
|---|---|
| From: | Jack Walsh [jbwrs@bu.edu] |
| Sent: | Monday, July 02, 2001 9:53 PM |
| To: | jbattag@bu.edu |
| Subject: | jbu 7/2/01 |

John:

I am having some trouble with the e-mail tonight. If you could leave a message with Babak that this may need attention on Thursday; that would be helpful.

I was surprised to find myself out of vacation time. I do need 7/16 off, so your consideration would be appreciated
as I can use Memorial Day ( I worked upon your concern that my absence was not keeping my production up, that was an early payroll week, Sheila was new: result= John Battagalino has one less concern or variable impeding his flexibility.), or a future vacation day please.

In your mailbox I left a change to my TOR. I had a terrible case of the "shingles" which appears job related. This might be a worker's comp. issue, but I'd prefer to just use my sick time, and continue.

As discussed, I have arranged to be here all day 7/10 cancelling my normal Tuesday medical appointments; since you will be on vacation.

I will go over our checklists, making sure that we have NO SURPRISES or LETDOWNS for opening. This will include starting to remind the staff, hiring, etc. AN ERALY SHIFT SELECTION WOULD BE GREAT BEFORE
YOU LEAVE. ANYTHING AT ALL THAT YOU NEED DONE OR FRONTED LEAVE ME A NOTE.

JBW

BU 0136

**Subject:** Re: 8/1/01 recap
**Date:** Wed, 01 Aug 2001 16:57:40 -0400
**From:** Jack Walsh <jbwrs@bu.edu>
**Organization:** Boston University
**To:** John Battaglino <jbattag@bu.edu>
**References:** 1

John:

In the interest of accuracy:

Roland and my conversation was very brief because I wanted him to write up a report for you. I asked him why he sent him home, how he could confirm the times, and he told me that he couldn't talk and would let me know.

Considering the fact that Roland had let Jon go early last week, and than on 7/26 (?) Jon went home without permission. ( you were aware..email, time slips you signed, Roberta told me that she came to you, etc.) we may suffer some negative exposure. Plus a couple of students have had problems with Roland that lent
some weight to the theory that the information was too vague to speculate. Knowing you'd want an early
"headsup" I could hear you on the phone, I had no info, I e-mailed you immediately as a pre-caution.

*[handwritten: AGAIN MY POINT IS WALK NEXT DOOR]*

John, I have communicated with you, as well as aggressively encouraged to do the same. To suggest different
is a "real stretch." That is your prerogative. Indeed I did write that you were writing to me in the past w/ inaccurate
or untruthful information. As you know I chose not respond, and just try to improve my job performance, so that
I could be given a reasonable chance at succeeding. For instance..you're response to me regarding the Ron Difilipo/Roberta incident, or this morning's declaration that you had no fear of me ( can't say I blame you), but your affidavit to the MCAD claims different.

*[handwritten: NEVER SAID THAT]*

John, it is my belief that you want the "face to face" to avoid a paper trail. Once again that is your prerogative as the boss, but what has happened is you sending me a fictious accounting of events. Take the whole time off recordings, and your recent mailing ( 7/16/01) dated 7/3/01 suggesting that I JUST BLEW YOU & WORK OFF,
That's pretty ridiculous because like so many other things you would fire my butt, as you have threatened, and
have tried to make my life as uncomfortable as possible. Today, you write this, but send Roland right next door to tell me to call Jon Stickney to get him up for a meeting, to have him ( Jon ) have a Union Rep, etc. etc. That's not much of a face to face.

*[handwritten: NEVER THREATENED JOB.]*

Paragraph #4 isn't accurate. You attacked me like a trial attorney; before one answer could be given you'd fire another. As far as respect, I had no intention of disrespecting you. I have enough problems with you that create difficulties in my life. I have to respect the position, not the person.
You were once again looking for anything
to show I am not performing, and if you can't find anything you create that scenario. For instance look at the HUGE DEAL who have made out of a supervisor sending someone home. You were contacted immediately, and a collection of information was supplied by the supervisor on the spot.
People extending their lunch or combining
breaks and lunch has been an allowable practice. You and I both practice it when we allow Dave Cyr to leave at
3:30 p.m. I don't disagree with your actions ( not that it would matter ) in fact just the opposite. David does a great job, makes us all (including BU) look good, and this is an important little favor.

*[handwritten: EXPLAIN DETAIL]*

Whenever you deem it necessary for any questions/answers from me I will continue to keep you posted.

Paragraph #6. John, I had updated you with everything I knew about " the two operational issues." (i.e.
the wallet incident & the weekend's activities at Towers. I told you precisely the action I took with the inappropriate behavior at Towers as well as tell youwhat action I had taken about the e-mail forwarded to me;

that I had forwarded to you. I sent the e-mail just as documentation
because I could see you documenting your comments only this morning. Than I
go down to WRT to see John as you directed Roland to tell me, but
you write that I sent you an email ( that's after you had been told, but
even if that wasn't true) so being informed
and the great ( unbelievable was your words) info isn't the issue, but you
make it sound like I went out, put out a beach chair just to disobey you;
when you and I both know I was down at WRT.

Your last paragraph has so many of the same preceding issues regarding
accuracy that I'm baffled. This became a
big incident because you chose to attempt to use it as a big incident of my
poor performance. I'm not sure which is more annoying, spending the time to
bring you back to reality in your recordings of events or putting up with
your
little baby antics like when you sarcastically ask how I'm feeling and
laugh when I've some of the standard hrs
you have set. It isn't my performance, or how well you're informed, it is
now something else...I'm not cooperating.

I suggest that we continue to communicate so that we have a more successful
opening. I will actively try to improve my efforts in this area.

jbw

*[Handwritten annotations in right margin:]*
- YOU TALKED TO JOHN ON THE PHONE
- YOU TOLD ME YOU WERE ON WEST.
- WHO DO YOU THINK YOU ARE.
- SHOW ME YOUR EFFORT SAVE ME THIS RHETORIC.

John Battaglino wrote:

> Jack:
>
> I want to recap the events over the past few days regarding the incident
> with Jon Stickney.
>
> At approximately 2:15 p.m. on July 31, 2001, Roland called you and told
> you he had sent Jon Stickney home for the remainder of the day.  You and
> Roland had a discussion about the events, but I am still unclear as to
> exactly what transpired in that conversation.  Nonetheless, shortly
> thereafter, rather than discussing this serious incident with me, you
> sent me an e-mail with very little information.
>
> I immediately responded to your e-mail and stated my expectations that
> you communicate face to face with me regarding important operational
> issues.  Again, rather than speaking with me directly regarding this
> incident, you sent me another e-mail as you were walking out the door.
> In this e-mail, you suggest that I am stating inaccurate information.
> Rather than respond to this allegation in an e-mail, I made a few notes
> and planned to meet with you the next morning.
>
> At 9:00 a.m. on August 1, 2001, I asked you to meet with me in my
> office.  I asked you about your knowledge regarding this incident and
> the manner in which you reported the incident to me.  Your responses
> were short and defensive.  I tried to explain the importance of face to
> face communication, but you disrespectfully told me to "put it in
> writing".  I again stated my expectations regarding communication.
>
> If you want to follow-up our conversations with an e-mail, as I am doing
> right now, feel free.  However, I want direct interaction when
> appropriate.  I will then have the opportunity to ask questions and
> communicate my concerns and remedies.
>
> Within a half hour of our conversation this morning, I asked you to
> update me regarding two other operational issues.  Again, rather than
> speak to me, you went into your office, sent me an e-mail, and left the
> office.
>
> Your lack of cooperation is negatively affecting our operations.  This
> letter and all the aggravation over this incident could have been
> avoided with a simple conversation.  I want you to either communicate
> with me in a professional manner or explain to me why that is not
> possible.
>
> John

*[Handwritten annotation in right margin:]*
SPOKE TO JACK RE ALL OF THESE ISSUES ON 8-2-01 AT 9:00 A.M.

BU 0356

    Subject: Re: Priorities
       Date: Wed, 22 Aug 2001 15:10:59 -0400
       From: Jack Walsh <jbwrs@bu.edu>
Organization: Boston University
         To: John Battaglino <jbattag@bu.edu>
 References: 1 , 2 , 3

John: Some of your simple request need clarification, and being so often left out of the loop ( i.e. employee raises, office staff's days off, etc. ) that I thought this communication would get the work done before the big show!

John, an excuse is when you will not qualify weather 3 12 hr. shifts completes a full week, as told to supervisory staff, or Marco's orders are to be followed. I know the "rules" which have not been evenly applied by you, so do we want to continue that specialty treatment or treat everyone fairly. If it is fairly ;than you need to forward the TORs: when Roberta did her crafts show, her bowling banquet, physicians appointments, etc. all over 1/2 days.
When you tell Roland that he can take off to bring his son to an interview, and I have no knowledge it becomes difficult to maintain accurate records.

For instance Al has 17 comp days. This was an extreme that never should have happened. John, with all due respect the schedule, comp days is a fiasco. Gene Dalton worked 15 out of 18 shifts last November. So even if he works Veterans, Thanksgiving, and the day after; Gene does not get 3 holidays. There allot of straightening out to do; that's not an excuse, but a fact.

Bonus days in you given out to Roberta or it could be the inability to turn over her request.

As far the equipment, prior to your "two bit" reminder ( because it was picked up of Gene's report ) we had been in the process of ordering equipment. Once again, this wasn't an excuse, the equipment was ordered. Bottom line
..you're right. We need it. I'm just asking you not to cancel items like you did last year ( time clocks) after giving me the project and it was completed.

It doesn't matter to me about 12 hr days or weather we get to go back to them. You writing that you fully explained how the 12 hr shifts were to be handled is like me saying "I have a full hard of hair." DIDN't HAPPEN! Fully explain again please.

I will cancel one of the phones at 1019. Good idea. I spoke with Jean, so we are all set. Eric Oleoson was not down at 575. I am going over to B&G, than I'll e-mail him, Al and I did some pre-planning last night, Felicia is back on tonight, etc.

I will get out another sups schedule. I realize that to you education and experience are secondary to results, but the exposure you are getting as an underclassmen and an assist manager who never worked in security or in a Union shop will make you a stronger manager. Mentors are usually the most valuable.

There are a # of issues that still haven't been addressed ( i.e. Jen Clarke's new rate of pay, the questions in this sequence of memos, etc. I will provide them in # order for it to be easier for you to response. WHAT is IMPERATIVE is that the answers to ?s like,how do we handle the summer sups vacation hrs is specifically answered, and not with this " this has been fully explained." b.s.. It's not brain surgery...whatever you want I will do here.

Right now I'm just getting ready for the BIG SHOW next weekend. Whatever you deem important will become a priority, but I do need some assistance.

Due to health problems that I neglected via previous cancelled appointments I will need some time off. I did request of my physician that I be allowed "restricted appearrances" over move in weekend. The dcumentation is in your box. Nothing to worry about because we have so many veterans.

Hopefully this opening will be the start of all positive movement.

jbw


jbw

> Jack:
>
> This seems like an awful lot of energy you spent responding to my simple requests.
>
> Our supervisors should maintain their regular schedules. However, You, Sheila, and I need to extend our hours for opening.
>
> My behavior is professional and my concerns regarding your attendance are justified.
>
> Stop making excuses and stop wasting my time. You know the "rules" and you are responsible for your people. Please, complete

the leave record assignment that I asked. Also, you are responsible for their schedule so if a supervisor has a problem, I expect you to respond. It is my understanding that Roberta works 5 days a week in order to maintain her Monday thru Friday day schedule. If you feel otherwise, let me know your recommendation.

FYI there is no such thing as bonus days.

As far as the equipment, again stop making excuses and trying to blame me or anyone else. At this point, our stations should be ready to open and they are not. That is the bottom line.

I fully explained how we were going to handle the 12 hour shifts. If you can not manage the time-off under those circumstances, we'll have to go back to our regular 8 hour shifts next summer.

I do not believe we need two phones at 1019 (one is sufficient), but I'll support your recommendation for phones in the other UPS rooms.

Education and experience are great. However, I am more impressed with results.

Let me know if you would like to discuss anything else you have brought up in your e-mail response.

John


Jack Walsh wrote:

> John:
>
> Not to upset you, but I wasn't out of the office last Thursday or this a.m. You're shopping! I'll check in and out with you as requested. Probably better than having you conduct yourself as you did yesterday! Do the salaried day people work 8a.m.-6 p.m. for the two weeks of opening?
>
> Sept.'s Sups Sched. w/o any getting into all :your rules were followed such as Gene on a 4/2, Roberta only on M-F, Al has to be scheduled M-F one week, than M-Thurs the next, Al is also going on vacation, Bill can't work days, and some accommodations are necessary for his second job, ( same as Gene, Roberta, and Roland whom we have all made accommodations for a 2nd job) he was happy; and to say a 10 days in a row doesn't explain that mid ten days Bill gets out at 8 a.m. 9/6/01, and doesn't have to return until 5 p.m. on 9/7; henceforth more than 1 1/2 off. Let me know if this one is okay.
>
> Instead I have re-constructed a new schedule, that I hope meets your satisfaction. I also included the only TORs for the month of Sept in your box. Roland needed three special days. I was able to schedule two, so no TOR is necessary.
>
> Also in your box is a copy of the confirmed fax for UPS.
>
> Signed leave records. As my past mailings pointed put to you there was some information that I needed to acquire (i.e. people's records for comp time, holidays, missing TORs, etc.) I've done the first two. but I need you to forward all the TORs for May, June, July. Roberta has considerable time off from you w/o any documentation being forward. If you say just move on with that issue; we'll consider them comp days, bonus days, etc.
>
> Roberta is upset that the scheduling you have set out for sup ( M-F, the 4/2, 5/2, followed by 4/3) is unfair to her As your operations manager I recommend that you come up with a fair distribution, and not avoid Roberta's request.
>
> Another issue to clean up these vacation records is what supervisors are to be charged for working 3 12 hr shifts a week this summer. Their job descriptions has them working 35 hrs a week,and Roberta said that you mentioned that the 3 12's would be a full week. I was present. Than you gace me a memo that said "they are 40 hr weeks per Marc." I need the rules in writing, and I can proceed.
>
> My records and the receipt of your letter on 7/16/01 ( dated 7/2//01) and the inaccurate docking me of approx. 12 vacation days was a rather vindictive surprise that I do need to respond too.
>
> Why are waiting for to order time clocks. John, look at last year's situation. You were a rookie, but what a fiasco you caused under ordering time clocks. This has been in the plans for sometime. We need some extras. We are diligently working on lots of things from equipment to personnel.
>
> Temp phones were ordered around campus, as they have been for the last 7 openings. If you want any changes made let us know. We run with two at 1019 because of the past volume. The UPS rooms do need a phone.
>
> You won't need a Doctor's note from today because I canceled due to your behavior/attitude. You have not asked for dental/doctor's notes on dozen's of absences of salaried employees. Let's see I was in before 7 a.m., worked until 8 a.m., went to the dentist, was back at 9:15 a.m. ( day starts at 9 a.m.) docked myself 1/2 a sick day because that is what you do. Seems like your trying to "bust them", just like the embarrassment that I suffer when

security assistants are telling me that you're calling out everytime I leave the office to verify my whereabouts, and than still questioning my truthfulness.

To end on I positive note: thank you. The Ops session was the big seller, but than again I have the education and experience to be a leader.

jbw

John Battaglino wrote:

Jack:

Last Thursday and again this morning, I was not aware you were planning to be out of the office at the start of the day. You need to communicate your schedule with me prior to your absence. In order to avoid any miscommunication, I would like you to check-in with me when you arrive in the morning and check-out with me at the end of the day.

The supervisors schedule needs some work.

- Bill Carey is on 10 days in a row (unacceptable).
- I know about Al's wedding, but why is Roland off for the entire 2nd week.
- Roland on 12 out of 13 days after week off.

Please, forward a copy of all time off requests with the revised schedule. Also, I would like a copy of all time off requests in the future.

On that same line, I need the signed leave records. I do not want to fall behind on this project because we are entering a busy time of year and these things (as you know) can get forgotten. In addition to the Sups leave records, I want your copies signed and returned ASAP.

Why are we waiting until opening to order the equipment we need for the security stations (clocks)? Are all other tools and supplies in place?

Did you order a temporary phone for the UPS room at 1019? (verizon was in trying to install a phone) If so, Why? There is already a phone in place in that location. Do the UPS rooms need a phone?

I need a Doctor's or Dentist note for both time-off requests (8/20, 8/21) that you placed in my box.

To end on a positive note. I thought you did a good job in the training session last Friday. Please, recap the session including recommendations for improvements to the Ops manual. Also, if there are still any unanswered questions from that session, let me know.

John