**Residential Safety**

# Memo

**To:** Jack Walsh

**From:** John Battaglino

**CC:** Marc Robillard

**Date:** 1/11/01 @ 11-1-00

**Re:** Vacation Accruals

---

**Vacation Accruals**

You and I have spoke about your vacation accrual. It is my understanding that you disagree with your beginning balance as of July 1, 2000. However, I am trying to accurately record your monthly time-off from that date forward. Therefore, if you disagree with your beginning balance, but you do agree with the time-off recorded for the month, state that at the bottom of your monthly leave record. If you disagree with the time off recorded for the month in addition to your monthly balance, please present the discrepancy to me as soon as possible.

I have attached your leave records for July, August, September, and October. Please, review and approve, if you believe the records are accurate, as directed above. If you disagree with any time-off recorded since July 1, 2000, let me know immediately. To avoid any future problems, I would like you to give this matter top priority. In addition, I would appreciate you cooperation in maintaining these records in the future.

BU 0404