**Residential Safety**

# Memo

**To:** Jack Walsh

**From:** John Battaglino

**CC:** Marc Robillard

**Date:** 1/11/01 ~~1/11/01~~ @ 12-5-00

**Re:** E-mail dated December 3, 2000

---

I thought it would be best to address your concerns in memo form rather than a reply to your e-mail.

First of all, I was unaware that you were waiting for information from me regarding your leave records. In an e-mail message dated November 15, 2000, it appeared that you were going to retrieve information from your parents home and then forward that information to me. In no way was there any indication that you required information from me.

Since July, I have presented accurate records to you on a timely basis and those records have been available for your review at any time. I am unaware of any days off that you take exception with because you have not cooperated in reconciling your monthly leave records. I would be happy to review any time off that you feel is posted in error to your record. If you have a problem with the leave records from June and July, present your case to me. In the meantime, at least reconcile August through November. This is a simple request. I do not understand the problem you are having with it.

Finally, let me address the so-called "ground rules". Your scheduled office hours are 9:00 a.m. to 5:00 p.m. Monday through Friday. The Operations Manager is also required to be available for emergency responses. However, if you alter your schedule or put in additional hours on your own, I am not responsible for crediting that time. Any time off from your required duty as Operations Manager must be requested in writing and accounted for as stated in the Boston University Policy and Procedures manual. As the Operations Manager, you should be aware of all personnel policies. In this case, I would like you to review the Vacation Leave Policy, which I have attached.

BU 0408

- Page 1