**Residential Safety**

# Memo

**To:** Jack Walsh

**From:** John Battaglino

**CC:** Marc Robillard

**Date:** 1/3/01

**Re:** Communication and direction

---

In an effort to improve the overall effectiveness of this department in this New Year, I would like to address a few concerns I have and also communicate my expectations of your duties.

First of all, I need a strong Operations Manager that is willing to work for me. In order for you to be successful in your duties, you must follow my direction, work diligently, and engage in professional constructive communication. If you feel you are capable of these essential elements necessary for a member of my team, let us go forward. If you are incapable of following my direction or you are uncomfortable with my leadership, you should pursue other options because I am not leaving this assignment anytime soon and I need an Operations Manager on my team immediately.

Secondly, I need you to work while you are here. You must curtail personal phone calls and frequent disappearances. Please, utilize the sign-in/sign-out log every time you leave this office. If you are leaving to conduct business on campus, I expect a written report of your activities. Please, do not misinterpret this assignment as some sort of punishment. I merely want to know what is going on in my department and help you manage your time more efficiently.

Finally, the only way I know how to work is by prioritizing tasks and completing those tasks one by one. I will be assigning you many of those tasks and expect your full cooperation in their completion. These tasks will be specific to you and should not be delegated to others. As an example, and consider these to be your first three tasks in this year;

1. Review your leave records from July through December. Either sign the record verifying the dates listed or communicate discrepancies. Complete this assignment by 4:00 p.m. on January 3, 2001.
2. Revise the supervisors schedule so that Roberta is on Monday through Friday 8:00 a.m. to 4:00 p.m. If you can not work the balance of the schedule out with

the other supervisors, as the Operations Manager you must fill in those vacancies. Have the revised schedule completed by 4:00 p.m. on January 3, 2001.

3. In detail, describe your role as Operations Manager. List specific responsibilities and approximately the amount of time required per week to accomplish these specific tasks. Again, this is not some sort of punishment, rather an opportunity for me to better understand your role and priorities. Complete this assignment by 4:00 p.m. on January 4, 2001.

If you have a problem with these tasks or the deadlines, let me know immediately. There is a tremendous amount of work to do in preparation for our January 10, 2001 meeting and the remainder of the year, so please focus your attention to your responsibilities. As soon as you have completed these tasks, we can go forward.

I look forward to a productive and pleasant New Year.