**Residential Safety**

# Memo

**To:** Jack Walsh

**From:** John Battaglino

**CC:** Marc Robillard

**Date:** 1/5/01

**Re:** First three assignments

---

On January 3, 2001, we met in an effort to improve overall effectiveness of the Residential Safety department. At that time, I stated my expectations of you and asked you to complete three tasks by January 4, 2001. You assured me that you wanted to be a productive member of this team. Unfortunately, your actions appear to be contrary to your remarks.

Project 1: Sign or communicate discrepancies. (deadline 1/3/01)

On 1/4/01, as you were leaving for the day, you dropped a typed response in my mailbox stating that you disagreed with many of the dates on your leave records. You did not speak to me about the discrepancies nor did you provide any documentation to substantiate your claims. Therefore, I consider this assignment incomplete.

I supplied you with all the documentation regarding your time off. For your convenience and to insure accuracy, I maintain your leave records and have them available for your review within a few days of the end of each month. Unfortunately, you did not cooperate in reviewing these leave records on a monthly basis and unless you have documentation to support your claims, I do not feel compelled to change the dates listed on your records. Furthermore, I can not allow this simple request drain any more of my energy or the department's resources. My Operations Manager should be focusing on the operations of this department rather than wasting time going back and forth about the dates you did or did not take off in July.

Project 2: Roberta on 8-4 Monday through Friday (deadline 1/3/01)

Also in the typed response delivered on 1/4/01, you explained the difficulties and personal sacrifice involved in this assignment. I am pleased that you changed Roberta's

schedule. However, the bottom line is all I am concerned with and I still do not have the revised schedule.

Project 3: In detail, describe your role as Operation Manager (deadline 1/4/01)

In the same typed response dated 1/4/01, you apologized for not completing this assignment.

In our January 3, 2001 meeting, you stated that you wanted to cooperate and keep your job. I told you I also wanted you to cooperate and do your job. I need a productive Operations Manager. However, I asked you to complete 3 simple tasks in a 16 hour period and not one was completed. This is unacceptable.

I need you to be productive. In addition, I asked that you work on these tasks independently and I understand that you have sent a memo to the supervisors requesting information about your role as Operations Manager. Again, this is unacceptable. I do not want the supervisor's input or I would have asked for their input. I want you to tell me; what you do why you do it, and how long it takes you. I understand that in the normal course of your day, you may be faced with emergencies or interruptions. Therefore, merely make an assessment of the time spent in those instances.

In the January 3, 2001 meeting, you suggested my response to your behavior is in retaliation to your MCAD claim. I want to be clear. At that time, I did not know about your claim. I am trying to help you be more productive. I would treat any employee who is behaving as you are in the same fashion and I would hope you would do the same.

As I stated on January 3, 2001, It is my intention to go forward and do my job. I want to make the Residential Safety department more efficient and the efficiency of the Operations Manager is a critical element in that equation. Do not misinterpret my response as punishment. I am trying to work with you and help you be more effective for the benefit of my department.

Complete the three assigned tasks by 4:00 p.m. on Monday January 8, 2001. We are fast approaching the training session and spring semester. Please, channel your energy on being positive and productive. If you need any help in completing these assignments, please, let me know immediately.

BU 0037