**Boston University**

Office of the
Vice President for Business Affairs
25 Buick Street
Boston, Massachusetts 02215



Telephone:   617/353-2148
Facsimile:   617/353-6556

## MEMORANDUM

TO:        Jack Walsh, Operations Manager, Residential Safety

FROM:      Peter J. Cusato, Vice President for Business Affairs

DATE:      December 26, 2000

SUBJECT:   Residential Safety Personnel Issues

I generally prefer to avoid written communications relating to matters such as the meeting we had at my office last Tuesday. Since that time, however, having been copied on e-mails relating to a number of the matters discussed, I find myself compelled to commit my thoughts to writing.

My overall impression of the situation is that John Battaglino has made certain modifications to the manner in which the department is managed, some of which affect your day to day responsibilities, and with which you disagree. He has also made at least one personnel decision with which you disagree rather strenuously. I take it that you do not believe John came into his position with the credentials necessary to manage the department, and you feel your criticisms of him have caused him to treat you unfairly. You further speculate that he and perhaps Marc Robillard could be improperly working towards terminating your employment with Boston University. One of your recommended solutions to these concerns would involve a reorganization of the department with you assuming an Associate Director role reporting directly to Marc Robillard. You did not propose any specific recommendations for resolving other differences.

My assessment of the overall situation is that John and Marc have acted well within their discretionary authority. Starting with hire/fire decisions through setting of hours and assignment of work, I found nothing out of the ordinary. It's accurate to say John is managing the department differently than his predecessor, but this is neither wrong nor unauthorized.

With respect to your concerns surrounding your personnel records and vacation balance I will assure you that anything possibly missing from your file will be delivered to you in

BU 0003

short order. In my opinion you have been a major obstacle to clearing up any past vacation discrepancies (I cite your comments concerning records kept at your family home which you've been unable to reclaim) and I find your refusal to sign-off on current accruals totally unreasonable.

What I also find outside the boundaries of acceptable conduct is the tone of the discussion between you and others in the department. A number of written communications I've read are insulting and inflammatory. The name-calling and tones of voice employed in my presence at our meeting were also beyond the limits I normally tolerate and any reasonable standard of conduct in a civilized community. Effective immediately I expect everyone involved in this matter to refrain from name-calling, vulgarities, and defamation of one another or third parties. This includes the perpetuation or creation of rumors.

Within the context of the e-mails sent to me recently, I've read accusations against staff, senior managers, and trustees. Further broadcasting of these mostly unsubstantiated and, for the most part, irrelevant stories will stop immediately. It's unfair to the named parties and serves no purpose other than to defame the individuals and inflame an already unpleasant situation.

Going forward I expect you to better respect the chain of command. For example, you've expressed your views on the pending matters involving Penno, Haley and Davidchick and been instructed by Marc Robillard to refrain from further involvement. John and Marc have the right to assign you work, set your schedule, issue instructions and assess your performance within the context of your job description and University policies. I expect you to honor their instructions. You have the absolute right to appeal anything you deem inappropriate through the established University channels.

It's my sincere hope that we can rectify matters to everyone's satisfaction.

cc:  John Battaglino, Associate Director, Residential Safety
     Marc Robillard, Director of Housing
     Manuel Monteiro, Assistant Vice President, Human Resources

BU 0004