# COMMONWEALTH MEDICAL GROUP

Of Boston University Medical Center

January 19, 2001

To whom it may concern,

John Walsh is a patient at this clinic. Due to illness I am excusing him from work thru February 2nd. I will re-evaluate him on that day.

Steven Ahren MD