

**BOSTON UNIVERSITY**
OFFICE OF HOUSING

## Request for or Notification of Absence

*Original copy to be sent to Associate Director of Housing on same day request is approved or denied.*

Name: __Walsh, J.B.__   Date request submitted: __4/13/01__

Reason for absence: *(submit separate forms for each month time is taken)*

☒ Vacation   Day of week - Month / Day / Year   __F__ - __5__ / __11__ / __01__   ½ day pm

☐ Sick   Day of week - Month / Day / Year

☐ Personal   Day of week - Month / Day / Year

☐ Sympathy   Day of week - Month / Day / Year

☐ Jury duty   Day of week - Month / Day / Year   __F__ - __5__ / __4__ / __01__   3p-5pm
☐ Other   Day of week - Month / Day / Year   __m__ - __5__ / __7__ / __01__
                                              __F__ - __5__ / __18__ / __01__

Comments: __Answer of Snow Time__

First-line supervisor's signature: _[signature]_   ☒ Approved  ☐ Denied __4/13/01__

Area Assistant Director's signature: _____   __/__/__

If denied, reason: _____

Changes to request or notification: _____

Date change submitted __/__/__   Submitted by _____
Date change approved __/__/__   Approved by _____

BU 0440

**BOSTON UNIVERSITY**
OFFICE OF HOUSING

## Request for or Notification of Absence

*Original copy to be sent to Associate Director of Housing on same day request is approved or denied.*

Name: **Walsh, J.B.**     Date request submitted: **4/20/01**

Reason for absence: *(submit separate forms for each month time is taken)*

☐ Vacation       Day of week - Month / Day / Year

☑ Sick           Day of week - Month / Day / Year    T - 5 / 1 / 01
                                                     T - 5 / 8 / 01
                                                     Th  5  10, 17, 24 → P.m only

☐ Personal       Day of week - Month / Day / Year

☐ Sympathy       Day of week - Month / Day / Year

☐ Jury duty      Day of week - Month / Day / Year
☐ Other          Day of week - Month / Day / Year

Comments _____

                                           ☐ Approved   ☑ Denied __/__/__
First-line supervisor's signature _____

Area Assistant Director's signature _____    __/__/__

If denied, reason _____

Changes to request or notification _____

Date change submitted __/__/__    Submitted by _____
Date change approved  __/__/__    Approved by _____

BU 0447



**BOSTON UNIVERSITY**
OFFICE OF HOUSING

## Request for or Notification of Absence

*Original copy to be sent to Associate Director of Housing on same day request is approved or denied.*

Name: Warsh, J.B.        Date request submitted: 4/27/01

Reason for absence: *(submit separate forms for each month time is taken)*

☐ Vacation — Day of week - Month / Day / Year        F - 5 / 25 / 01

☐ Sick — Day of week - Month / Day / Year

☐ Personal — Day of week - Month / Day / Year

☐ Sympathy — Day of week - Month / Day / Year

☐ Jury duty — Day of week - Month / Day / Year
☐ Other — Day of week - Month / Day / Year        F - 5 / 11 / 01 — 1ST HALF

Comments: Remaining 4° snow time - balance = 0

First-line supervisor's signature: [signature]        ☑ Approved  ☐ Denied   5/2/01

Area Assistant Director's signature: ___

If denied, reason: ___

Changes to request or notification: ___

Date change submitted: ___        Submitted by: ___
Date change approved: ___        Approved by: ___

BU 0441



**BOSTON UNIVERSITY**
OFFICE OF HOUSING

## Request for or Notification of Absence

*Original copy to be sent to Associate Director of Housing on same-day request is approved or denied.*

Name: Walsh, J.B    Date request submitted: 5/2/01

Reason for absence: *(submit separate forms for each month time is taken)*

☐ Vacation    Day of week - Month / Day / Year

- ~~Th - 5 / 3 / 01~~
- W - 5 / 9 / 01 - ½ pm
- Th - 5 / 10 / 01 - ½ pm
- ~~T - 5 / 15 / 01~~
- Th - 5 / 17 / 01 - P ½
- T - 5 / 22 / 01
- Th - 5 / 24 / 01 - pm ½
- T - 5 / 29 / 01
- W - 5 / 30 / 01 - ½ ?
- Th - 5 / 31 / 01

☐ Sick    Day of week - Month / Day / Year

☐ Personal    Day of week - Month / Day / Year

☐ Sympathy    Day of week - Month / Day / Year

☐ Jury duty    Day of week - Month / Day / Year

☐ Other    Day of week - Month / Day / Year

Comments: See E-MAIL for EXPLANATION if necessary.

First-line supervisor's signature: [signature]    ☐ Approved   ☑ Denied  5/3/01

Area Assistant Director's signature: _____

If denied, reason: _____

Changes to request or notification: _____

Date change submitted: ___   Submitted by: ___
Date change approved: ___   Approved by: ___

BU 0446



OFFICE OF HOUSING

## Request for or Notification of Absence

*Original copy to be sent to Associate Director of Housing on same day request is approved or denied.*

Name: __Walsh, J.B.__     Date request submitted: __5/17/01__

Reason for absence: *(submit separate forms for each month time is taken)*

☐ Vacation    Day of week - Month / Day / Year    ___ - ___ / ___ / ___

☒ Sick    Day of week - Month / Day / Year
M - 5 / 21 / 01 pm
W - 5 / 23 / 01

☐ Personal    Day of week - Month / Day / Year

☐ Sympathy    Day of week - Month / Day / Year

☐ Jury duty    Day of week - Month / Day / Year

☐ Other    Day of week - Month / Day / Year

Comments: _____

First-line supervisor's signature: _____    ☐ Approved    ☐ Denied __/__/__

Area Assistant Director's signature: _____    __/__/__

If denied, reason: _____

Changes to request or notification: __Case 5/17 pm Dentist__

Date change submitted: __5/17/01__    Submitted by: [signature]
Date change approved: __/__/__    Approved by: _____

BU 0445