REVISED

# BOSTON UNIVERSITY OFFICE OF HOUSING
## LEAVE RECORD

| Employee: | Jack Walsh | BEGINNING BALANCE | | NOTES: |
|---|---|---|---|---|
| Grade: | 74 | 26.37 | 94.75 | |
| Univ Hire Date: | 3/13/95 | VACATION | SICK | |
| MONTH: | Feb-01 | | | |
| | 1 | | 1 | |
| | 2 | | 1 | |
| | 3 | | | |
| | 4 | | | |
| | 5 | | 1 | |
| | 6 | | 1 | |
| | 7 | | | |
| | 8 | | | |
| | 9 | | | |
| | 10 | | | |
| | 11 | | | |
| | 12 | | 1 | |
| | 13 | | | |
| | 14 | | 1 | |
| | 15 | | 0.5 | |
| | 16 | | | |
| | 17 | | | |
| | 18 | | | |
| | 19 | | | Off President's Day |
| | 20 | | | |
| | 21 | | | |
| | 22 | 1 | | |
| | 23 | 1 | | |
| | 24 | | | |
| | 25 | | | |
| | 26 | 1 | | |
| | 27 | 1 | | |
| | 28 | 1 | | |
| | 29 | | | |
| | 30 | | | |
| | 31 | | | |
| TOTAL USAGE: | | 5 | 6.5 | |
| ACCRUAL: | | 1.67 | 1.75 | |
| ENDING BALANCE: | | 23.04 | 90 | |

NOTES:

SIGNATURE: [signed]
DATE: 3/7/01

Vacation Accrual will change on 4/1/11

BU 0457

# BOSTON UNIVERSITY OFFICE OF HOUSING

## LEAVE RECORD

| Employee: | Jack Walsh | BEGINNING BALANCE | | NOTES: |
|---|---|---|---|---|
| Grade: | 74 | 23.04 | 90 | |
| Univ Hire Date: | 3/13/95 | VACATION | SICK | |
| MONTH: | Mar-01 | | | |

| Day | Vacation | Sick | |
|---|---|---|---|
| 1 | 1 | | |
| 2 | 1 | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | 1 | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | 1 | |
| 13 | | | |
| 14 | 1 | | |
| 15 | 1 | | |
| 16 | 1 | | |
| 17 | | | |
| 18 | | | |
| 19 | 1 | | |
| 20 | 1 | | |
| 21 | 1 | | |
| 22 | 1 | | |
| 23 | 1 | | |
| 24 | | | |
| 25 | | | |
| 26 | 1 | | |
| 27 | 1 | | |
| 28 | 1 | | |
| 29 | 1 | | |
| 30 | 1 | | |
| 31 | | | |
| TOTAL USAGE: | 15 | 2 | |
| ACCRUAL: | 1.67 | 1.75 | |
| ENDING BALANCE: | 9.71 | 89.75 | |

NOTES:

SIGNATURE: [signature]
DATE: 4/4/01

Vacation Accrual will change on 4/1/11

BU 0453

| BOSTON UNIVERSITY OFFICE OF HOUSING | | | | NOTES: | |
|---|---|---|---|---|---|
| LEAVE RECORD | | | | | |
| | | | | | |
| Employee: | Jack Walsh | BEGINNING BALANCE | | | |
| Grade: | 74 | 9.71 | | 89.75 | |
| Univ Hire Date: | 3/13/95 | VACATION | | SICK | |
| MONTH: | Apr-01 | | | | |
| | 1 | | | | |
| | 2 | | | 0.5 | |
| | 3 | | | 1 | |
| | 4 | | | | |
| | 5 | | | | |
| | 6 | | | | |
| | 7 | | | | |
| | 8 | | | | |
| | 9 | | | | |
| | 10 | | | 1 | |
| | 11 | | | | 2 hrs snow time |
| | 12 | | | | 2 hrs snow time |
| | 13 | | | | |
| | 14 | | | | |
| | 15 | | | | |
| | 16 | | | | Off Patriot's Day |
| | 17 | | | 1 | |
| | 18 | | | | |
| | 19 | | | | 2 hrs snow time |
| | 20 | | | | |
| | 21 | | | | |
| | 22 | | | | |
| | 23 | | | | |
| | 24 | | | 1 | |
| | 25 | | | | 2 hrs snow time |
| | 26 | | | | |
| | 27 | | | | |
| | 28 | | | | |
| | 29 | | | | |
| | 30 | | | | |
| | 31 | | | | |
| TOTAL USAGE: | | 0 | | 4.5 | |
| ACCRUAL: | | 1.67 | | 1.75 | |
| ENDING BALANCE: | | 11.38 | | 87 | |
| | | | | | |
| NOTES: | | | | | |
| | | | | | |
| SIGNATURE: | [signed] | | | | |
| DATE: | 5/16/11 | | | | |
| Vacation Accrual will change on 4/1/11 | | | | | |

BU 0448

# BOSTON UNIVERSITY OFFICE OF HOUSING

## LEAVE RECORD

| Employee: | Jack Walsh | BEGINNING BALANCE | | NOTES: |
|---|---|---|---|---|
| Grade: | 74 | 11.38 | 87 | |
| Univ Hire Date: | 3/13/95 | VACATION | SICK | |
| MONTH: | May-01 | | | |
| | 1 | | 1 | |
| | 2 | | | |
| | 3 | | | |
| | 4 | | | 2 hrs snow time |
| | 5 | | | |
| | 6 | | | |
| | 7 | | | 2 hrs snow time |
| | 8 | | 1 | |
| | 9 | | | |
| | 10 | | | |
| | 11 | 0.5 | | .5 snow time |
| | 12 | | | |
| | 13 | | | |
| | 14 | | | |
| | 15 | | 1 | |
| | 16 | | | |
| | 17 | | | |
| | 18 | | | |
| | 19 | | | |
| | 20 | | | |
| | 21 | | 0.5 | |
| | 22 | | 1 | |
| | 23 | | 1 | |
| | 24 | | 0.5 | |
| | 25 | 0.5 | | |
| | 26 | | | |
| | 27 | | | |
| | 28 | | | Off Memorial Day |
| | 29 | | | |
| | 30 | | | |
| | 31 | | | |
| TOTAL USAGE: | | 1 | 6 | |
| ACCRUAL: | | 1.67 | 1.75 | |
| ENDING BALANCE: | | 12.05 | 82.75 | |

NOTES:

SIGNATURE: *John B Walsh*
DATE: 6/4/01

Vacation Accrual will change on 4/1/11

BU 0438

# BOSTON UNIVERSITY OFFICE OF HOUSING
## LEAVE RECORD

| Employee: | Jack Walsh | BEGINNING BALANCE | | NOTES: |
|---|---|---|---|---|
| Grade: | 74 | 9.05 | 82.75 | |
| Univ Hire Date: | 3/13/95 | VACATION | SICK | |
| MONTH: | Jun-01 | | | |
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | 4 | | | |
| | 5 | 1 | | |
| | 6 | | | |
| | 7 | | 1 | |
| | 8 | | 0.5 | |
| | 9 | | | |
| | 10 | | | |
| | 11 | 0.5 | | |
| | 12 | 1 | | |
| | 13 | 1 | | |
| | 14 | | | |
| | 15 | | | |
| | 16 | | | |
| | 17 | | | |
| | 18 | 0.5 | | |
| | 19 | 1 | | |
| | 20 | | | |
| | 21 | 1 | | |
| | 22 | 1 | | |
| | 23 | | | |
| | 24 | | | |
| | 25 | 1 | | |
| | 26 | 1 | | |
| | 27 | 1 | | |
| | 28 | 1 | | |
| | 29 | 1 | | |
| | 30 | | | |
| | 31 | | | |
| TOTAL USAGE: | | 12 | 1.5 | |
| ACCRUAL: | | 1.67 | 1.75 | |
| ENDING BALANCE: | | -1.28 | 83 | |
| NOTES: | | | | |
| SIGNATURE: | | | | |
| DATE: | | | | |
| Vacation Accrual will change on 4/1/11 | | | | |