**MEETINGHOUSE PSYCHOLOGICAL ASSOCIATES**

One Meeting House Road, Suite 16 • Chelmsford, MA  01824

Carole Brown, LICSW
Mindy Chadrow, Ph.D.
Neil Gore, Ph.D.
Judy Seligman, LICSW
Carolyn Stone, Ed.D.

978 ~~(617)~~ 256-1288

May 15, 2001

To Whom It May Concern:

This is to certify that I see Jack Walsh in counseling on Tuesdays.

Sincerely

Neil S. Gore, Ph.D.
Licensed Psychologist

BU 0224