**Residential Safety**

# Memo

**To:** Marilyn Walsh

**From:** John Battaglino

**CC:** Marc Robillard

**Date:** 5/15/01

**Re:** Jack Walsh

---

At the end of the day on Wednesday May 2, 2001, Jack Walsh submitted a time-off request (attached document #1) for a number of days in May including Tuesday May 8, 2001 and Tuesday May 15, 2001. In addition, Jack sent an e-mail (#2) explaining this time-off request.

On Thursday May 3, 2001, I responded to Jack's e-mail and denied his time-off request (#3). In spite of my direction, Jack did not come to work on Tuesday, May 8, 2001.

On Wednesday May 9, 2001, I asked Jack why he was not in work on the previous day. He responded "Tuesday's I am in therapy all day". I then asked him if he received my e-mail denying his TOR. He responded "yes I did". I then told Jack that I needed the name of his doctor and a doctor's note regarding his absence.

On Thursday May 10, 2001, Jack send me an e-mail update (#4), which included a confirmation that he understood my direction regarding canceling his appointments.

On Friday May 11, 2001, I responded to his May 10th e-mail (#5). In my response, I again asked him for his doctor's name and reminded him that he needed a doctor's note for his absence.

On Monday May 14, 2001, I again asked Jack for the name of his doctor and reminded him that I needed a doctor's note for his absence (#6).

At the end of the day (after I left) on May 14, 2001, Jack sent me an e-mail (#7) indicating that he was not going to be in work on Tuesday, May 15, 2001. Therefore, again Jack is absent from work on an unauthorized leave.

On Tuesday May 15, 2001, Jack did not come to work.

● Page 1

BU 0137