Jack WALSH. 2/5/01

Previous Tx — Yes, E.A.P. — 2 sessions — Sept/Oct. 2000. — or 1x July, 1x Sept

1993-1994 — Christopher Perry — psychiatrist at Cambridge Hospital 6-9 months (Medication?) Not him, there is now.

Now Zoloft & Clonidine(?) for Anxiety Attacks. (Helpful. Probably now. The other calms him down, but makes him sleepy

Out of work 2 weeks on medical leave

Dr. Abreu seems good, recommended the Zoloft

50 mg. now, he recommended up to 100 mg. — still O.K. if he will.

(Anger management?) I guess. I am angry.

~~Tries~~ Tries to control it thru exercise & [illegible]

r/o ADHD ??

Operations Mgmt., & Residential Safety at B.U. Oversees 200 pple. 2nd job at Cambridge Hospital, 10-40 hours, weekends & evenings. — Coordinator re: Nursing Supervisors

Job's ~~[illegible]~~ coordination of nursing activities / scheduling

Bothers his conscience that there is prejudice against some of his workers / supervisors. Bothers him that he didn't speak up enough. A black case; an effeminate person. A case of a 31 y.o. Special Needs security guard, who was talking all the time, & was not working out; so pt. transferred him to mail room where he did a great job. But pt's boss fired him for supposedly racist statement, Pt. had stood up for this employee. The new ~~[illegible]~~ hire seemed like favoritism. The Spec. Needs employee applied to get job back

[illegible]

(1a)

told to again fire this employee — Lindsay. While situation seemed quite political, his administrators say that pt. is the problem. They put him on work shifts that conflicted w/ his 2nd job schedule. Also has been getting warning letters from work about various things.

- Went to B.U. EAP last July
- Discussed a rape case in the dorms, which is coming to trial soon, likely; security issues involved. Discussed a case of threatened employee violence
- Pt. has B.A. from Babson, + Master's in Business

[Note: This is partial transcription of page 1A, of which the original was lost via accidental copying of page 1 on top of page 1A [Copy of this mistake is enclosed]

[Continued, next page]



Jack WALSH 2/5/01

[illegible] T.E.A.P. [illegible] His administrators say that pt. is the problem. Pt. [illegible] Hospital, [illegible] Ativan [illegible] Zoloft + Clonidine(?) for Anxiety Attacks. (Helped?)

- [illegible] EAP [illegible] makes him sleepy

- [illegible] the Zoloft [illegible] of threatened [illegible]

- Pt. attend [illegible] Babson(?), B.A., + Masters in Business (Organizational [illegible]?) I guess. I am angry.

- [illegible] internally or externally [illegible] conflict of interest. EEOC office

[illegible] B.A. [illegible] 200 [illegible] job at Cambridge Hospital, 10-40 hours.

- [illegible] Coordinator [illegible] Nursing Supervisor [illegible] activities / [illegible]

B. [illegible]

- Pt. [illegible] (es) [illegible] for [illegible] 3 yrs. Spinal Needs [illegible] (was [illegible]) not working out, so pt. [illegible] where he did a great job. But pt's [illegible] live [illegible] seemed like [illegible] Spinal [illegible] to get pt back [illegible]

[illegible] But later so.



(Lawyer?) Not yet. Chris Ring also said he needed a good lawyer primarily. Has had charges against him, but he was vindicated in trial. This was while he was acting C-P at a hospital (Carney?). There was also an issue of anti-Catholic bias.

- Goes back to work tomorrow. Can file for Family Medical Leave if necessary

(Designated scapegoat)

Dx: 308.3 (Acute Stress Disorder)

Plan: See on 2/12/01 Neil S. Gorn, M.D.

---

#2 – 2/12/01 – 1 hr. Tx

(Agenda) (Effects?) No

- Back to work. (Walks around – asked permission to do so). Is taking the increased dose of Zoloft
  Clonazepam (=Klonopin) is the other medication
- Copes w/ stress w/ a lot of exercise, + some religion
- Some "busting my balls" demands at work now, but mostly piddly things which he's coping w/. He's also using a lot of vacation time. Is being careful to meet all his responsibilities, + in a timely fashion. Issue of e-mail communications.
- S/w stressful week – Back to work on Tuesday. He'll get docked a sick day for a 1 hour dermatology appt.; pt. accepted this. He won't give them an excuse to fire him.
- Discussion of the trial 10 years ago which he won re the hospital. It's getting finalized. He had gone to MCAD, but [illegible] the Carney case.

Pt. had refused the Hospital's offer of a secret warning & a secret file, because the charges were all untrue. Now pt. declines to have a sign-off by the V-P of 10 years ago, b/c that V-P was a defendant

- Worked 45 hours at 2nd job last week. Issues re the schedule of the 2 jobs. Cambridge hours may be cutting back, it's important to him to stay at B.U., benefits, financial, etc.; & has needed both jobs

Plan: Next mtg. 2/19/01. We scheduled a few sessions in advance. (WSG

#3 - 2/19/01 - 1 hr. Tx

Pt. seen. We discuss pros & cons of my writing a note for his boss for future appts. We discuss my credentials, & career issues. We discuss overall status, & my feedback to him. I discuss coping w/ high stress & provocation.

- Discusses a past incident w/ an employee named Paul, who got pt. angry. Pt. surprised later to find Paul was very bright rather than retarded; similar to assessment of Lindsay. (Intelligence issue?) ~~this~~ I have a Master's, but can't read a book (ADD w/ you?) D.K. A supervisor once thought so. Situations where pt. has lied about being on Zoloft.

- Pt. had stroke in 1984. Mother thinks his a little jumpier since then.

- Angry that MCAD settlement/statement said that pt. is bigger & taller than boss, & works ~~up~~ out — But reality is that he works out by stretching mostly, is a slow runner, is rehabbing from a stroke

Pt. feels he was somewhat impulsive in his further verbal comments after being asked to fire employee. (S/t speaking up too much, S/t not enough?) (How to be moral & ethical in a highly politicized work atmosphere)
- Job title at Cambridge: "House Coordinator"; which enabled them to put Nursing Supervisors back in the union. Currently there's a dispute between self & boss over the # of his hours, & overtime scheduling. (I inquire about details)

We will all get laid off at Cambridge — Nursing Supervisors will eventually come back & replace House Coordinators

Plan: Next mtgs 3/6 & 3/12. 3/6 to be an 80-minute session, as per pt's request for a 2 hour session, & insurance company's ability (willingness?) to pay for 75-80 minute session, Procedure Code 90808. (NSG

#3 3/6/01 — I cancelled due to snow storm. Plan: See 3/12/01 (NSG

#4 — 3/12/01 — 1½ hr. Tx

Pt. seen. We discussed Florida, Ft. Lauderdale.
- Pt. likes the plan for this longer session.
- Feels stressed out. Has had 2-3 outbursts lately, but not at B.U. Has been cooperative, working nites & ~~most~~ evenings; and his boss only notifies him last minute about working evening shifts. Pt. is coping by taking time off — one week last month; and March 14-28. This will use up most of his vacation time.
- Doesn't find the Zoloft doing much, so Dr. Abreu replaced it w/ Wellbutrin
- Dental work b/c he grinds his teeth. Dentist is good, has done [illegible]