site. Right side has been sore lately.
- Describes a situation of 2 brother lawyers, o friends of pt., that he has used; one of whom has told pt. he's paranoid
- We discuss Zoloft & Wellbutrin. He + PCP will keep an eye on Wellbutrin re: possible stroke/seizure effects.
- Difficulty concentrating on reading a book. Doing crossword puzzles is an antidote.
- Has some peripheral visual damage in upper left visual quadrant
- Discusses allegations that boss has made against pt. in the past. Recaps incident regarding an employee, Lindsay, who was a problem b/c of telling too much; pt. had him transferred from security to mailroom; then there was an issue of firing him b/c of a supposedly racist comment. Lindsay was indeed fired. Then later, Lindsay was rehired, by pt.'s new boss, John Then, next month, pt. instructed to fire Lindsay w Ud Prine, supposedly for the original reasons, & other reasons, which seemed false to pt.
- Since then, boss gives pt. a hard time about time off sick missions, work hours, etc.
(MCAD filing?) Dec. 28, he filed a complaint. Next, he has 21 days to file a statement, as a rejoinder to B.U.'s statement
- Cries about the Carney Hospital case/accusation, in which he was ultimately vindicated.
- Describes a very recent problem of a supervisee complaint about pt.'s assignment of his work schedule
Plan: Next mtg 4/3/01.              (NSG

#5 - 4/3/01 - 1½ hrs. Tx

Pt. seen. Has has been taking all his vacation time lately, including last 3 weeks. Issues re negotiating how to take accumulated vacation time; & why it's under boss' power to enforce, rather than university. We discuss his dedication to work; another reason for not taking time off is having 2 jobs. Tells the story of how he was denied comp. time, and it was counted as vacation time. (Why he continues to work there under unfair conditions?) It's convenient. But conditions are difficult. Is considering other employment. Discusses e.g. of pt's refusal to fire an employee for unfair reasons, & threat of repercussions to him.

- Has been having terrible crying fits, the worst since 1990. Wondered if attributable to Wellbutrin, but doesn't seem likely. 1990-1991, crying about getting fired from Carney. At that time he was suicidal. He's not suicidal now. Crying x 2 wks. Sore mouth from grinding his teeth; under Tx from dentist for this, & dentist has recommended counseling. Has recently taken Klonopin before bed. Is seeing GP tomorrow, will discuss whether Wellbutrin is working.

- Shows copy of mediator's analysis of pt's case against Carney Hospital. Currently, Carney is (? countersuing/? attempt to vacate this finding.) Essentially, the case was one of 5 or 6 young employees harassing pt. sexually as part of a pattern of racial & sexual slurs at Carney. Discusses the legal & financial problems involved. Plan: Next mtg, 4/10/01
NSG

#6 - 4/10/01 - 1½ hours Tx

Pt. seen. Doing all right. We review last session, and the terrible ongoing stress of the Carney case. Saw G.P. - meds changed. Review of dental problems: has 16-18 caps; great jaw tension; dentist has recommended counseling. Takes Klonopin before bed. Pt. doesn't like to be forthcoming w/ dentist about counseling in front of dental assistant. G.P. put him on Celexa, for anxiety or depression presumably; and hopefully it might help w/ teeth-grinding also. Celexa replaces Wellbutrin. Pt. discussed his crying spells — decreased to 2 or 3 x/week, down from 8 or 9 the previous week; not attributable to Celexa. His brief unbringing - psychological effects. Recent mtgs w/ 3 attorneys: Frank + Dan Briscoll + Brian Leary. Dan Briscoll has threatened legal action against pt.

— We discuss whether it is good for him to try to be reasonable + negotiate + compromise with people who outrage him
— Pt. filed w/ MCAD against B.U. in Dec. B.U. has been notified. B.U. has written their position paper; pt. has a copy.

Plan: See 4/17/01         NSG

#7 - 4/17/01 - 1½ hrs. Tx

Pt. seen. We discuss Cambridge Hospital taking over Malden Hospital, hoping it will open F-T job opportunities for him there. Is trying to schedule all medical, therapy, and dental appts on Tuesdays; is concerned that they may see a problem in this. Discusses a recent personnel matter involving an employee sleeping, + the supervisor reporting it to pt. Pt. is cooperating w/ boss's tasks + assignments, + not making waves about personnel issues. Possibly he might be asked to take time off [absence] under Family Medical Leave Act. Can't yet tell



how the Celexa is working. Read an article that stroke can cause attention + concentration problems. We discuss issues of outrage, + sticking up for the underdog. We discuss the ethics of the situation. <u>Plan</u>: Continue to focus on ethical aspects + self-acceptance of his choices. Next mtg. 4/24/01. NSG

---

#8 — 4/24/01 — 1½ hrs. Tx

<u>Pt.</u> seen. Discusses Cambridge's take-over of Malden, + job prospects for him. I discuss the ethics issue. He discusses how his Carney ~~Hosp~~ Case has blackballed his chances for high promotions in the field of teaching hospitals. Felt depressed last week, especially e.g. the suit against him by his attorney + Carney's attorney. Pt. has sought legal advice from a friend. Discusses how people didn't keep their word re aspects of the settlement of Carney. He's well-prepared by parents re "life isn't fair". Discusses the harassment by the kids at Carney. Discusses run-in w/ an assistant director at B.U. a few years ago, which brought up memories of "sexual harassment" accusation in past. Still not clear about whether Celexa is having any favorable effect. Applying for Asst. Director of DPW - Cambridge. Dad has a proud blue-collar background. His calmness may be hopelessness, today. <u>Plan</u>: Next mtg. 5/1/01  NSG

---

#9 — 5/1/01 — 1½ hrs Tx

<u>Pt.</u> seen. G.P. will keep him on Celexa another month; it's only been 3 weeks. Is doing better than 3-4 weeks ago,

- Pt. wrote aggressive note to Cambridge boss' boss about working conditions while they phase out Nursing Supervisor positions (= "Coordinators"), of which he is one of 2 remaining, another 2 have left. This P.M., he'll meet w/ boss'
- Renovations going on in condo next door. Issue of noise off-hours/weekend, contrary to assurances. The neighbors look to him to take the lead on noise control in neighborhood — parties, etc. Pt. is working to get out of this role. Discusses condo conversion process in his 4-unit building. The owner of the condo which is being renovated has been very inconsiderate to the neighbors re: noise; but neighbor got a stop work order. Discusses people's inconsiderateness: e.g., a guy at health club who refused to stop banging the plates on a universal machine; it almost got to a fight but they worked it out. Discusses scheduling issues & unfair pay differential at Cambridge; problems re: boss & re: the schedule person.
- We discuss the problem of asserting himself in the spirit of fair play & helping others, but it often/sometimes gets him in trouble. And how to take pride in the contributions he does make by doing what's right — This is an important value for him. Plan: Next mtg. 5/8/01.  NSG

#10 - 5/8/01 - 1 hr. Tx
Pt. seen. Discusses recent events on B.U. campus. Discusses a request from a police acquaintance to help save an employee's job. Having some migraines, getting some flak about time off requests. Health issues: Abscessed tooth,

ultrasound for kidney stones. Pt. refers to counseling, in communications w/ boss, as "regular mtg. w/ my Dr." Boss c/o pt. requesting "excessive time off" this month. In the past, pt. would have emailed back a justification in detail, which would have gotten pt. in trouble. High stress level triggers.
- Describes the instance last fall when boss yelled at him repeatedly to fire employee, Lindsay, & goaded pt. into telling boss to leave pt's. office.
- Discusses politics & history (Vietnam)
Plan: Next mtg, 5/15/01                                    NSG

#11 - 5/15/01 - 1 hr. Tx
Pt. seen. A bad week. Seeing a different lawyer now. Boss demanded documentation about his Tuesday absences, & told him his time out is excessive. Boss was insistent, and finally forced pt. to tell him that pt. is in therapy on Tuesday; pt. has been extremely reluctant to tell him this - fears it will be used against him. Boss asked for note confirming that pt. is in Tx.
- We discuss boss John's critical memo about "expectations" for pt., which is false in many (most) respects.
- I write a letter confirming that he is in counseling.
- Discusses anger @ work, and re dogs on beach this weekend, & how he confronted the owner of a loose dog.
Plan: Next mtg. 5/22/01                                    NSG

O/A 5/17/01 - Pt. called to change appt. to 5/21. Is afraid bosses may be out to fire him.                NSG