#12 - 5/21/01 - 1 hr. Tx

Pt. seen. Got some info from a part-time supervisor that administrator is looking for unfavorable info on pt. Boss is giving pt. a hard time also, about numerous things, "Getting my ass kicked". Boss has not approved his Tuesdays off; so pt. feels forced to apply for Family Medical Leave.
- Will switch insurance to Cambridge Health Alliance. But there may be a layoff.
- Discusses lying by ppl at work.
- We discuss how to fill out Family Medical Leave Act form.

Plan: Next mtg. 5/29/01 /NSG

5/28/01 - Pt. had to cancel - Boss wouldn't allow time off
5/29 /NSG

#13 - 6/12/01 - 1 hr. Tx

Pt. seen. We discuss lottery tickets. (Busting your chops at work?) Yes, letter from the Administration, denying that there's a basis for an MCAD complaint. Pt. explains details of why he disputes this. May 22, pt. filed w/ EEOC Disability office. Sister just got laid off from well-paying MIS job at legal office; pt. advises her to avoid legal action if possible. Discusses being denied time off for medical appts, and late approvals after pt. has already cancelled appts, and being denied pay on those latter occasions, when he did in fact work. Discussed recent kidney-stone attack — Didn't have them until a year ago. Last Friday boss complained about pt. taking a lot of time off. Pt. has been off Celexa by accident for 2 weeks b/c of complications about refill, about not being able to get in to

see PCP, Dr. Abreu. Dr. Abreu now wants him to take Effexor instead of Celexa.
- New health insurance — HPHC thru Cambridge Hospital. He will have **both** insurances as of July 1st.
- Further discussion of EEOC/Disability office/Family Medical Leave filing, and possible effects of this. Plan: Next mtg, 6/19/01. Pt. has been approved for time off for these appts. for the rest of June; & hopes to continue regular appts. in July & August.
/NSG

#14 — 6/19/01 — 1 hr, Tx

Pt. seen. We discuss gambling, & dynamics of it. Discussed boss & time off. Shows an exchange of e-mail about time off last week. I advise pt. to document these occurrences.
- Issues w/ lawyer, Dan, who also used to be a friend.
- Has started the Effexor; no obvious effects yet; x 1 week
- Pt. admits to self that he's a little depressed about work & lawyer situation. Pt. has been insulting other lawyers about his lawyer Dan; one recommended pt. complain to Bar Assoc.; pt. was grateful for free consult from expensive lawyer.
- This upcoming weekend, there is a social event on the Cape, that includes pt. & Dan. Pt. feels uncomfortable w/ this. Probably Dan has convinced himself that pt. is the villain causing Dan trouble. Pt. is staying in a different place. They are in the same social circle, a long-standing one; pt. brought Dan & Frank in about 7-8 years ago. Plan: Next mtg, 6/26/01.
/NSG

#15 - 6/26/01 - 1 hr. Tx

Pt. seen. Doing OK. Got a case of shingles — a new disorder — which physician says is stress-related. Pt. is taking medication for it. Pt. reviews his stressful adult work life.
- Pt. is off-work this week, then will be back in July; while boss is on vacation in August, boss may be too busy to hassle pt. very much. Discusses recent interactions w/ boss, & strategies to deal.
- Discussed going off to college.
- Unclear if any effects of Effexor.
- Stroke-related issues related to his very convenient commute to both jobs. His decrepit apt. is going condo, & he's buying.
- We discuss ethics of his decisions in the past, to stand up for what's right — e.g. at Carney. Plan: next mtg, 7/3/01.
(NSG)

#16 - 7/3/01 - 1 hr. Tx

Pt. seen. Boss may give him trouble about a day off request which was 1st accepted then rejected. Got a call-back on the Cambridge DPW job — is eager to pursue it — feeling he'd be good in working w/ the union, & w/ systems problems. Shingles decreasing slowly. Discusses circumstances of his taking the B.U. job. Had a very happy day last week taking his semi-invalid mother to the beach. WW II stories. Stories about being helpful to others. Plan: next mtg, 2 wks, 7/17/01
(NSG)

7/17/01 — Pt. cancelled appt. Boss is denying him time off, Pt. is protesting this & filing thru F.M.L.A. for time off, but that's in process. Plan: He will contact me.

#17 - 9/11/01 - 1 hr. Tx

Pt. seen. Papers still in for F.M.L.A.; asking for restricted duty. In hospital this weekend 9 hours for kidney stones. Boss still denying time off at many times. Still teeth grinding; wearing a mouth guard. Boss charging him for vacation days when he has medical appts. Has had abscessed teeth. Discusses complications of boss asking for 2nd opinion on his medical conditions; pt. said he's offended. A B.U. physician may contact pt's. providers as part of 2nd opinion. F.M.L.A. request put in on Aug 29 to start Oct. 4. Plan: Next mtg. 9/18/01  /NSG

#18 - 9/18/01 - 1 hr. Tx

Pt. seen. Chat about general issues & topics. Pt. will allow 2nd opinion Dr. to contact Dr. Abreu. Is having ongoing discussion w/ the personnel representative re F.M.L.A.

- Currently, he's not allowed back at work, until he can come back full-time. Letter of notification was as of Aug. 27 a registered letter, but to his old address. It's a suspension. Describes the scene between boss John & pt. when he returned to work before having received the suspension letter; boss told him he had to leave the building immediately.

- Is the only nursing supervisor left on the Cambridge job; the plan is to transfer those jobs to nurses (D. Pine Cambridge?) Didn't handle the job interview well.

- Will discuss staying focussed on the F.M.L.A. situation, & the possibility of filing an appeal if he is denied by the University. Plan: Next mtg. 9/25/01. /NSG

#19 - 9/25/01 - 1 hr. Tx

Pt. seen. We discuss child Tx, + some of his experiences w/ children + child problems, + discipline. Discussion of father's discipline + advice, when pt. was a child. Father was a Brookline schoolteacher; retired; he might have mood swings; impatient. Father cut lawns til age 70, til he had prostate CA. Now 79.
- Worked a lot of extra time at Cambridge last weekend
- Worry about whether he might have Bipolar. We review Sxs. Discussed family Hx.
- Discusses father's kindness. Discussed parenting, + interacting w/ kids
Plan: Next mtg. 10/2/01    NSG

#20 - 10/2/01 - 1 hr. Tx

Pt. seen. Discussion of parents + children. Will be seeing internist. Reviews use of Prilosec for stomach trouble. M.D. notices that B.U. physician who is doing the 2nd opinion seems to have a bias against pt. — i.e. portraying him as a "slacker." Discussed status of F.M.L.A. application + evaluation. His states: Some increase in "unexplained" stress episodes; wakes up crying; taking T'ed Klonopin. Reviews various episodes at B.U.
- Is trying to get his paperwork organized at home. Cambridge job is going well; he's generally well-regarded there, even when he gets in an occasional controversy.
Plan: Next mtg. 10/8/01    NSG

#21 - 10/9/01 - 1 hr. Tx

Pt. seen. Discussion of "being misquoted". Saw Dr. Abreu; discuss of issue of B.U. giving pt. an apparently unreasonably hard time. Compares the Carney issue w/ the B.U. issue, re "Life is not fair". Discusses B.U. lawyer who works out at same gym as pt.

- We discuss a financial gift pt. wanted to give me, in return for my consideration on past missed appts. Discusses doing s/t nice for mother, taking her to the beach.
- Discussed his communication problem, via e-mails to friends. Discussed whether or not Effexor works for him, & how/whether Dr. Abreu can tell accurately.
(Status of pt. & his lawyers' dispute) (?) A young Atty., Greg Wilson — They went to Atty. Noon, who supported pt. in his dispute against Atty. Dean —, & advised pt. of his options. They also consulted Atty. Harvey Weiner, who have recommended that pt. take it to the Bar Assoc. as a complaint. (?) D.K. which way he will go.

Plan: Next mtg. 10/16/01          NSG

---

#22 - 10/16/01 - 1 hr. Tx

Pt. seen. Discussion of phone systems. Hasn't heard from B.U. — is nervous — ? related to a migraine; a/ ulcers/upset stomach x 3 weeks, is now on Prilosec. O.K. otherwise. Re B.U. status, pt. states that B.U.'s records are inaccurate as to when pt. has been out sick, & as to whether B.U. has received pt's procedural requests. Job application status. Pt's older brother is visiting. Pt. makes generous gifts. Truly afraid he will give it all away.
- Got his Master's, w/o being able to open a book. We discuss reading & attention span.
- Does get paid while out from B.U.
- Sees urologist this week. Discusses parents, who live in Fla in the winter, & on the Cape other times.
- He used to overexercise, w/ double sessions. Now has cut back.