#23 – 10/23/01 – 1 hr. Tx

Pt. seen. B.U. sent him a further form requesting further medical info and clarification. Discusses Dr. Abreu's involvement, + that of the Dr. @ B.U. Dr. @ B.U. had been resistant to releasing pt's medical records to him, but did so recently.

- Describes current stress, e.g. while driving + seeing other drivers' violations or inappropriate behavior. Recalls past incidents of stress + aggressive anger related to driving, to his health club. A recent argument w/ Asst. General Manager of Hyatt, which is his health cl.
- So, a tougher-than-average week. Severe migraines for 3 days.
- ? if prodromal of kidney stones attacks. Discussed a disagreement w/ a nurse over pt. placement. (Plan: Next wk).

10/30/01          √ NSG

#24 – 10/30/01 – 1 hr. Tx

Pt. seen. Discusses a co-worker whom pt. encouraged to advance professionally, b/c he had a great personality, + is a great joker
- Old news: they still intend to phase out his job (description) at Cambridge Hospital
- Discussion of B.U.'s request for further medical info re FMLA
- Further discussion of his medical record obtained from B.U., which was quite skimpy, lacking a great deal of information about his medical conditions
- Met a tax lawyer yesterday – who stutters but is brilliant – not his regular lawyer
- Feels like "a disappointment" in life, career-wise
- We discuss road rage type episodes, + how to handle. Sister is a state trooper.
- Discusses parents' medical conditions. Father still keeps him ___

Re: law.
Father, + mother, love the underdog
Plan: See Monday 11/5/01          NSG

#25 - 11/5/01 — 1 hr. Tx
Pt. seen. Anecdote about hair length + police. Chats about various topics, shifting from topic to topic. Discusses F.M.L.A. situation + medical records. Saw Dr. Abreu Oct. 31. Pt. is preparing to seek a lawyer. Pt. is taking my advice to attend to his medical appts. During this period of not working for B.U. Pt. sent mother + 5 sisters to Foxwoods recently
Plan: See in 2 weeks, 11/5/01          NSG

#26 - 11/19/01 — 1 hr. Tx
Pt. seen. Discussion of MGH, + psychiatry training + students; current security issues, + whether there are any job opportunities for him.
- B.U. sent him a letter saying FMLA is refused due to Dr's. non-cooperation; but this is not accurate; he received the letter on 11/16/01, saying to report to work on 11/12/01. Pt. has notified the federal agency administering FMLA on 11/15/01, i.e. Dept. of Labor
- Had a recent kidney stone attack. Per Dr. Abreu, pt. is off Effexor, + wants to start pt. on Paxil; Dr. Abreu felt Effexor was not working. Pt. continues to seek his medical records from B.U.
- Pt. has been contacted by Dept. of Labor lawyer(s) to look into his case. I listen to the phone call from Dept. of labor. I read B.U. letter, + pt's response by letter.
- Pt. is following my advice to take care of his medical appts. now, as much as possible, while he is not working at B.U.

11/21/01 - Pt. cancelled 11/26/01, b/c he has been ordered back to work. That he hopes to keep future appt. Plan: I'll contact pt. for update in scheduling. ⌐NSG

11/28/01 - Phone mss. from pt. He has been having increasing crying spells lately. He was told to leave work on Tuesday. Work + personal status is unclear. It sounded like pt. said that his boss pushed or kicked him!? He indicated that this is not an emergency needing a call back. ⌐NSG

11/29/01 - Phone mss. from pt., repeating much of the above information, especially re: crying spells. Said he's been talking to his family a lot, maybe too much. Esp. Embarrassed by crying spells, x 2 weeks, is discouraged. Tired of taking Paxil. Will be working at Cambridge Hospital the next 3 days, so no need for call-back. Added that he's been "canned" (context unclear, confused message). Plan: Pt. would like to be seen on Mon. 12/3. ⌐NSG

12/3/01 - I had to cancel due to being out sick. We talked. He confirmed that he'd been fired, + that boss had pushed or kicked him, "it's a long story." Not doing too well. Plan: we will meet tomorrow, 12/4, noon, assuming I'll be back at work.

12/3/01 - Pt. had to cancel 12/4 - maternal uncle passed away, + he leaves tonight for the funeral. Won't be able to meet next week. Plan: I left message to schedule for 12/17, 11 AM, or he can call + schedule something sooner if his schedule permits. ⌐NSG

#27 - 12/11/01 - 1 hr. Tx
Pt. seen. Review of intense crying spells. Pt. never took the Paxil. Pt. cries. Was taken off the Effexor. Was suspended from work

(11/27)
on the Tuesday after he returned to work on Monday. And the signs of his office being cleaned & rearranged by Monday shows this was premeditated. A lot of work associates tried to help him, warn him, keep him informed. Boss dressed him down in various ways.
- Describes how boss pushed pt. Discusses the subsequent police report(s).
- Pt. did file an assault charge of on boss, but found the B.U. police to be uncooperative so he pursued it thru Brighton Police & an Attorney. Boss also filed an assault charge against pt. Plan: next mtg. 12/17/01       NSC

#28 - 12/18/01 - 1 hr. Tx
Pt. seen. Reflecting on how he got himself into the 2 bad situations: the Civil Rights case at Carney, and now getting fired at B.U. Discusses recent problem w/ a nurse at Cambridge, which he had to deal w/, by "blowing the whistle". Discusses staffing issues w/ nurses, & how he handles it at Cambridge. I discuss the implications for him re personality & functioning at work. We discuss status of case against former lawyer who is trying to take more money from him.
- Discusses status of assault & battery complaint against boss, for the incident on the day he was fired. It didn't go well. He wasn't allowed to file a charge, per the court clerk who heard the case. Pt. may appeal.
                                                                        Dan
- New lawyer (Greg) is overcharging him (on the case against former lawyer). It will probably get straightened out.
Plan: See 12/31/01.       NSC

#29 - 12/31/01 - 1 hr. Tx

Pt. seen. A busy week, working extra Xmas hours at Cambridge. Took parents to Coonamessett Inn in Falmouth. One sister is State Trooper, another sister is nurse at B+W. 75th birthday of mother. 8 sibs including self. Father is "tough" WWII vet, but soft & sent mental w/ kids. Sister is Parole Commissioner. 6 sisters & 1 broth. Several sibs good athletes. Discusses how his sister the Parole Commissioner talked to pt. that he was foolish to keep fighting for other's rights — her nickname is "No", for "No Shit" — Maureen Mary Ann is the State Trooper, and a lawyer, & a BA; she went back at age 43 after being out on disability for several years.

- Pt. sent B.U. a registered letter to get his personnel record; & has contacted Attorney General's office repeatedly about this matter; also has been underpaid, & undercredited w/ vacation time.
He has filed an appeal of court clerk's finding that he should not proceed w/ his complaint against boss' assault.

- An episode of beginning being given poor food at Coonamessett Inn, & getting angry, but controlling self.

- Finally passed his kidney stones, so won't need surgery

- Taking Paxil — seems to be helping w/ controlling anger. He's reluctant to tell.

* - We discuss whether he will keep Boston at and insurance by COBRA. It's complicated, depending partly on their improper failure to notify him of COBRA rights. So, may keep both insurances at least until this is clarified.

- Discusses status at Cambridge Hospital — permanent job is not guaranteed. Pln: Next mtg, 1/14/02. NSG