# SELF-IDENTIFICATION OF DISABLED AND/OR VETERAN STATUS

If you wish to identify yourself as a person with a disability, a disabled Veteran, a Vietnam Era Veteran, or an other eligible Veteran, please provide the information requested below. If you have submitted this information in the past, you need not do so again.

If you are an individual with a disability, either Veteran or non-Veteran, and you wish to request an accommodation, you may do so on this form by completing the section regarding accommodations on the back of this page. If you have already requested and received an accommodation, you need not complete this form again.

Disclosure of this information is entirely voluntary. No adverse consequences will result from either providing this information or declining to provide it. Should you decide not to self-identify at this time, you may do so at any time in the future.

This information will be kept confidential, except that it may be shared with certain personnel, to the extent necessary, for purposes consistent with the requirements of the Rehabilitation Act of 1973 and/or the Vietnam Era Veterans Readjustment Assistance Act of 1974. Please see the attached sheet for further information on such disclosure.

NAME: WALSH, John
DEPARTMENT: ResD Safety
PHONE: 617-353-1583
DATE OF HIRE: 3/13/95

POSITION: Operations Mgr.
ADDRESS: 985 Comm. Ave - Suite -235
B.U. I.D. #: U57 273826
TODAY'S DATE: 5/22/01

I wish to identify myself as (please check all that apply, according to the definitions on the attached sheet):

[✓] an individual with a disability
[ ] a disabled Veteran
[ ] a Veteran of the Vietnam Era
[ ] an other eligible Veteran

If you are an individual with a disability, either Veteran or non-Veteran, please give a brief description of the nature and extent of your disability(ies) and any related limitations. You are not required to disclose any medical information on this form.

C.V.A. - 4/84 Visual (peripheral vision LS, Acuity) + coordination losses, PTSD, Acute Stress Disorder, DEPRESSION, MIGRAINES

If you wish to request an accommodation, please do so on the next page. If you do not wish to make such a request now, or if you make a request now but wish to request additional accommodations later, you may do so at any time in the future.

JW 0690

## Request for Reasonable Accommodation

If you request an accommodation, additional information may be required to assess the extent of your disability and to determine what accommodation(s) can be provided that will enable you to perform the essential functions of your job. Your request will be shared with your supervisor or other appropriate person(s) as necessary for assessment of the request and effective implementation of any accommodation(s) provided.

You are not required to request an accommodation, or to accept any accommodation that you have not requested.

If you wish to request an accommodation, please describe the accommodation(s) you feel will enable you to perform the essential functions of your job effectively and safely. Include any special equipment, changes in physical layout of your workplace, elimination of certain non-essential duties, or other accommodations you believe would be of assistance.

*ABILITY TO ATTEND MEDICAL Appointments & follow treatment w/o interference which is limited to use of Accrued SICK TIME. Same treatment as others in this department on use of time.*

If you have any questions, please contact the Office of Equal Opportunity at 353-9286.

Please return this form in a sealed envelope to:

Kim Randall
Office of Equal Opportunity
25 Buick Street
Boston, MA 02215

November 2000

JW 0691