# COMMONWEALTH MEDICAL GROUP

*Of Boston University Medical Center*

August 22, 2001

RE: John Walsh
DOB: 6/13/55

To Whom It May Concern:

Mr. Walsh is excused from work until September 1st due to illness. He may then return to restricted duty until being next evaluated by me September 4, 2001.

Sincerely,

*[signature]*

Steven Abreu, MD

BU 0225

930 Commonwealth Avenue
Boston, Massachusetts 02215
617/278-6700