

**Boston University**

Office of Housing
985 Commonwealth Avenue
Boston, Massachusetts 02215

August 27, 2001

Mr. John Walsh
190 Perham Street
West Roxbury, MA 02132

Dear Mr. Walsh,

On Wednesday, August 22, 2001, John Battaglino, Associate Director of Housing, received your e-mail stating that you were not able to work until September 1, 2001 at which time you are planning to work "restricted duty" until September 4, 2001. You also left in Mr. Battaglino's mail box a note from Dr. Abreu of the Commonwealth Medical Group. However, the note from Dr. Abreu did not contain any information regarding your medical condition.

Although this notification did not come in the form of a request, any paid leave of absence is subject to Mr. Battaglino's and my approval. Prior to any such approval, I will need you to sign the attached medical release form that will allow a physician of Boston University's choosing to speak with Dr. Abreu. Please return this form to me at 985 Commonwealth Avenue in the enclosed envelope. I need to obtain information regarding when, and if, I can expect you to return as a significant full-time contributor to this department. As soon as the University determines to its satisfaction that your health renders you incapable of working, you will be placed on paid medical leave as requested. While you are unable to work, your responsibilities as Operations Manager will be temporarily assigned to others including John Battaglino, Sheila Sullivan, and the supervisory staff. Please do not call, email, or otherwise contact your co-workers while they are working. If there is any information you need from Boston University, contact John Battaglino or me. If you have any questions regarding your sick leave benefits, you should contact Marilyn Walsh at the Office of Personnel.

Please appreciate that, in addition to ignoring long-established Boston University policy (with which you are familiar with) for requesting medical leave, your extended absence comes at the busiest time of the year for this department, because, as you know, students move in to the residences beginning August 27, 2001. The time surrounding move-in week is very busy as well, and the Office of Housing cannot be kept in the dark about your plans or intentions. In addition, I note that your attendance this year has been abysmal. You will have been absent from work for at least some portion of 97 days of 166 scheduled work days between January 1, 2001 and August 31, 2001. Sixty-three of those days appear to be medically related, and for

JW 0361

the most part, have come without proper advance notification or proper documentation concerning your health.

Please feel free to call John Battaglino or me if you have any questions or need any clarification.

Sincerely,

Marc Robillard
Director of Housing

CC:    John Battaglino, Residential Safety
       Larry Elswit, General Counsel
       Marilyn Walsh, Office of Personnel

Enclosure

JW 0362