RECEIVED

24

OF PERSONNEL

9/19/01

MARILYN:

Please forgive my handwritten note. I couldn't get access to a computer last night. Your message "about nothing fancy" on the request for something in writing; leaves me feeling my comfortable about the apparent shortcomings of this note.

I have requested an intermittent &/or reduced schedule under the F.M.L.A. This leave will allow me to do many things medically necessary; such as attend scheduled health provider appointments, reduce time work for un-

JW 0679

②

Anticipated medical needs (i.e. migraines, DENTAL ABCESS, etc), OR RECOVERY time. Presently, & in the past: DESPITE months of notice for appointments & accompanied by Documentation (medical) my superiors have Ⓐ Denied the time, Ⓑ Approved than DENIED the time when I reminded him Ⓒ scheduled me on off-shifts (As well As Days) to prevent me from ATTENDING to medical needs, Ⓓ Docked me sick/vacation time AS punishment when I was present using An entirely double standard for SALARIED Personnel in my department, etc. & than knowingly portrayed those circumstances untruthfully.

The ABOVE seemingly REASONABLE ACCOMMODAtion REQUEST HAS BEEN MADE TO MY

JW 0680

③

Boss w/ me working extended hrs, but Appts. for my serious health condition HAVE BEEN DENIED.

Should I have to take F.M.L.A for medical Appts when plenty of advance notice is given, documentation is provided, my absence was scheduled for my employer's benefit, (slow time, midweek, ketoch time, etc), etc — But that is the situation I find myself in? HUMILIATED, BUT NEEDING the protection of the FMLA.

Why wouldn't my sick time suffice? Oh, & by the way, please allow me to put too paper: that on some of the weekp that I took time off from the conventional 9-5p, I exceeded, I still put in over

JW 0681



35-40 hrs. (BU). Are other salaried personnel treated the same way at BU? Getting into too many details, & I do not mean to vent in your direction. My apologies - (this is about the 4th short note I written!)

My request for this FMLA on an intermittent/reduced hrs. would allow me to serve notice on my employer so that my absence has (NO) or very little affect on operations & at other times ~~has~~ my hrs. would vary. I realize the need to provide as much notice as possible. As I mentioned to you "at times the situation concerning my health is a direct function of how I was treated on the job."

I would like to continue employment

JW 0682

NOV-03-2001 16:51 BU OCCUPATIONAL HEALTH CT 6172295921 P.06/06
Case 1:04-cv-11240-RCL  Document 19-43  Filed 04/21/2006  Page 5 of 5

(5)

& contribute to B.U. w/ all my time off request I have kept my employer's interest above mine: & have demonstrated a very high level of flexibility w/ B.U.'s interest in mind.

I will continue to be considerate of B.U. & be a contributor, but at this time I have the medical need to consider in my life.

Please keep me informed. If the opportunity arises, I would be interested in other medical leaves or having my ?'s answered as Marc invited. & if it's too busy – no problem – In that case I hope my request will be allowed.

Good luck
Respectfully, [signature]

JW 0683