**Boston University**

Office of Personnel
25 Buick Street
Boston, Massachusetts 02215

www.bu.edu/personnel



November 8, 2001

Mr. John Walsh
40 Speridakis Terrace - #1
Cambridge, Massachusetts 02139

Dear Jack:

On October 12, 2001, I informed you in writing that the before the University could give further consideration to your request for a Family and Medical Leave, your physician would need to complete a **Certification of Physician or Practitioner** form. The submission of this form to Boston University was necessary because the medical documentation provided by Dr. Steven Abreau on October 1, 2001 was inconclusive and did not provide sufficient information in order for us to consider your request. I also informed you in that letter that your physician should mail the completed form to Dr. Cheryl Barbanel at the Boston University Occupational Health Center as soon as possible.

On November 1, 2001, you sent me a note indicating that you had an appointment with your primary care physician on October 31, 2001 and that you had provided him with the **Certification of Physician or Practitioner** form that I mailed to you on October 12th.

However, on November 7, 2001, Dr. Barbanel was informed by Dr. Abreau that you had instructed him not to provide any additional medical information to Boston University. Based on this action preventing Boston University from obtaining clarification to determine your eligibility for a Family and Medical Leave, the University is left with no choice but to deny your request for this leave.

Therefore, you are expected to return to work in Residential Safety on Tuesday, November 13, 2001 for a 9:00 a.m. to 5:00 p.m. shift. Prior to your reporting to the Office of Residential Safety, however, I would like to meet with you, Marc Robillard and John Battaglino in the Office of Personnel at 9:00 a.m. At this meeting, we will discuss the appropriate procedures regarding the use of accrued sick leave for medical and/or dental appointments as outlined in the Personnel Policy Manual (Policy #302).

Please contact me at 617-353-4720 if you have any questions.

Sincerely,

*Marilyn Walsh*

Marilyn Walsh
Director of Employee Relations,
Employment and Training

BU 0111