**Boston University**

Office of Personnel
25 Buick Street
Boston, Massachusetts 02215

www.bu.edu/personnel



**BY REGISTERED MAIL AND US MAIL**

November 16, 2001

Mr. John Walsh
40 Speridakis Terrace - #1
Cambridge, Massachusetts  02139

Dear Jack:

On September 19, 2001, you submitted to me in writing your request for an intermittent and/or reduced schedule under the Family and Medical Leave Act. In order for the University to evaluate your request, we requested that you give permission to your physician Steven Abreau, M.D. to speak with Dr. Cheryl Barbanel, Director of the Boston University Occupational Health Center at Boston University. With your permission, Dr. Abreau agreed to provide Boston University with written medical information concerning your request.

On October 12, 2001, I notified you in writing that the information provided to Dr. Barbanel by Dr. Abreau was inconclusive and I enclosed a **Certification of Physician or Practitioner** form that needed to be completed and returned to Boston University by your physician in order for us to give further consideration to your request for Family and Medical Leave.

On November 01, 2001, you informed me in writing that you had an appointment with your primary physician on October 31, 2001 and that you had provided him with the **Certification of Physician or Practitioner** form that was mailed to you on October 12th.

On November 7, 2001, Dr. Barbanel was informed by Dr. Abreau that you had instructed him not to provide Boston University with any additional medical information concerning your request for Family and Medical Leave.

Page Two

On November 8, 2001, I informed you in writing that because Boston University did not have sufficient medical information to determine your eligibility for Family and Medical Leave, you were expected to return to your position as Operations Manager in Residential Safety on Tuesday, November 13, 2001. I also asked that you be present at a meeting in the Office of Personnel at 9:00 a.m. on November 13th with me, Marc Robillard and John Battaglino prior to reporting to your 9:00 a.m. – 5:00 p.m. shift. In addition to my letter, I left this information on a voice message at your home on Friday, November 9, 2001. In that message, I also informed you that if you had any questions, you should leave a message on my voice mail at Boston University between November 10th and November 12th with a telephone number where I could reach you over the holiday weekend.

Despite my written and verbal communications to you, you did not report to the Office of Personnel at 9:00 a.m. on Tuesday, November 13th as instructed, you did not report to work at Residential Safety and you did not make any contact with Boston University concerning your failure to report. Neither have you made any attempt to contact Boston University even though I left a voice message at your home on Tuesday, November 13, 2001 informing you that it was important for you to return my telephone call as soon as possible.

It is important to note that since August 22, 2001, the University has provided you with paid accrued sick leave while we have been attempting to determine your eligibility for Family and Medical Leave.

At this time, we are informing you that unless you are able to provide Boston University with appropriate medical documentation to support your continued used of accrued sick leave, you will be expected to return to work on Monday, November 26, 2001. Furthermore, because you have not provided the necessary medical documentation to determine your eligibility for an intermittent or reduced schedule, we are unable to approve your request at this time. If upon your return to work, you continue to request an intermittent or reduced schedule, you will need to provide the completed **Certification of Physician or Practitioner** form to Boston University.

If you fail to provide appropriate medical documentation to support your continued use of sick leave or if you fail to return to work on Monday, November 26th, we will consider that you have voluntarily resigned your employment from Boston University.

Sincerely,

*Marilyn Walsh*

Marilyn Walsh
Director of Employee Relations,
Employment and Training

BU 0109