UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN WALSH, )
)
Plaintiff, )
)
vs. )  CIVIL ACTION NO. 04-11240-RCL
)
TRUSTEES OF BOSTON UNIVERSITY, )
)
Defendant. )
)

AFFIDAVIT OF CHERYL S. BARBANEL

The affiant, Cheryl S. Barbanel, being duly sworn, states:

1. I am the Director of the Boston University Occupational Health Center, 930 Commonwealth Avenue, Boston. I have held this position since 1997. Among other responsibilities, I am charged with evaluating University employees' requests for leave under the Family and Medical Leave Act.

2. On or about September, 2001, I telephoned Dr. Steven Abreu, M.D. and requested that he provide Boston University with written medical documentation supporting John Walsh's need for FMLA Leave.

3. On or about October 1, 2001, Dr. Abreu provided a note "To Whom It May Concern," attached hereto as Exhibit A. This note made reference to unspecified "medical conditions" which Dr. Abreu stated were "still active." The note did not identify what

"conditions" Mr. Walsh was suffering from, how these conditions affected his ability to perform his job, or how much time off he would require.

4.  As this note did not give me enough information to evaluate Mr. Walsh's request for leave, Marilyn Walsh, Director of Employee Relations at the Boston University Office of Personnel (no relation to John Walsh), wrote to Mr. Walsh on October 12, 2001, enclosing a "Certification of Physician or Practitioner" form. Ms. Walsh asked Mr. Walsh to have Dr. Abreu fill out and submit this form to me. (A copy of Ms. Walsh's letter is attached as Exhibit B.)

5.  I did not hear from Dr. Abreu, and he did not return the form. Several weeks later, on or about November 7, 2001, I telephoned Dr. Abreu in order to obtain the medical information I needed to evaluate Mr. Walsh's request for leave. Dr. Abreu informed me that Mr. Walsh had instructed him not to provide any additional information to Boston University.

Further affiant sayeth not.

Signed under the pains and penalties of perjury this 31st day of March, 2006.

Cheryl S. Barbanel, M.D.




Boston University
School of Medicine

**Commonwealth Medical Group**
930 Commonwealth Avenue West
Boston, MA 02215
Tel: 617-414-6800
Fax: 617-414-6817

Steven Abreu, M.D.
*Adult Primary Care*

Joel Caslowitz, M.D.
*Adult Primary Care*

Helen Hollingsworth, M.D.
*Allergy/Asthma*
*Pulmonary*

Andrea Kronman, M.D.
*Adult Primary Care*

Danru Lee, M.D.
*Adult Primary Care*
*Acupuncture*

October 1, 2001

Re: John Walsh  DOB 6/13/55

To Whom It May Concern:

Mr. John Walsh is under my care as well as under the care of other health providers for a number of medical conditions. He has applied for Family and Medical Leave due to his episodic inability to work as well as to attend regularly scheduled appointments. Mr. Walsh was re-evaluated by me on October 1, 2001 and it is clear that these medical conditions are still active. At this point, I am unable to accurately predict the amount of time off he may need.

Sincerely,

Steven Abreu, MD

BU 0118

TOTAL P.02

**Boston University**

Office of Public Relations
25 Buick Street
Boston, Massachusetts 02215
Tel: 617/353-2240
Fax: 617/353-4048

October 12, 2001

Mr. John Walsh
40 Speridakis Terrace - #1
Cambridge, Massachusetts 02139

Dear Jack:

In an effort to clarify your request for a Family and Medical Leave, with your signed permission Dr. Cheryl Barbanel, Director of the Boston University Occupational Health Center, contacted your physician Steven Abreau, M.D. After speaking with Dr. Barbanel, Dr. Abreau agreed to provide Boston University with written medical documentation concerning your need for a Family and Medical Leave. However, his memo of October 1, 2001 to Boston University did not provide us with sufficient medical information.

Therefore, we have enclosed a **Certification of Physician or Practitioner** form that must be completed by your physician and returned as soon as possible to Boston University at the following address: Dr. Cheryl Barbanel, Director/Boston University Occuptional Health Center, 930 Commonwealth Avenue, Boston, Mass. 02215. Upon our receipt of this completed form, we will be able to give further consideration to your request for a Family and Medical Leave.

Please feel free to contact me at 617-353-4720 if you have any questions.

Sincerely,

Marilyn Walsh
Director of Employee Relations,
 Employment and Training

Enclosure

BU 0117