

Boston University
School of Medicine

**Commonwealth Medical Group**
930 Commonwealth Avenue West
Boston, MA 02215
Tel: 617-414-6800
Fax: 617-414-6817

Steven Abreu, M.D.
*Adult Primary Care*

Joel Caslowitz, M.D.
*Adult Primary Care*

Helen Hollingsworth, M.D.
*Allergy/Asthma*
*Pulmonary*

Andrea Kronman, M.D.
*Adult Primary Care*

Danru Lee, M.D.
*Adult Primary Care*
*Acupuncture*

October 1, 2001

Re: John Walsh  DOB 6/13/55

To Whom It May Concern:

Mr. John Walsh is under my care as well as under the care of other health providers for a number of medical conditions. He has applied for Family and Medical Leave due to his episodic inability to work as well as to attend regularly scheduled appointments. Mr. Walsh was re-evaluated by me on October 1, 2001 and it is clear that these medical conditions are still active. At this point, I am unable to accurately predict the amount of time off he may need.

Sincerely,

Steven Abreu, MD

BU 0118

TOTAL P.02