**Boston University**

Office of Public Relations
25 Buick Street
Boston, Massachusetts 02215
Tel: 617/353-2240
Fax: 617/353-4048



October 12, 2001

Mr. John Walsh
40 Speridakis Terrace - #1
Cambridge, Massachusetts  02139

Dear Jack:

In an effort to clarify your request for a Family and Medical Leave, with your signed permission Dr. Cheryl Barbanel, Director of the Boston University Occupational Health Center, contacted your physician Steven Abreau, M.D.  After speaking with Dr. Barbanel, Dr. Abreau agreed to provide Boston University with written medical documentation concerning your need for a Family and Medical Leave.  However, his memo of October 1, 2001 to Boston University did not provide us with sufficient medical information.

Therefore, we have enclosed a **Certification of Physician or Practitioner** form that must be completed by your physician and returned as soon as possible to Boston University at the following address:  Dr. Cheryl Barbanel, Director/Boston University Occuptional Health Center, 930 Commonwealth Avenue, Boston, Mass. 02215.  Upon our receipt of this completed form, we will be able to give further consideration to your request for a Family and Medical Leave.

Please feel free to contact me at 617-353-4720 if you have any questions.

Sincerely,

Marilyn Walsh
Director of Employee Relations,
 Employment and Training

Enclosure

BU 0117