

11/16/01

Ms. Walsh:

Today, I received your letter dated 11/8/01, denying my fmla request, as well as ordering me to report to personnel at 9 a.m. 11/13/01.

First, because I would like to continue my employment, I am informing you that I am available, but just need to be provided "appropriate (pretty much whatever you determine) notice."

Secondly, I was rather shocked to have you write that Dr. Barbanel; was not provided sufficient medical information by my physician Dr. S. Abreu. The opportunity was provided to her in writing to acquire all the missing written documentation that I had supplied to my employer. A call was made, and never returned. Surprisingly, Dr. Barbanel used specific numbers & %s of times that I had been absent in her initial conversation w/ Dr. Abreu. I realize the privilege that you have ( pretty much you can do whatever you want ), but the sharing of knowingly inaccurate information concerning my attendance was damaging and mean spirited. Who had conversations with anyone at the Occupational Health Staff and their entire content please?

Your letter fails to note my immediate responses, and despite a number of "written invites" to ask questions I have received no response. In fact I am disappointed in a significant amount of "stretching the truth" with items written such as the "form that I mailed you October 12th." As I pointed out to you Marilyn, it was BU postmarked the 16th, and received two or three afternoons later. ( actual receipt= 9/19/01.

Since John B., and others had numerous indications of my health problems via e-mail, supplied documentation, and conversation. I am outraged at anyone's claim that "they were in the dark." In fact this entirely double standard is not appropriate concerning permission or supplying documentation. There is plenty of clarification right here. Please supply me with all of the aforementioned documentation, as well as a complete personnel file from all parties.

Dr. Abreu had an entirely different conversation than you write. The form you provided is unallowable because the asking of a diagnosis and other matters has been deleted. Dr. Barbanel heard this in conversation with Dr. Abreu. Please supply me with any/all recordings, summarizations, and writings with regard to the above conversations, and as the fmla requires.

There has been a tremendous amount of miscommunication involved. I have responded and performed all requests made of me, and I will continue. In an effort to assist you I supplied the allowable medical certification form today to my physician. I believe he has 15 days to fill this out.

It is my contention that when you supply me with all the records, recordings, e-mails that refer to my health your "need " for more information is like Marc's that he was "in the dark.", not very sincere or driven by another party.

Nevertheless, I have every intention of doing what you direct. As an fyi I continue to get regular medical treatments on Mondays that prevent me from working. I try, as I did this Monday to make multiple same day appointments to minimize any disruption ( see e-mails to John). I have done that this Monday 11/19/01.

JW 0671

On Wednesday I have an appointment with my urologist to discuss surgery. I'd really prefer not to be forced to put this off anymore. It has been too painful.

Because I am told that some of my conditions are chronic, some reasonable accommodation may be necessary. With this in mind I have decided to file, and ask that you are made aware of the confidentiality requirements.

A pertinent job description appears necessary for Dr. Abreu to make an informed decision.

To avoid confusion, please write and direct me how you would like me to proceed. At the same time I would ask for my files, as well as answers in this mailing as well as the others to minimize me making an inappropriate decision due to incomplete or inaccurate information.

Ready, and Willing

John B Walsh

40 Speridakis Terr #1
Cambridge, MA 02139
(781)748-9814


cc M. Robillard

JW 0672