11/18/01                                                              by: FAX & MAIL

Dr. Barbanel M.D., M.B.A., M.P.H., etc:

Despite requesting my entire medical record ( including the documentation of the content of phone conversations) in writing, over four weeks ago, as well as physically presenting myself in your office; as you requested to obtain these files I am still waiting for complete files.

Included with this fax is my third request for any/all records. I have also included my letter of 11/5/01, which I have not received any reply despite some obligation on your part.

My employer has referenced you by name: as the unsatisfied party. In a letter received 10/19/01 your conversation with Dr. Abreu was not sufficient to authenticate my need. Refer to the letter of 11/5/01. At the same time I was supplied with a nine year old FMLA form for Dr. Abreu to fill out to satisfy you.

The Department of Labor does not allow that form because some of the questions violate A.D.A. policy. Dr. Barbanel; you've been affiliated with BU for over twenty three years, and have "more initials" after your name than "carter had liver pills." It is disheartening that someone in your position did not take the time to acquire my entire file that my employer has; or for that matter to tell my employer ( and yours) that the form they sent was inappropriate. Not that you haven't seen the form, but I'll include that in both mailing and fax.

Remember, our employer said that you had "insufficient information" on 10/12/01. I remind you that when I came in on October 22, 2001; your reason for not giving me my record was that you were too busy ( anthrax) and had not seen my file.

On 11/15/01 I received another letter from our employer stating that on 11/7/01 that you informed our Personnel office that Dr. Abreu would not provide any information to you.

Dr. Abreu specifically recalls you using #s concerning my absence ( which you denied to me), and the second conversation differently.

I would like the information in these conversations detailed, and provided to me because it has become part of my medical record. The University has denied my FMLA request, and your medical involvement is the most significant part.

I look forward to your prompt production of my complete medical records, and an explanation to the questions that I have presented in both writings.

Please try to work with me. If your long term employment for BU, or the fact that my boss's father is a powerful member of the Board of Trustees is responsible for your Behavior; than you need to separate yourself. If you are being "misquoted" than the complete production of medical records, as well as you demanding that our employer acknowledge that they were well aware of the medical difficulties and produce those records.

Sincerely,                                                            cb5fmla

*John B Walsh*

JOHN B WALSH
40 SPERIDAKIS TER
CAMBRIDGE MA 02139-4017

BU 0104

TOTAL P.02