

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

MCAD DOCKET NUMBER: 02BEM01726      EEOC/HUD CHARGE NUMBER: 16CA202140
FILING DATE: 05/23/02                VIOLATION DATE: 01/03/02

Name of Aggrieved Person or Organization:
John B Walsh
40 Spauidakis Terr #1
Cambridge, MA 02139
Primary Phone: (781) 748-9814 ext. ____

Named is the employer, labor organization, employment agency, or state/local government agency that discriminated against me:
Boston University
Office of General Counsel
125 Baystate Road
Boston, MA 02115
Primary Phone: (617) 353-2326 ext. ____

No. Of Employees:        25+

Work Location: Boston

Cause of Discrimination based on:
Disability, Other organic dysfunction (e.g. lung or liver ailment); Disability, Other mental, nervous or emotional problem.

**The particulars are:**
I, John B Walsh, the Complainant believe that I was discriminated against by Boston University, on the basis of Disability, Disability. This is in violation of M.G.L. 151B Section 4 Paragraph 4; M.G.L. 151B Section 4 Paragraph 16 and ADA.

The Complainant asserts that he was employed as an operations manager for the Respondent for the Residential Facility. The Complainant alleges that he has been denied a reasonable accommodation to his disabilities in that he has been denied leave of absence to attend to medical issues, been informally counseled regarding absences even though he has presented medical certification that the absences were directly related to his disabilities.

The Complainant alleges that John t. Bettalino, Jr., supervisor, harassed him teasing him about his disabilities and otherwise making his employment difficult. The Complainant alleges that this culminated in an altercation on or about November 27, 2001. The Complainant alleges that Mr. Bettalino assaulted him in Complainant's office. The Complainant alleges that when he attempted to report this behavior to Bettalino's supervisor, the Complainant was told to leave and not return until he was contacted.

The Complainant alleges that on December 5, 2001 he was informed by registered mail that he was terminated for unprofessional and inappropriate conduct in addition to excessive absences. The Complainant alleges that the Respondent failed to engage in an on going dialogue regarding his need for reasonable accommodation. The Complainant asserts that he was initially permitted time off but then the Respondent began to deny the request without cause.

MCAD Docket Number 02BEM01726, Complaint

The Complainant alleges that the termination was in retaliation for his internal complaints against a former officer's associates who used racial epithets but were never disciplined. The Complainant alleges that there were supervisors and employees who routinely violated policies including not charging absences to earned time but that they were never investigated or disciplined. The Complainant alleges that despite his attempts to comply with directives of making his medical appointments outside of work, he was docked for every time he was away from the office.

The Complainant cites two additional incidents of retaliation. The Complainant states that he was informed that his health insurance was cancelled on January 3, 2002 but retroactively to November 30, 2002 without his knowledge and that he was sent a letter of no trespass, which prohibits him from entering the university property under threat of arrest. The Complainant alleges that this is a violation of his rights as BU alum.

-----

I swear or affirm that I have read this complaint and that it is true to the best of my knowledge, information and belief.

x _____
(Signature of Complainant)

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS DAY of 5/23/2002.

NOTARY PUBLIC: _____

SIGNATURE NOTARY PUBLIC: _____
MY COMMISSION EXPIRES: 8/05/08

MCAD Docket Number 02BEM01726, Complaint