OFFICE OF PERSONNEL
OCCUPATIONAL HEALTH CENTER
930 Commonwealth Avenue, West
(Pleasant Street Entrance)
Boston, MA 02215

Phone: (617) 353-6630
Fax:    (617) 353-6848

Hours of Service
9:00 a.m. – 4:30 p.m.

## Records Release Form

Name: (Last, First, MI)    WALSH, JOHN B.

Social Security Number    018 -48 -5146

### What Information Are You Releasing?

PERMISSION FOR A BU DESIGNATED Physician to INQUIRE /SPEAK W/ DR ABREU REGARDING A PENDING NEED TO MAKE USE OF the FHLA & RELAY that MEDICAL NEED to Ms. M. WALSH BU Representative. if allunable/ permissable

Treatment Date(s), Specific Data (e.g., vaccinations, labs or X-ray results, etc.)

### Where Do You Want it Sent? (Either #1 or #2)

#### 1

Medical Provider

Name: DR. S. ABREU MD

Address: COMMONWEALTH MEDICAL GRP

930 COMMONWEALTH AVE

Phone: BOSTON MA 02212

(617) 414-4000

Complete Address, including phone and fax # if available.

I authorize my medical provider to send SPEAK About the information specified above to:

~~Boston University Occupational Health Center~~

930 Commonwealth Avenue, West
(Pleasant Street Entrance)
Boston, MA 02215
(617) 353-6630, Fax (617) 353-6848

#### 2

SEND OCCUPATIONAL HEALTH RECORDS:

Medical Provider

Name: _____

Address: _____

_____

Phone: _____

Complete Address, including phone and fax # if available.

I authorize Boston University Occupational Health Center to send the information specified above to the medical provider listed.

Signature: John B Walsh

Date: 9/12/01

BU 0124

CC: f.billard, M
WALSH, A