UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN WALSH,
      Plaintiff

v.

BOSTON UNIVERSITY,
      Defendant.

Civil Action No. 104-CV-11240-RCL

### PLAINTIFF, JOHN WALSH'S, ANSWERS TO BOSTON UNIVERSITY'S FIRST SET OF INTERROGATORIES

Now comes the Plaintiff, John Walsh ("Walsh"), and hereby Answers the First Set of Interrogatories propounded by the Defendant, Boston University ("BU"). Walsh hereby acknowledges his continuing obligation to supplement any and all Answers to the following Interrogatories if and when he remembers or receives any additional information.

### GENERAL OBJECTIONS

1. Walsh objects generally to BU's First Set of Interrogatories to the extent the Interrogatories exceed the scope and requirements of Federal Rules of Civil Procedure, including but not limited to Rules 26 and 33.

2. Walsh objects generally to BU's First Set of Interrogatories to the extent the Interrogatories seek information which is protected by the attorney/client privilege, constitutes attorney work product, constitutes material prepared in anticipation of litigation or for trial, or is otherwise immune from discovery.

3. Walsh objects to BU's Definitions and Instructions contained in the First Set of Interrogatories to the extent the Definitions and Instructions exceed the

scope and requirements of Federal Rules of Civil Procedure, including but not limited to Rules 26 and 33.

4.   Walsh objects to BU's Definitions and Instructions contained in the First Set of Interrogatories to the extent the Definitions and Instructions seek the revelation of information protected by the attorney/client privilege, the attorney work product doctrine, material prepared in anticipation of litigation or for trial, or is otherwise immune from discovery.

5.   Walsh objects to these Interrogatories to the extent said Interrogatories seek information beyond a relevant time period.

Notwithstanding said objections, Walsh states and answers as follows:

## ANSWERS TO INTERROGATORIES

### Interrogatory No. 1

Pease state your full name, date and place of birth, social security number, residential address and telephone number, and business address and telephone number.

### Answer

OBJECTION. Walsh objects to the request for his social security number as this information is already in the possession of BU. Additionally, Walsh objects to providing his social security number as a violation of his privacy and due to concerns about identity theft. Without waiving the foregoing objection, Walsh offers the following identification information:

John Brian Walsh,
40 Speridakis Terrace # 1
Cambridge, MA 02139

DOB-6/13/55

Work address:

Cambridge Hospital
1493 Cambridge Street
Cambridge, MA  02139

**Interrogatory No. 2**

Please identify each and every person who has knowledge of the subject matter of this lawsuit, by stating the full name, residence, business address, and position of employment of that person.

**Answer**

OBJECTION.  Walsh objects to this Interrogatory to the extent that he cannot know all witnesses to the events detailed in his Complaint and discovery is ongoing.  He reserves the right to supplement this Answer.

Without waiving the foregoing objections, Walsh refers BU to the individuals named in his Automatic Disclosure statement.

**Interrogatory No. 3**

Please state the name, business and home addresses, and telephone number or all persons other than your attorney, including Boston University personnel, with who you have communicated concerning the allegations in the complaint in this matter, and as to each such individual, describe in detail the date(s) of these communications(s); the substance of these communication(s); and whether there are any documents reflecting those communication(s).

3

**Answer**

OBJECTION. Walsh objects to this Interrogatory as burdensome, overly broad, and not properly limited in time or scope.

Without waiving the foregoing objections, Walsh states that he communicated with Roberta Roberts and Verdis Robinson while he was still employed by BU.

**Interrogatory No. 4**

Please identify the name, job title, business and home address, and telephone number of all persons upon who you intend to rely as witnesses in the trial of this lawsuit, and the substance of their intended testimony.

**Answer**

OBJECTION. Walsh objects to this Interrogatory because he has not made a final determination of all persons upon which he will rely because discovery is ongoing. He reserves the right to supplement this Answer.

Without waiving the foregoing objections, Walsh refers BU to the individuals named in his Automatic Disclosure statement.

**Interrogatory No. 5**

Please sate the name, residence, business address and telephone number, occupation and specialty of each person you expect may be called by you as an expert witness at the trial of this action, setting forth:

    a. the date, place and forum of each occasion in which such expert has provided testimony at trial or by deposition, and with respect to each such occasion, sate the subject matter upon which the expert, and a detailed description of the

4

        technical area, if any, in which the witness qualified as an expert;

   b.    the title, date of publication, publisher and author of each text, textbook, article, treatise, body of scientific data and/or other materials which the expert has relied upon, consulted or made reference to with respect to anticipated testimony in this case;

   c.    the subject matter, in detail, on which each such person may be expected to testify;

   d.    in detail, the substance of all facts about which each person may be expected to testify;

   f.    in detail, a summary of the grounds for each such opinion and the substance of all facts on which such opinions are based.

**Answer**

Walsh states that he has not yet identified any expert witnesses he will call at trial. He reserves the right to supplement his answer.

**Interrogatory No. 6**

Please state whether you have sought employment since December 1, 2001, and, if so, please identify all positions for which you have applied, including in your answer:

   a.    the name, address, and telephone number of the employer;

   b.    the position for which you applied;

  c. the identity of the person(s) at the potential employer with whom you communicated regarding the position;

  d. the date(s) you submitted a written inquiry or application about the position;

  e. the salaries, duties, and responsibilities of the position;

  f. whether you were offered the position and if you rejected the offer, the reasons for not taking the position; and

  g. whether you in possession of any documents that reflect correspondence and applications for such positions.

**<u>Answer</u>**

OBJECTION. Walsh objects to this Interrogatory as overly broad and unduly burdensome.

Without waiving the foregoing objection, Walsh states that he sent resumes to the following potential employers:

Cambridge Health Alliance

Massachusetts General Hospital

Town Sports International

Massachusetts Institute of Technology

Harvard University

Mount Auburn Hospital

City of Cambridge

Museum of Fine Arts

Franciscan Hospital for Children

Peabody & Arnold LLP

    Newton Public Schools

    Town of Falmouth

    For further response to this Interrogatory, Walsh directs BU to his Response to BU's Request for Production of Documents No. 11.

**Interrogatory No. 7**

Please list the name, business address, telephone number, and dates of treatment for each physician, psychiatrist, psychologist and/or other health care provider from whom you have sought treatment for any disability, or any other physical, emotional or mental health problem or other condition related to any disability, from January 1, 1995, to the present.

**Answer**

    OBJECTION. Walsh objects to this Interrogatory as overly broad, and unduly burdensome. Without waiving the foregoing objection, Walsh refers BU to his medical records previously produced to BU.

**Interrogatory No. 8**

Please list each hospital, clinic or other treatment facility at which you have sough treatment or to which you have been admitted for treatment of any disability, or any other physical, emotional or mental health problem or condition related to any disability, and provide the dates of such treatment from January 1, 1995, to the present.

**Answer**

    OBJECTION. Walsh objects to this Interrogatory as overly broad, and unduly burdensome. Without waiving the foregoing objection, Walsh refers BU to his medical records previously produced to BU.