

**BOSTON UNIVERSITY**
OFFICE OF HOUSING

## Request for or Notification of Absence

*Original copy to be sent to Associate Director of Housing on same day request is approved or denied.*

Name: **Walsh, J.B.**         Date request submitted: **8/20/01**

Reason for absence: *(submit separate forms for each month time is taken)*

☐ Vacation — Day of week - Month / Day / Year

☑ Sick — Day of week - Month / Day / Year
- M - 8 / 20 / 01 → 1st half
- T - 8 / 21 / 01 — 2hrs 1st half

☐ Personal — Day of week - Month / Day / Year

☐ Sympathy — Day of week - Month / Day / Year

☐ Jury duty — Day of week - Month / Day / Year

☐ Other — Day of week - Month / Day / Year

Comments: In prior to — back 9:15   8/21/01 in at 11 AM

First-line supervisor's signature: [signature]     ☑ Approved   ☐ Denied  8/20/01

Area Assistant Director's signature: ___/___/___

If denied, reason: _____

Changes to request or notification
Date change submitted ___/___/___     Submitted by _____
Date change approved ___/___/___     Approved by _____

BU 0434