UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN WALSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-11240-RCL |
| ) | |
| TRUSTEES OF BOSTON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S ASSENTED-TO MOTION
FOR LEAVE TO EXCEED 20-PAGE LIMIT ON MEMORANDA

Pursuant to Local Rule 7.1(B)(4), Defendant Trustees of Boston University requests leave of Court to file a memorandum in support of its motion for summary judgment that exceeds the 20-page limit set out in the Rule. As grounds for this motion, counsel states that this is a dispositive motion addressing four distinct causes of action asserting claims under federal and state law.

Plaintiff has assented to this motion.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,
By its attorney,

s/Lawrence S. Elswit
Lawrence S. Elswit
(BBO #153900)
Boston University
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts  02215
Date:  April 21, 2006          (617) 353-2326

- 2 -

                    ASSENTED TO:

                    JOHN WALSH,
                    By his attorney,


                    s/Rebecca G. Pontikes
                    Rebecca G. Pontikes
                    (BBO #637157)
                    Pyle, Rome, Lichten, Ehrenberg, & Liss-Riordan, P.C.
                    18 Tremont Street, Suite 500
                    Boston, Massachusetts  02108
Date:  April 21, 2006      (617) 367-7200