UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN WALSH,<br>        Plaintiff<br><br>v.<br><br>TRUSTEES OF<br>BOSTON UNIVERSITY<br>        Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-11240-RCL<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO EXTEND DEADLINES FOR FILING SUMMARY JUDGMENT OPPOSITION

The Plaintiff, John Walsh ("Walsh") respectfully requests that the Court extend the due date for Walsh to file his Opposition to the Defendant's Motion for Summary Judgment from May 22, 2006 to July 21, 2006. The Defendant assents to this motion.

The Plaintiff seeks an extension of time to submit his Opposition to the Defendant's Summary Judgment Motion because his attorney, Rebecca G. Pontikes, has been engaged in a public hearing a case called <u>Sinicropi-Klein v. Massachusetts Division of Employment and Training</u>, Docket No. 02-BEM-04268 at the Massachusetts Commission Against Discrimination which began the week of April 10, 2006. Although the hearing was supposed to conclude on April 13, 2006, it was necessary to continue it on May 5, 9, 10, and 15, the time counsel had set aside to prepare the Opposition in this matter. Additionally, the law firm representing Walsh recently lost two associates to attrition and a third is out on maternity leave. Thus, the firm currently has no resources to use to prepare the Opposition in this matter prior to the May 22, 2006 deadline. The extension of time will allow Attorney Pontikes to conclude the public hearing and prepare the Opposition to the Defendant's Summary Judgment Motion.

Wherefore, Walsh respectfully requests that this Court to allow his Motion to extend the due date of his Opposition to the Defendant's Motion for Summary Judgment from May 22, 2006 to July 21, 2006.

                                                                             Respectfully submitted,

                                                                             JOHN WALSH,
By his attorneys,

  /s/Rebecca G. Pontikes
Shannon Liss-Riordan, BBO #640716
Rebecca G. Pontikes BBO# 637157
Pyle, Rome, Lichten & Ehrenberg,
     Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108

Dated: May 11, 2006     (617) 367-7200

Assented to,

TRUSTEES OF BOSTON UNIVERSITY,

By its attorney,

  /s/Larry S. Elswit/RGP
Lawrence S. Elswit, BBO # 153900
Boston University
Office of General Counsel
125 Bay State Road
Boston MA 02215

Dated: May 11, 2006     (617) 353-2326

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by electronic filing on May 11, 2006 to the attorney of record: Lawrence S. Elswit, Esq., Boston University, Office of the General Counsel, 125 Bay State Road, Boston, MA 02215.

                                                                /s/Rebecca G. Pontikes
                                                               Rebecca G. Pontikes