UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH,<br>      Plaintiff<br><br>v.<br><br>TRUSTEES OF<br>BOSTON UNIVERSITY<br>      Defendant. | CIVIL ACTION NO. 04-11240-RCL |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO SUMMARY JUDGMENT**

The Plaintiff respectfully moves the Court to extend the current deadline for the Plaintiff to file opposition to summary judgment to August 18, 2006. As reasons for his Motion, the Plaintiff states that lead counsel in this case is on trial for the next two weeks, and she will be unable to prepare the opposition. Additionally, the firm is short staffed because a paralegal is out of the office attending to family issues for the week of July 17, 2006. At the completion of the Plaintiff's lead counsel's trial, Defense counsel will be on vacation, and thus requires time to accommodate his schedule as well. The Defendant assents to the Plaintiff's Motion.

Respectfully submitted,

JOHN WALSH,
By his attorneys,

   s/Rebecca G. Pontikes
Shannon Liss-Riordan, BBO #640716
Rebecca G. Pontikes BBO# 637157
Pyle, Rome, Lichten & Ehrenberg,
    Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
Dated: July 17, 2006          (617) 367-7200

                        Assented-to by,

                        TRUSTEES OF BOSTON UNIVERSITY
                        By its attorneys,

                        ___s/Lawrence S. Elswit_____
                        Lawrence S. Elswit, BBO# 153900
                        Office of the General Counsel
                        Boston University
                        125 Bay State Road
                        Boston, MA 02215
Dated: July 17, 2006          (617) 353-2326


## CERTIFICATE OF SERVICE

     This is to certify that on July 17, 2006, a copy of the above document was served via electronic filing, upon Lawrence S. Elswit, Esq., Boston University, Office of the General Counsel, 125 Bay State Road, Boston, MA 02215.

                        ___s/Rebecca G. Pontikes____
                        Rebecca G. Pontikes