UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN WALSH,<br>   Plaintiff<br><br>v.<br><br>TRUSTEES OF<br>BOSTON UNIVERSITY<br>   Defendant. | )<br>)<br>)<br>)<br>)  C.A. NO. 04-11240-RCL<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO SUMMARY JUDGMENT**

  The Plaintiff respectfully moves the Court to extend the current deadline by one week for the Plaintiff to file opposition to summary judgment, from August 18, 2006 to August 25, 2006. As reasons for his Motion, the Plaintiff states that his counsel was required to argue a summary judgment motion in another case, Maltais v. the Boston Stock Exchange, in the Suffolk Superior Court this past Thursday. The argument was unexpectedly scheduled for August 17, 2006. Because of the scheduling of the motion argument, counsel was unable to finish the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment by the August 18, 2006 deadline. This will be the last request for an extension that the Plaintiff makes as the Opposition is near completion.

  The Defendant assents to the Plaintiff's Motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOHN WALSH,<br>By his attorneys, |
|  |   s/Rebecca G. Pontikes<br>Shannon Liss-Riordan, BBO #640716<br>Rebecca G. Pontikes BBO# 637157<br>Pyle, Rome, Lichten & Ehrenberg,<br>     Liss-Riordan, P.C.<br>18 Tremont St., Ste. 500<br>Boston, MA 02108 |
| Dated: August 18, 2006 | (617) 367-7200 |
|  | Assented-to by, |
|  | TRUSTEES OF BOSTON UNIVERSITY<br>By its attorneys, |
|  |   s/Lawrence S. Elswit<br>Lawrence S. Elswit, BBO# 153900<br>Office of the General Counsel<br>Boston University<br>125 Bay State Road<br>Boston, MA 02215 |
| Dated: August 18, 2006 | (617) 353-2326 |

**CERTIFICATE OF SERVICE**

    This is to certify that on August 18, 2006, a copy of the above document was served via electronic filing, upon Lawrence S. Elswit, Esq., Boston University, Office of the General Counsel, 125 Bay State Road, Boston, MA 02215.

                                                        s/Rebecca G. Pontikes
                                                        Rebecca G. Pontikes