UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN WALSH,<br>      Plaintiff<br><br>v.<br><br>TRUSTEES OF<br>BOSTON UNIVERSITY<br>      Defendant. | CIVIL ACTION NO. 04-11240-RCL |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED THE TWENTY PAGE LIMIT FOR HIS OPPOSITION TO THE DEFENDANT'S SUMMARY JUDGMENT MOTION**

Pursuant to Local Rule 7.1(B)(4), Plaintiff, John Walsh, requests leave of Court to file a memorandum in support of its opposition to Defendant's motion for summary judgment that exceeds the 20-page limit set out in the Rule. As grounds for this motion, counsel states that Walsh is opposing a dispositive motion in a fact intensive case requiring some detailed explanation for the Court. Additionally, the Defendant sought, and received, leave to file a memorandum in excess of the twenty page limit. The Plaintiff, needing to respond to a memorandum which exceeded twenty pages, now requires the same leave. The Defendant does not oppose this motion.

Respectfully submitted,

JOHN WALSH,
By his attorneys,

Shannon Liss-Riordan, BBO #640716
Rebecca G. Pontikes BBO# 637157
Pyle, Rome, Lichten & Ehrenberg,
Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

Dated: August 28, 2006

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by hand delivery on August 28, 2006 to the attorney of record: Lawrence S. Elswit, Esq., Boston University, Office of the General Counsel, 125 Bay State Road, Boston, MA 02215.

Rebecca G. Pontikes