UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN WALSH,<br>　　　Plaintiff<br><br>v.<br><br>BOSTON UNIVERSITY<br>　　　Defendant. | Civil Action No. 04-CV-11240-RCL |

### AFFIDAVIT OF ATTORNEY REBECCA G. PONTIKES

I, Rebecca G. Pontikes, do hereby depose and state that the following is true to the best of my knowledge and belief:

1. I am a member of the Bar of Massachusetts. I am an associate at the firm of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan which represents the Plaintiff, John Walsh.

2. The documents attached at Tab 1 of Walsh's Response to the Defendant's Statement of Undisputed Facts and Statement of Additional Facts Over Which There is a Genuine Issue to Be Tried ("SAF") are the Boston University Leave Records of John Walsh from July, 2000 to July, 2001.

3. The documents attached at Tab 2 are true and accurate copies of letters from Marc Robillard to John Walsh March 22, 1996-January 24, 2000.

4. The documents attached at Tab 3 are true and accurate original Affidavits of John Walsh, Andrew Wincel, and Steven Abreu, M.D.

5. The document attached at Tab 4 is a true and accurate copy of excerpts from the Deposition of John Walsh.

6. The document attached at Tab 5 is true and accurate copy of excerpts from the Deposition of Marc Robillard.

7.  The documents attached at Tab 6 are true and accurate copies of John Walsh's medical records from Neil S. Gore, Ph.D, Cambridge Hospital, Cambridge Health Alliance: Jeffrey Steinberg, M.D , Steven Abreu, M.D., and Boston University Medical Center Henry M. Goldman School of Graduate Dentistry.

8.  The documents attached at Tab 7 are true and accurate copies of:

    - email from Brian Clougher to Walsh, September 17, 2000
    - email from John Battaglino to Walsh, October 24, 2000
    - email from John Battaglino to Walsh, October 24, 2000
    - email from John Battaglino to Walsh, November 22, 2000
    - email from Walsh to John Battaglino, December 3, 2000
    - Memo from John Battaglino to Walsh, January 11, 2001 (back dated to December 5, 2000)
    - Memo from John Battaglino to Walsh, January 11, 2001 (backdated to December 5, 2000)
    - Action Plan from John Battaglino to Walsh, December 5, 2000
    - email from Walsh to John Battaglino, December 5, 2000
    - email from Walsh to John Battaglino, October 31, 2000
    - email from Walsh to Cusato, Montiero, Robillard, and Battaglino, January 2, 2001
    - Memorandum from Cusato to Walsh, December 26, 2000
    - memorandum from John Battaglino to Walsh, January 3, 2001
    - email from Walsh to John Battaglino, January 3, 2001
    - memorandum from Walsh to John Battaglino, January 4, 2001

- memorandum from John Battaglino to Walsh, January 5, 2001
- Memorandum from John Battaglino to Walsh, January 11, 2001 (backdated to November 1, 2000)
- Memorandum from John Battaglino to Walsh, January 12, 2001
- email from Walsh to John Battaglino, May 2, 2001
- email from John Battaglino to Walsh, May 3, 2001
- email from Walsh to John Battaglino, May 10, 2001
- emails between Walsh and John Battaglino from February 13, 2001
- emails between Walsh and John Battaglino May 11, 2001
- emails between Walsh and John Battaglino May 14, 2001
- emails between Walsh and John Battaglino May 17, 2001
- emails between Walsh and John Battaglino May 24, 2001
- letter from John Battaglino to Walsh, July 3, 2001
- email from Battaglino to Walsh, May 24, 2001
- email from Walsh to John Battaglino, August 22, 2001
- email from Walsh to John Battaglino, August 22, 2001
- letter from Marc Robillard to Walsh, August 27, 2001
- letter from Walsh to Marc Robillard, September 1, 2001
- email from Walsh to Marc Robillard, John Battaglino, Attorney Lawrence Elswit, and Marilyn Walsh, September 1, 2001
- letter from Walsh to Marilyn Walsh, September 19, 2001
- letter from Walsh to Marilyn Walsh, October 12, 2001
- letter from Walsh to Marilyn Walsh, October 19, 2001

- handwritten note from Walsh to Marilyn Walsh, November 1, 2001
- letter from Marilyn Walsh to Walsh, November 8, 2001
- memorandum from John Battaglino to Walsh, November 9, 2001
- letter from Marilyn Walsh to Walsh, November 16, 2001
- handwritten note from Walsh, November 27, 2001
- letter from Robillard to Walsh, November 30, 2001
- email from Walsh to John Battaglino, September 19, 2000

9. The document attached at Tab 8 is a true and accurate copy of excerpts from the Deposition of John Battaglino.

10. The documents attached at Tab 9 are true and accurate copies of Boston University Office of Housing Leave Records of certain employees from the BU Residential Safety Department. The employees are referred to with numbers to protect their privacy.

11. The documents attached at Tab 10 are true and accurate copies of the Vacation and Sick time policies from Boston University's 2000 and 2001 Employee Handbooks.

12. The documents attached at Tab 11 are true and accurate copies of Walsh's Time Off Requests from November, 2000 through June, 2001.

13. The documents attached at Tab 12 are true and accurate copies of emails sent by Walsh from his Boston University account, Telephone Records from Walsh's telephone extension at BU, and Residential Safety Office sign-in sheets.

14. The documents attached at Tab 13 are true and accurate copies of the doctors' notes Walsh provided to BU.

15. The document attached at Tab 14 is a true and accurate copy of Walsh's Request for Accommodation.

16. The document attached at Tab 15 is a true and accurate copy of the Records Release Form Walsh provided to BU.

17. The document attached at Tab 16 is a true and accurate copy of Dr. Abreu's completed FMLA Certification.

18. The documents attached at Tab 17 are true and accurate copies of the Police Report Walsh filed with the BU police department, a picture of Walsh's injury from Battaglino's assault on November 27, 2001, and Walsh's Application for Complaint to the Brighton District Court.

19. The document attached at Tab 18 is a true and accurate copy of notes from an interview with Boston University employee, Claude Green.

20. The document attached at Tab 19 is a true and accurate copy of Lucasinsky v. Panasonic Service Company, 2004 WL 2915347, *7 (D.Mass.).

Signed under the pains and penalties of perjury this 28th day of August, 2006.

_____
Rebecca G. Pontikes