UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN WALSH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 104-CV-11240-RCL |
| TRUSTEES OF BOSTON UNIVERSITY, | ) ) ) | |
| Defendant. | ) ) ) | |

JOINT MOTION TO SCHEDULE ORAL ARGUMENT

Counsel for the parties submit this joint motion for oral argument on Defendant Trustees of Boston University's motion for summary judgment in the above-referenced case.

Counsel have consulted their schedules, and together, request that if at all possible, the Court schedule argument between November 9 and November 21, 2006.

Respectfully submitted,

FOR DEFENDANT
TRUSTEES OF BOSTON UNIVERSITY

  /s/ Lawrence S. Elswit
Lawrence S. Elswit, BBO #153900
Office of the General Counsel
Boston University
125 Bay State Road
Boston, Massachusetts  02215
(617) 353-2326

FOR PLAINTIFF
JOHN WALSH

  /s/ Rebecca G. Pontikes
Shannon Liss-Riordan, BBO #640716
Rebecca G. Pontikes, BBO #637157
PYLE, ROME, LICHTEN, EHRENBERG, &
LISS-RIORDAN, P.C.
18 Tremont Street, Suite 500
Boston, Massachusetts  02108
(617) 367-7200

Date:  September 20, 2006