UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN WALSH, )
                )
    Plaintiff, )
                )
    vs.         )   C.A. NO. 04-11240-RCL
                )
TRUSTEES OF BOSTON UNIVERSITY, )
                )
    Defendant. )

OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

TO: JOHN WALSH AND HIS ATTORNEYS OF RECORD:

Trustees of Boston University, Defendant herein, offers to allow judgment to be taken against it in the sum of Fifteen Thousand Dollars ($15,000.00). This Offer is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and will be deemed withdrawn unless Plaintiff and/or his attorney serves written notice of acceptance within ten (10) days of the date this Offer was served on you. This Offer is not to be construed either as an admission of liability or that Plaintiff has suffered any damage as a result of the acts or omissions of Defendant.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,
By its attorneys,

Date: March 6, 2007

Lawrence S. Elswit (BBO #153900)
Crystal D. Talley (BBO #633759)
Boston University
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
(617) 353-2326

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above Offer of Judgment was served upon Plaintiff by first class mail to his attorney, Rebecca G. Pontikes, Esq., Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., Attorneys at Law, 18 Tremont Street, Suite 500, Boston, Massachusetts, 02108.

March 6, 2007
Date

Lawrence S. Elswit

- 2 -