UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN WALSH,<br>      Plaintiff<br><br>v.<br><br>BOSTON UNIVERSITY<br>      Defendant. | Civil Action No. 04-CV-11240-RCL |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

    The Plaintiff, John Walsh, hereby gives notice that he has accepted the Offer of Judgment served on him by the Defendant, Boston University.

                                                                  Respectfully submitted,

                                                                  JOHN WALSH,
                                                                  By his attorneys,

Dated: March 16, 2007                    __s/Rebecca G. Pontikes_____
                                                    Shannon Liss-Riordan, BBO #640716
                                                    Rebecca G. Pontikes, BBO # 637157
                                                    Pyle, Rome, Lichten, Ehrenberg
                                                          & Liss-Riordan, P.C.
                                                    18 Tremont St., Ste. 500
                                                    Boston, MA 02108
                                                    (617) 367-7200

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of this document was served upon counsel of record for the Defendant in the above-referenced matter, by hand delivery on March 16, 2007.

                                                            ___s/Rebecca G. Pontikes_____
                                                            Rebecca G. Pontikes