# Walsh Invoice

## Summary of Fees

| Attorney | Shannon Liss-Riordan (SLR) | Rebecca Pontikes (RGP) | Paralegals (JS) and (PD) |
|---|---|---|---|
| Total hours | 32.4 | 367 | 53.4 |
| Rate | $350.00 | $275.00 | $75.00 |
| Fees per attorney | $11,340 | $100,925 | $4,005 |
| TOTAL | **$116,270** | | |

# Walsh Invoice

**FEES**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 1/27/2004 | SLR | Review documents; Meet w/John Walsh | 1.50 |
| 1/30/2004 | SLR | Analyze merits of the fact pattern and applicable law re case; Review additional documents | 1.50 |
| 2/6/2004 | SLR | Telephone call w/John Walsh | 0.20 |
| 3/1/2004 | SLR | Determine strategy for preparing court complaint | 0.40 |
| 3/2/2004 | RGP | Create chronology of events; Begin drafting complaint; Telephone call w/John Walsh | 3.40 |
| 3/9/2004 | RGP | Read and respond to client's email | 0.20 |
| 3/12/2004 | RGP | Email to Mr. Walsh | 0.10 |
| 4/13/2004 | SLR | Revise strategy re complaint | 0.20 |
| 5/1/2004 | RGP | Finish drafting complaint; Begin drafting discovery | 2.50 |
| 5/3/2004 | RGP | Revise draft complaint; Review documents submitted by Mr. Walsh | 1.30 |
| 5/6/2004 | RGP | Revise complaint | 1.40 |
| 5/7/2004 | RGP | Continue revising complaint | 2.30 |
| 5/14/2004 | SLR | Work on complaint | 0.30 |
| 5/14/2004 | RGP | Respond to Mr. Walsh's email; Email to Mr. Walsh | 0.20 |
| 5/17/2004 | SLR | Work on complaint | 3.00 |
| 5/17/2004 | RGP | Check accuracy of SLR fact changes to complaint; Revise complaint; Email to Mr. Walsh | 1.90 |
| 5/18/2004 | RGP | Calculate damages; Prepare damages matrix | 0.50 |
| 5/19/2004 | RGP | Email to Mr. Walsh | 0.10 |
| 5/26/2004 | RGP | Email to Mr. Walsh | 0.20 |
| 6/1/2004 | SLR | Decide strategy and information to obtain during discovery | 0.10 |
| 6/1/2004 | RGP | Read and respond to client's email | 0.20 |
| 6/2/2004 | RGP | interrogatories; Respond to Mr. Walsh's email; Calculate amount of time taken off for medical appointments and compare to FMLA time allowed; Read emails from Mr. Battaglino re sick time taken; Determine who to depose | 2.80 |
| 6/8/2004 | SLR | Add to discovery requests | 0.70 |
| 6/8/2004 | RGP | Review documents sent from Mr. Walsh; Email to Mr. Walsh | 0.30 |
| 6/9/2004 | SLR | Telephone call w/Larry Elswit | 0.10 |
| 6/17/2004 | RGP | Email to Mr. Walsh | 0.10 |
| 6/18/2004 | RGP | Review records sent by Mr. Walsh | 0.50 |
| 6/19/2004 | RGP | Finish review of Dr. Babayan's records; Review Cambridge Health Alliance records; Review records from BU facility staff assistance | 1.20 |
| 6/21/2004 | RGP | Organize medical records; Create chronology of medical issues; Revise requests for production of documents; Prepare mandatory disclosures; Email to Mr. Walsh | 1.80 |
| 7/21/2004 | RGP | Email to Mr. Walsh | 0.20 |
| 7/26/2004 | RGP | Respond to client's email | 0.30 |
| 8/10/2004 | SLR | Determine arguments to make in opposition to motion to dismiss | 0.30 |
| 8/10/2004 | RGP | Begin drafting motion to dismiss; Review file from Dr. Steinberg | 3.10 |
| 8/17/2004 | SLR | Work on opposition to motion to dismiss | 0.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 8/31/2004 | RGP | Continue drafting opposition to motion to dismiss | 0.20 |
| 9/6/2004 | RGP | Continue drafting opposition to motion to dismiss | 2.50 |
| 9/7/2004 | RGP | Continue drafting opposition to motion to dismiss | 2.10 |
| 9/8/2004 | RGP | Continue drafting opposition to motion to dismiss | 3.70 |
| 9/9/2004 | SLR | Work on opposition to motion to dismiss | 1.00 |
| 9/9/2004 | RGP | Continue preparing opposition to motion to dismiss | 7.30 |
| 9/10/2004 | SLR | Work on opposition to motion to dismiss | 5.00 |
| 9/10/2004 | RGP | Finish preparing opposition to motion to dismiss | 5.00 |
| 9/27/2004 | RGP | Email to client; Read LOPC decision from MCAD | 0.20 |
| 11/17/2004 | SLR | Revise discovery strategy | 0.10 |
| 12/8/2004 | RGP | Determine significance of EEOC notice; Email to SLR; Email to Mr. | 0.20 |
| 12/20/2004 | RGP | drafting automatic disclosure statement; Review documents required to disclose | 3.10 |
| 1/5/2005 | SLR | Motion to dismiss, automatic disclosures, discovery | 0.20 |
| 1/6/2005 | RGP | Telephone call w/court clerk re having Rule 16 conference on same day as hearing for motion to dismiss | 0.10 |
| 1/10/2005 | RGP | Telephone call w/Larry Elswit | 0.10 |
| 1/11/2005 | SLR | Determine how to respond to defendant's motion to amend | 0.20 |
| 1/13/2005 | RGP | Letter to Lisa Hourihan | 0.10 |
| 1/20/2005 | SLR | Conference SLR w/RGP re scheduling conference, initial disclosures, discovery | 0.20 |
| 1/25/2005 | RGP | Telephone call w/Larry Elswit re joint scheduling conference | 0.50 |
| 1/27/2005 | RGP | Prepare Joint Statement; Finish automatic disclosures; Telephone call w/client | 1.90 |
| 1/28/2005 | RGP | Telephone call w/Attorney. Elswit | 0.10 |
| 1/29/2005 | RGP | Prepare for oral argument | 6.00 |
| 1/31/2005 | SLR | Prepare for and attend oral argument on motion to dismiss; Finalize automatic disclosures and discovery requests | 4.00 |
| 1/31/2005 | RGP | Prepare for oral argument; Appear in court to argue opposition to motion to dismiss; Revise request for production of documents, automatic disclosures, and deposition notices; Letter to Atty. Elswit | 5.60 |
| 2/1/2005 | RGP | Email to SLR; Telephone call w/Client | 0.20 |
| 2/7/2005 | RGP | Reply to client's email; Read Gluckenberger cases | 3.50 |
| 2/10/2005 | RGP | Telephone call w/Attorney. Elswit | 0.20 |
| 2/11/2005 | RGP | Telephone call w/Client; Telephone call w/Larry Elswit; Review medical records to be produced to Larry Elswit; Emails to client | 1.10 |
| 2/14/2005 | RGP | Respond to client's email; Finish reviewing documents before sending to Atty. Elswit; Email to Atty. Elswit | 1.80 |
| 2/15/2005 | RGP | Email to SLR | 0.10 |
| 2/17/2005 | RGP | Email to Atty. Elswit | 0.10 |
| 2/18/2005 | RGP | Email to Atty. Elswit | 0.20 |
| 2/24/2005 | RGP | Review interrogatories and request for production of documents from BU; Email to client | 0.30 |
| 3/2/2005 | RGP | Respond to Atty. Elswit's email | 0.30 |
| 3/3/2005 | RGP | Respond to Atty. Elswit's email; Email to Client | 0.20 |
| 3/29/2005 | RGP | Email to Mr. Walsh | 0.20 |
| 3/30/2005 | SLR | Revise and add to discovery and deposition strategy | 0.20 |
| 3/30/2005 | RGP | Email to Atty. Elswit; Email to SLR re discovery strategy | 0.40 |
| 3/31/2005 | RGP | Respond to client's email; Respond to Atty. Elswit's email | 0.20 |
| 4/4/2005 | RGP | Review documents produced and interrogatories from BU; Review documents to send to Atty. Elswit | 1.60 |

John Walsh

| Date | Atty | Description | Hours |
|---|---|---|---|
| 4/5/2005 | RGP | Prepare for deposition of Mr. Robillard; Review documents produced by BU; Telephone call w/Mr.. Walsh | 6.90 |
| 4/6/2005 | SLR | Determine focus of Robillard deposition | 0.40 |
| 4/6/2005 | RGP | Prepare for deposition of Mr. Robillard; Review documents produced by BU; Email to Mr. Walsh | 7.80 |
| 4/7/2005 | RGP | Take Mr. Robillard's deposition; Prepare documents for Atty. Elswit | 8.20 |
| 4/8/2005 | RGP | Review documents to produce to Atty. Elswit; Prepare for Battaglino deposition; Telephone call w/Jack Walsh | 2.40 |
| 4/11/2005 | RGP | Prepare for Battaglino deposition | 10.10 |
| 4/12/2005 | RGP | Review draft interrogatories answers from client and respond to client's email | 8.50 |
| 4/19/2005 | RGP | Draft interrogatory and request for production of documents responses | 2.00 |
| 5/2/2005 | RGP | Finish and send out discovery responses; Email to client; Review documents sent by client | 2.10 |
| 5/5/2005 | RGP | Telephone call w/client; Revise and send out discovery | 0.40 |
| 5/13/2005 | RGP | Review W-2s and email to client | 0.10 |
| 5/16/2005 | RGP | Read case law to determine if on point for Walsh's case | 0.50 |
| 5/27/2005 | RGP | Respond to client's email; Email to Larry Elswit | 0.20 |
| 6/24/2005 | RGP | Email to Larry Elswit | 0.10 |
| 6/27/2005 | RGP | Telephone call w/Attorney. Elswit | 0.20 |
| 6/28/2005 | RGP | Review and respond to email from Mr. Walsh; Email to Atty. Elswit | 0.30 |
| 6/29/2005 | RGP | Respond to Atty. Elswit's discovery dispute letter | 1.50 |
| 7/1/2005 | RGP | Revisions to Atty. Elswit letter | 0.20 |
| 7/7/2005 | RGP | Read documents sent by client; Email to client | 0.30 |
| 7/8/2005 | RGP | Read and respond to client's email | 0.10 |
| 7/28/2005 | RGP | Respond to client's emails; Set up time to meet w/client to prepare for his deposition; Telephone call w/Attorney. Elswit | 0.30 |
| 7/29/2005 | RGP | Email to client | 0.10 |
| 8/2/2005 | RGP | Meet and prepare Mr. Walsh for his deposition | 2.10 |
| 8/8/2005 | RGP | Defend client's deposition; Meet w/client; Review Dr. Abreu's medical records; Telephone call w/Dr. Abreu's office | 8.60 |
| 8/9/2005 | RGP | office; Email Atty. Elswit; Telephone call w/Roberta Roberts; Email to client | 4.80 |
| 8/10/2005 | RGP | Draft affidavit for Ms. Roberts; Create witness list for client; Letter to Atty. Elswit w/medical records | 1.60 |
| 8/11/2005 | RGP | Email to client | 0.10 |
| 8/19/2005 | RGP | Email to client | 0.50 |
| 8/24/2005 | RGP | Respond to client's emails | 0.20 |
| 8/25/2005 | RGP | Respond to client's emails | 0.20 |
| 8/29/2005 | RGP | Email to Atty. Elswit re extending discovery deadline | 0.10 |
| 8/30/2005 | RGP | Email to Atty. Elswit; Motion to continue discovery period | 0.90 |
| 8/31/2005 | RGP | Email to Atty. Elswit; Finalize assented-to motion | 0.40 |
| 9/1/2005 | RGP | Draft discovery letter and finalize deposition schedule | 0.50 |
| 9/28/2005 | RGP | Finish letter to Atty. Elswit; Review medical records; Read deposition transcripts; Email to client | 1.30 |
| 9/30/2005 | RGP | Email to Atty. Elswit | 0.10 |
| 10/11/2005 | RGP | Read client's email | 0.20 |
| 10/17/2005 | RGP | and Battaglino; Read letter from Atty. Elswit; Telephone call w/Dr. Abreu's office | 2.50 |
| 10/19/2005 | RGP | Prepare for continued depositions of Robillard and Battaglino | 6.80 |

John Walsh

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/20/2005 | RGP | Finish preparation for depositions of Robillard and Battaglino; Telephone call w/Andy Wincel; Emails to Mr. Walsh; Email to Atty. Elswit; Begin reading client's deposition transcript; Determine additional evidence required; Update chronology | 11.00 |
| 10/21/2005 | RGP | Take deposition of Robillard and Battaglino; Meet w/client | 4.90 |
| 10/27/2005 | RGP | Research for potential compel; Telephone call w/court clerk; Read case law submitted by Atty. Elswit | 2.40 |
| 10/28/2005 | RGP | Determine how to narrow request to obviate discovery dispute; Telephone call w/Attorney. Elswit; Email to Atty. Elswit | 1.60 |
| 11/4/2005 | RGP | Determine compromise to be reached for BU's discovery responses; Telephone call w/Attorney. Elswit; Draft narrowing letter | 1.10 |
| 11/9/2005 | RGP | Letter to Atty. Elswit | 0.10 |
| 11/15/2005 | RGP | Research in preparation for summary judgment motion; Telephone call w/Dr. Gore | 0.40 |
| 11/16/2005 | SLR | Revise strategy for discovery, analyze FMLA issues | 0.30 |
| 11/16/2005 | RGP | Telephone call w/Dr. Abreu; Telephone call w/Dr. Gore; Email to Mr. Walsh; Update trial charts w/Dr. Abreu's information | 1.40 |
| 11/17/2005 | RGP | Telephone call w/Dr. Gore; determine requirements for expert disclosure; analysis of DOL regulation and how to use it in the case; Update trial charts with new information from Dr. Abreu and Dr. Gore | 1.60 |
| 11/23/2005 | RGP | Seek extension for disclosing experts | 0.30 |
| 11/25/2005 | RGP | Telephone call w/Dr. Abreu; Respond to client's emails | 1.00 |
| 11/28/2005 | RGP | Read correspondence from Atty. Elswit; Obtain extension for expert disclosures; Telephone call w/Dr. Gore; Telephone call w/Attorney. Elswit; Draft motion for extension of deadlines | 0.60 |
| 11/29/2005 | RGP | Assented to motion to extend deadlines; Email to Atty. Elswit | 0.20 |
| 12/5/2005 | SLR | Determine additional discovery required | 0.30 |
| 12/5/2005 | RGP | Respond to Atty. Elswit's letter | 0.10 |
| 12/6/2005 | RGP | Telephone call w/Dr. Abreu | 0.20 |
| 12/7/2005 | RGP | Read expert report from Dr. Gore | 0.90 |
| 12/8/2005 | RGP | Telephone call w/Dr. Gore; Review recent First Circuit ruling concerning FMLA retaliation | 0.90 |
| 12/13/2005 | RGP | Email to client | 0.10 |
| 12/15/2005 | RGP | email to Mr. Walsh | 0.10 |
| 12/16/2005 | RGP | Telephone conference with Mr. Walsh; email to Attorney Elswit; Telephone conference with Attorney Elswit. | 1.60 |
| 12/21/2005 | RGP | Telephone conference with Abreu; review Gore report and Abreu reports; read Colburn v. Parker Hannifn/Nichols Portland Division | 2.10 |
| 12/22/2005 | RGP | Telephone conference with Neil Gore | 0.40 |
| 12/24/2005 | RGP | read Abreu report | 0.20 |
| 12/28/2005 | RGP | Review final doctors' reports; send to Attorney Elswit | 0.40 |
| 1/20/2006 | RGP | determine status on case and plan future strategy | 0.20 |
| 2/24/2006 | RGP | Telephone conference with Mr. Walsh; email to Shannon Liss-Riordan. | 1.00 |
| 3/3/2006 | RGP | review motion to extend time for serving summary judgment motion; Telephone conference with Attorney Elswit; email to Mr. Walsh | 0.30 |
| 3/10/2006 | RGP | determine settlement amount to demand | 0.10 |
| 3/13/2006 | SLR | Determine strategy for settlement discussions | 0.20 |
| 3/13/2006 | RGP | research damages cap under ADA; begin drafting letter to Attorney Elswit. | 1.50 |
| 3/17/2006 | RGP | email to Mr. Walsh; draft settlement demand to Attorney Elswit | 0.30 |
| 3/20/2006 | RGP | final revision to demand letter | 0.10 |
| 3/21/2006 | SLR | Revise letter proposing mediation | 0.30 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 3/21/2006 | RGP | respond to Attorney Elswit's email regarding settlement; email to Mr. | 0.20 |
| 3/22/2006 | RGP | email to Mr. Walsh | 0.10 |
| 3/23/2006 | RGP | Telephone conference with Attorney Elswit; email to Mr. Walsh; review critical documents | 1.00 |
| 4/18/2006 | RGP | emails to Attorney Elswit | 0.20 |
| 5/3/2006 | RGP | letter to Attorney Elswit | 0.20 |
| 5/10/2006 | RGP | prepare motion to continue due date of summary judgment opposition | 0.20 |
| 5/11/2006 | RGP | final revisions to motion to continue summary judgment opposition due date; determine information required to respond to summary judgment | 0.10 |
| 6/2/2006 | RGP | email to Mr. Walsh | 0.10 |
| 6/5/2006 | JS | Review documents; Create spreadsheets | 6.00 |
| 6/6/2006 | JS | Review documents; Create spreadsheets | 6.50 |
| 6/7/2006 | RGP | read summary judgment motion; prepare for meeting with Mr. Walsh | 3.70 |
| 6/7/2006 | JS | Review documents; Create spreadsheets | 5.50 |
| 6/8/2006 | JS | Review documents; Create spreadsheets | 6.00 |
| 6/9/2006 | JS | Review documents; Create spreadsheets | 7.00 |
| 6/12/2006 | RGP | read memo in support of Summary Judgment | 0.20 |
| 6/12/2006 | JS | Review documents; Create spreadsheets | 7.00 |
| 6/13/2006 | JS | Review documents; Create spreadsheets | 5.50 |
| 6/16/2006 | RGP | read summary judgment motion; read case law cited; begin drafting opposition and statement of disputed facts | 0.50 |
| 6/18/2006 | RGP | finish reading summary judgment motion; outline response | 1.60 |
| 6/19/2006 | RGP | email to Mr. Walsh; review comparator documents | 1.60 |
| 6/22/2006 | RGP | email to Mr. Walsh | 0.10 |
| 6/29/2006 | RGP | review comparator records; meet with Mr. Walsh; begin drafting affidavit for Mr. Walsh | 3.60 |
| 6/30/2006 | RGP | begin drafting statement of additional facts | 1.10 |
| 7/3/2006 | RGP | continue preparing opposition to statement of undisputed facts; email to Mr. Walsh; review documents from BU's Automatic Disclosures for inclusion in summary judgment opposition | 3.00 |
| 7/5/2006 | RGP | Continue drafting statement of additional facts; draft affidavit for Andy Wincel; email to Mr. Walsh; prepare affidavit for Doctor Abreu; Telephone conference with Doctor Abreu | 1.90 |
| 7/6/2006 | RGP | affidavit; email to Mr. Wincel; continue drafting statement of additional facts | 0.90 |
| 7/7/2006 | RGP | begin outlining argument and drafting argument for opposition; read case law | 4.30 |
| 7/9/2006 | RGP | continue drafting statement of additional facts | 2.70 |
| 7/10/2006 | RGP | continue preparing statement of additional facts; review email from Mr. Walsh and incorporate into statement of additional facts; respond to Mr. Walsh's email; Telephone conference with Doctor Abreu | 1.00 |
| 7/12/2006 | RGP | email to Mr. Walsh | 0.10 |
| 7/13/2006 | RGP | Telephone conference with Doctor Abreu; revise Doctor Abreu's affidavit; read case law for Summary Judgment Opposition | 0.80 |
| 7/14/2006 | RGP | email to Attorney Elswit; email to Mr. Walsh; draft motion for extension | 0.40 |
| 7/15/2006 | RGP | email to Mr. Walsh and Attorney Elswit. | 0.20 |
| 7/17/2006 | RGP | continue drafting statement of additional facts; revise motion for | 2.30 |
| 7/20/2006 | RGP | continue drafting statement of additional facts | 0.60 |
| 7/21/2006 | RGP | continue preparing additional facts; email to Mr. Walsh | 1.60 |
| 7/25/2006 | RGP | continue preparation of statement of additional facts | 2.30 |
| 7/27/2006 | PD | Review documents; Create spreadsheets | 4.00 |
| 7/28/2006 | PD | Review documents; Create spreadsheets | 0.90 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 7/28/2006 | PD | Review documents; Create spreadsheets | 5.00 |
| 7/30/2006 | RGP | Continue preparing opposition to statement of undisputed facts and statement of additional facts | 2.30 |
| 7/31/2006 | RGP | review Mr. Walsh's notes on the time records; revise spreadsheet with new information | 0.80 |
| 8/1/2006 | RGP | argument; email to Mr. Walsh; revise spreadsheet of absences; revise affidavit of Mr. Walsh; revise statement of additional facts; continue to outline argument | 5.30 |
| 8/2/2006 | RGP | revise statement of additional facts with Mr. Walsh's edits | 1.10 |
| 8/3/2006 | RGP | email to Attorney Elswit | 0.10 |
| 8/8/2006 | RGP | continue preparation of Mr. Walsh's affidavit | 2.50 |
| 8/9/2006 | RGP | finish Mr. Walsh's affidavit; continue revising statement of additional | 4.10 |
| 8/10/2006 | RGP | read and respond to Mr. Walsh's email; | 0.10 |
| 8/11/2006 | SLR | Determine arguments to use in summary judgment opposition | 0.50 |
| 8/11/2006 | RGP | begin preparing argument; read White case | 1.70 |
| 8/12/2006 | RGP | continue drafting argument | 3.30 |
| 8/13/2006 | RGP | Continue to draft argument | 7.60 |
| 8/14/2006 | RGP | Continue drafting argument | 3.90 |
| 8/16/2006 | SLR | work on summary judgment opposition | 1.00 |
| 8/16/2006 | RGP | Read Mr. Walsh's email; revise affidavit; continue drafting argument; Telephone conference with Attorney Elswit's office | 0.30 |
| 8/17/2006 | RGP | Telephone conference with Attorney Elswit's office; draft motion for extension; email to Mr. Walsh | 0.20 |
| 8/18/2006 | RGP | Telephone conference with Mr. Walsh; revise Mr. Walsh's affidavit | 4.40 |
| 8/19/2006 | RGP | continue drafting argument; read applicable case law | 2.00 |
| 8/20/2006 | RGP | finish drafting argument; finish reading applicable case law | 6.90 |
| 8/21/2006 | RGP | revise argument; review documents for attachment to statement of additional facts; respond to Defendant's statement of additional facts; revise Mr. Walsh's affidavit | 3.10 |
| 8/22/2006 | RGP | finish drafting response to BU's statement of undisputed facts; revise Walsh Affidavit; revise statement of additional facts; revise argument | 7.70 |
| 8/23/2006 | RGP | review leave record to insert comparator information and contradictory vacation/sick time information into statement of additional facts; revise argument to add two additional arguments; review exhibits | 2.40 |
| 8/24/2006 | RGP | revise argument; | 2.10 |
| 8/25/2006 | RGP | revise argument; finish revisions to statement of additional facts; review documents to attach | 14.20 |
| 8/26/2006 | RGP | revise argument; add citations to statement of additional facts; finalize affidavit; add citations to argument | 1.10 |
| 8/27/2006 | RGP | Finish revising argument; finish adding citations to brief and statement of additional facts | 7.00 |
| 8/28/2006 | RGP | memorandum | 1.10 |
| 8/30/2006 | RGP | email to Attorney Elswit. | 0.10 |
| 8/31/2006 | RGP | Telephone conference with Attorney Elswit | 0.20 |
| 9/1/2006 | RGP | Telephone conference with Mr. Wincel | 0.20 |
| 9/20/2006 | RGP | Telephone conference with Attorney Elswit; email to Mr. Walsh | 0.20 |
| 10/3/2006 | RGP | read article from Mr. Walsh; email to Mr. Walsh | 0.20 |
| 10/6/2006 | RGP | read article from Mr. Walsh | 0.10 |
| 1/22/2007 | RGP | begin preparation for summary judgment opposition argument | 0.40 |
| 1/23/2007 | RGP | continue preparing for summary judgment opposition argument | 2.50 |
| 1/24/2007 | RGP | continue preparing for summary judgment opposition argument | 2.10 |
| 1/25/2007 | RGP | continue preparing for oral argument | 3.20 |

John Walsh

| Date | Atty | Description | Hours |
|---|---|---|---|
| 1/26/2007 | RGP | continue preparing for oral argument | 8.40 |
| 1/28/2007 | RGP | continue preparing for oral argument | 2.90 |
| 1/29/2007 | SLR | prepare for and attend summary judgment argument | 3.50 |
| 1/29/2007 | RGP | finish preparing for argument; appear and argue in opposition to summary judgment motion | 8.30 |
| 1/30/2007 | RGP | review pre-trial conference order; emails to Mr. Walsh; plan for settlement negotiations and preparation of pre-trial memorandum | 0.40 |
| 2/5/2007 | RGP | begin preparing pre-trial memorandum and trial preparation; email to Mr. Walsh; letter to Attorney Elswit | 2.00 |
| 2/7/2007 | RGP | letter to Attorney Elswit regarding mediation proposal | 0.10 |
| 2/12/2007 | RGP | Telephone conference with Attorney Elswit; email to Shannon Liss-Riordan re settlement posture and assessment | 0.40 |
| 2/13/2007 | RGP | Telephone conference with Mr. Walsh; email to Shannon Liss-Riordan | 0.80 |
| 2/14/2007 | RGP | determine settlement posture with Shannon Liss-Riordan; Telephone conference with Attorney Elswit | 0.30 |
| 2/15/2007 | RGP | read settlement proposal from Attorney Elswit; email to Shannon Liss-Riordan and Mr. Walsh | 0.20 |
| 2/16/2007 | RGP | respond to Attorney Elswit's email | 0.10 |
| 2/21/2007 | RGP | read and respond to Mr. Walsh's email | 0.10 |
| 2/28/2007 | RGP | read and respond to Attorney Elswit's email | 0.10 |
| 3/6/2007 | RGP | respond to Mr. Walsh's email; | 0.20 |
| 3/8/2007 | RGP | Riordan; send copy to Mr. Walsh; review case law on consequences of offer of judgment | 0.80 |
| 3/14/2007 | RGP | continue preparation of pre-trial memo; assess need to file motion to quash subpoena; research on rule 68 and Attorney's fees | 2.00 |
| 3/15/2007 | SLR | consider offer of judgment, research issue of attorneys' fees | 1.50 |
| 3/15/2007 | RGP | rules governing attorney's fees; draft notice of acceptance; letter to Attorney Elswit | 2.60 |
| 3/16/2007 | SLR | legal research on offer of judgment and draft fee peition and affidavits | 3.00 |
| 3/16/2007 | RGP | revise notice of acceptance of offer of judgment; Telephone conference with Mr. Walsh; research into affect of insertion of disclaimer language into offer of judgment | 4.00 |
| 3/19/2007 | RGP | Draft fee petition and affidavits | 1.30 |
| 3/20/2007 | RGP | Continue drafting attorneys' fee petition | 3.90 |
| 3/20/2007 | RGP | Finish drafting attorneys' fees petition and affidavits | 2.30 |
| 3/22/2007 | RGP | Review bills to be submitted to support fee petition and research for support of paralegal hourly rate | 0.70 |
| 3/26/2007 | SLR | Finish drafting attorneys' fees petition and affidavits | 2.00 |
| | | **Total Hours** | 452.80 |