# Walsh Invoice

**Expenses**

| Date | Description | Total |
|---|---|---|
| 5/17/2004 | Middlesex Superior Court - Filing Fee | $280.00 |
| 5/27/2004 | Suffolk County Sheriff- Service of Summons and Complaint on Boston University | $39.20 |
| 7/18/2004 | Boston University - Occupational Health Center | $5.25 |
| 7/19/2004 | Commonwealth Medical Group - Medical Records | $50.00 |
| 8/31/2004 | Evans Medical Foundation - Medical Records | $50.00 |
| 4/7/2005 | O'Brien & Levine Court Reporting - Deposition Transcript of Marc Robillard | $693.50 |
| 4/8/2005 | Williams Lea, Inc. - Photocopies and bates stamping | $105.05 |
| 4/12/2005 | O'Brien & Levine Court Reporting - Deposition Transcript of John Battaglino | $735.50 |
| 4/21/2005 | Boston University - Copies of Document Production | $48.00 |
| 5/3/2005 | Williams Lea, Inc. - Photocopies and bates stamping | $31.43 |
| 8/8/2005 | Shea Court Reporting Services - Vol. 1 of John Walsh Deposition Transcript | $593.50 |
| 8/9/2005 | Shea Court Reporting Services - Vol. 2 of John Walsh Deposition Transcript | $243.50 |
| 9/20/2005 | Butler and Witten Constables - Service of Subpoena on Dr. Cheryl Barbanel | $135.00 |
| 10/17/2005 | Shea Court Reporting Services - Vol. 3 of John Walsh Deposition Transcript | $173.50 |
| 10/21/2005 | O'Brien & Levine Court Reporting - John Battaglino Deposition Transcript | $154.50 |
| 10/21/2005 | O'Brien & Levine Court Reporting - Marc Robillard Deposition Transcript | $240.50 |
| 8/28/2006 | Williams Lea, Inc. - photocopies, tabs, and velo binding | $514.93 |
| 8/29/2006 | Williams Lea - photocopies and tabs | $116.17 |
| | **EXPENSES TOTAL** | **$4,209.53** |