UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH,<br>   Plaintiff | )<br>)<br>)<br>) |
| v. | )   Civil Action No. 04-CV-11240-RCL |
| BOSTON UNIVERSITY<br>   Defendant. | )<br>)<br>)<br>) |

### AFFIDAVIT OF REBECCA G. PONTIKES, ESQ.

I, Rebecca G. Pontikes, under oath, hereby state as follows:

1. I am an associate attorney in the law firm of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., ("PRLE") where I practice exclusively in the field of employment law on the side of employees. I joined the firm in 2004.

2. PRLE has represented the plaintiff, Jack Walsh ("Walsh") since 2004. I was the attorney primarily responsible for Walsh's case. I expended a total of 367 hours of time from March 2, 2004 through March 22, 2007 at $275 per hour for a total of $ 100,925 in fees.

3. I am a member of the Bar of the Supreme Judicial Court of Massachusetts, and the U.S. District Court for the District of Massachusetts. I have been a member of the Massachusetts bar since 1997 and of the federal bar since 1999. I have almost ten years of litigation and trial experience with particular experience litigating and trying employment cases.

4. I graduated from Tufts University *magna cum laude* in 1994 and from the University of Michigan Law School in 1997.

5. I am a member of the Labor and Employment Section of the Massachusetts Bar Association, the Massachusetts Chapter of the National

Employment Lawyers Association, and the employment law section of the American Association for Justice. I am a frequent invited speaker at seminars sponsored by Massachusetts Continuing Legal Education, the Massachusetts Bar Association, the National Employment Lawyers Association, and other organizations on various topics regarding employment law.

6. In 2004 and 2006, my peers named me as one of Massachusetts' Super Lawyers and as a Rising Star (a category for attorneys under 40 with 10 years or less of practice experience). Only 2.5 percent of Massachusetts attorneys are named Rising Stars.

7. I was the primary counsel on this case, and was supervised by Shannon Liss-Riordan, a partner at PRLE. I drafted the complaint, wrote the briefs in opposition to the Defendant's Motions to Dismiss and for Summary Judgment, conducted discovery, and argued at the hearings for the Defendants Motions to Dismiss and for Summary Judgment.

8. Exhibit A to this petition contains a true and accurate representation of PRLE's billing records for this case.

9. Exhibit B to this petition contains a record of the costs expended by Walsh in connection with this case.

10. I am requesting fees at the rate of $275 per hour for my work on this case. This rate is reasonable in light of my experience, rates charged by other practitioners in my field in the Boston area, and value of my time.

11. In addition to the time Shannon Liss-Riordan and I spent on this case, Plaintiff also seeks fees for work performed by legal assistants Jessica Shelton ("Shelton") and Payson Ayer-Dufner ("Ayer-Dufner"). This case required a detailed analysis of BU's records of Walsh's time off as well as his own records

2

and his physicians' records to demonstrate that he was present on dates which BU claims he was absent. These records included voluminous e-mail correspondence, sign in sheets, telephone records, and doctors' records. Shelton and Ayer-Dufner organized the records, cross-checked the dates and doctors, and prepared spreadsheets to demonstrate where BU's and Walsh's records contradicted each other. Their work was critical to my ability to argue at summary judgment that BU's assertion that Walsh was absent from work excessively was pretext.

12. Plaintiff requests a rate of $75 per hour for the time spent by Shelton and Ayer-Dufner. This rate is reasonable in light of their education levels (college graduates), the need for their work, and the critical role their work played in Walsh's defeat of summary judgment. It is also in keeping with the market rate charged for services such as theirs.

Signed under the pains and penalties of perjury this 20 day of March, 2007.

Rebecca G. Pontikes