COMMOMWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                        Superior Court
                                                    Civil Action No. 02-0880

)
MASSACHUSETTS BAY                )
TRANSPORTATION AUTHORITY         )
                                 )
            Plaintiff,           )
                                 )
    v.                           )
                                 )
                                 )
MASSACHUSETTS COMMISSION         )
AGAINST DISCRIMINATION and       )
GERALDINE ROSS                   )
                                 )
            Defendants.          )
                                 )

### AFFIDAVIT OF ATTORNEY KEVIN G. POWERS IN SUPPORT OF THE FEE APPLICATION OF ATTORNEYS HAROLD LICHTEN AND SHANNON LISS-RIORDAN

Now Comes Kevin G. Powers and states:

1. I am licensed to practice law in the State of Massachusetts, The Federal District Court, District of Massachusetts, the U.S. Court of Appeals, First Circuit and the U.S. Supreme Court.

2. I have been practicing law in Massachusetts since 1978. During the entire time I have concentrated in the areas of labor and employment law.

3. For ten years, I was a partner in the law office of Johnson and Powers, P.C.

4. In 1988, I left Johnson and Powers, P.C. and set up my own office concentrating on representing plaintiffs in employment cases.

5. In 1999, I along with three other employment lawyers established the law firm of Rodgers, Powers & Schwartz.

6. My law practice focuses exclusively on labor and employment issues.

7. I have tried numerous employment cases and argued before the Massachusetts Appeals Court, the Massachusetts Supreme Judicial Court and the Federal Court of Appeals.

8. I am a member of the Massachusetts and American Bar Associations. I am a member of the Labor Law Committee of the Massachusetts Bar Association and I am the Vice Chair of the MBA Individual Rights and Responsibilities Council.

9. On a fee petition that I recently submitted to the Supreme Judicial Court, I was awarded approximately $400.00 per hour for my work in the case of Clifton v. Massachusetts Bay Transportation Authority.

10. I have known Harold Lichten for approximately ten years. Our firms have shared office space since 2001, and so I have on an almost daily basis since that time had the opportunity to speak with him about employment law issues and have observed his work. I would say that he is one of the top employment attorneys practicing in Massachusetts. Based upon my familiarity with the prevailing market rate for employment attorneys in the Boston area, and with fee awards that have been issued to employment attorneys, I believe that Harold Lichten's request for $375 per hour for his work is consistent with the prevailing market rate for attorneys of his skill and experience.

11. Likewise, I have known Shannon Liss-Riordan for approximately five years, since our firms began sharing office space in 2001. I have also spoken with her on an almost daily basis about employment issues and have observed her work. I would consider her also to be a top employment attorney practicing in Massachusetts and, based upon my familiarity with the prevailing market rate for employment attorneys in the Boston area, and with fee awards that have been issued to employment attorneys, I believe that Shannon Liss-Riordan's request for $350 per hour for her work is consistent with the prevailing market rate for attorneys of her skill and experience.

12. Moreover, as I practice in a small employment firm primarily representing employees, I understand the pressures on such firms to invest time into contingency-fee cases over a course of years without any payment for many years. Such delays in payment create enormous financial burdens on small firms, which can be alleviated somewhat by their obtaining fair market rates for their attorneys' time at the conclusion of successful cases. The rates requested in this case by Attorneys Lichten and Liss-Riordan are eminently reasonable, given the market rate for attorneys in the Boston area and especially given the substantial delay in payment that I know their firm has experienced in this case.

Signed under the penalties of perjury this 25 day of May 2006.

Kevin G. Powers BBO #405020
Rodgers Powers & Schwartz LLP
18 Tremont St.
Boston, MA 02108
(617) 742-7010