UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VANESSA DIXON,<br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD<br>OF POLICE OFFICERS; INTERNATIONAL<br>BROTHERHOOD OF POLICE OFFICERS,<br>LOCAL 382; KENNETH LYONS, GERALD<br>FLYNN, JOHN LEARY AND DAVID PENDER<br>    Defendants. | Civil Action No. 01-11806-WGY |

AFFIDAVIT OF NANCY S. SHILEPSKY

I, Nancy S. Shilepsky, hereby depose and state as follows:

1. I am a partner in the law firm of Shilepsky O'Connell Casey Hartley Michon Yelen LLP ("Shilepsky O'Connell"), where I practice employment law.

2. I received my B.A. degree *magna cum laude* from Tufts University and my J.D. from Boston University School of Law. I have been a member of the Massachusetts Bar since 1978 and of the bar of the United States District Court for the District of Massachusetts since 1980. I am a member of The College of Labor and Employment Lawyers.

3. I am a former member of the Board of Editors for Massachusetts Lawyers Weekly; a member of the Massachusetts Continuing Legal Education Labor and Employment Advisory Committee; and a member of the Labor and Employment Section of the Boston Bar Association. From 1996/1997 through 1998/1999, I served as Co-Chair of that Section. I am also a member of the Labor and Employment Section of the Massachusetts Bar Association and a member of Massachusetts chapter of the National Employment Lawyers Association. I have chaired numerous continuing legal education programs on employment law topics for Massachusetts Continuing Legal Education, Inc., Massachusetts Bar Association, Boston Bar Association and other organizations, and have published books and articles on employment law subjects.

4. I was a partner at Perkins, Smith & Cohen, LLP from 1999 through June 2005, where I was chair of the Labor, Employment and Employee Benefits Department. Prior to joining Perkins, Smith & Cohen, I was as a partner at Goulston & Storrs, PC in Boston; prior to joining Goulston & Storrs, PC, I was a partner at Dwyer & Collora, LLP in Boston; and prior to that, I was a founding partner of Shilepsky, Messing & Rudavsky.

5.  My hourly rate was $275 in 1998 (at Dwyer & Collora, LLP), $290-310 from 1998-1999 (at Goulston & Storrs, PC), $315-$430 from 2000-2005 (at Perkins, Smith & Cohen, LLP), and is currently $430.

6.  Attorney James E. O'Connell, Jr. is an honors graduate of Boston College; he received his J.D. from Northeastern University School of Law. He has been a member of the Massachusetts Bar since 1980.

7.  Prior to co-founding Shilepsky O'Connell, Attorney O'Connell was a partner in the trial department at Perkins, Smith & Cohen. He was also co-founder and partner of two firms concentrating in civil litigation: Murphy & O'Connell and Sally, O'Connell & Fitch. He began his professional career in the litigation department of Bingham McCutchen, LLP.

8.  Attorney O'Connell's currently hourly rate is $395.

9.  Attorney Lawrence J. Casey is a *cum laude* graduate of Boston College. He received his J.D. from Duquesne University. He has been a member of the Massachusetts Bar since 1990.

10. Attorney Casey was a partner of the law firm Crowe & Casey, which merged with Perkins, Smith & Cohen, LLP in 1999; was a partner at Perkins, Smith & Cohen from 1999 through June 2005; and is currently a partner at Shilepsky O'Connell.

11. Attorney Casey's current hourly rate is $350.

12. Attorney H. James Hartley is a *cum laude* graduate of the University of Massachusetts at Amherst; he received his J.D. *cum laude* from Boston College Law School in 1992.

13. Prior to co-founding Shilepsky O'Connell, Attorney Hartley was a partner at Perkins, Smith & Cohen, where he co-chaired the executive advocacy group. Before that, Attorney Hartley was lead employment law counsel for a Fortune 100 company with over 35,000 employees.

14. Attorney Hartley's current hourly rate is $325.

15. Attorney Katherine J. Michon is a graduate of the University of Massachusetts at Amherst; she received her J.D. from the New England School of Law in 1992.

16. Prior to co-founding Shilepsky O'Connell, Attorney Michon was a partner at the employment law firm of Kimball, Brousseau & Michon. Previously in her career, she practiced employment law at Dwyer & Collora and at Shilepsky, Messing & Rudavsky.

17. Attorney Michon's current hourly rate is $325.

18. Attorney Barbara A. Robb is an associate at Shilepsky O'Connell. She is a graduate of Fairfield University. She received a Master of Arts in Public Administration from Ohio State University School of Public Policy and Management. Attorney Robb earned her J.D. *summa cum laude* from New England School of Law (1998) where she served as a member of the New England Law Review and was awarded the Amos L. Taylor Award for Excellence in Scholarship and the New England Law Review's Scribes Award.

19. Attorney Robb was an associate at Perkins, Smith & Cohen. Prior to that she was an associate with the firm of Lyne, Woodworth & Evarts and served as a law clerk to the Justices of the Massachusetts Superior Court.

20. Attorney Robb's current hourly rate is $275.

21. Shilepsky O'Connell bills for paralegals and law clerks at $100 per hour.

22. I understand that counsel for the plaintiff in this case are seeking fees at rates of $300/hour for Inga Bernstein and her partners, $200/hour for Monica Pastorok and other associates, and $100/hour for paralegals and law clerks. Based on my experience and professional activities, I believe I am generally knowledgeable about the range of prevailing hourly rates charged by attorneys practicing employment law in private practices in the greater Boston area. Although I have not worked with Ms. Bernstein or others in her firm, I am generally aware of her employment law practice, including the fact that, in addition to the case at bar, several years ago she prevailed in retaliation case against the Massachusetts Bay Transportation Authority, winning a judgment at trial of $7.6 million dollars. Combined with the results obtained in this case, which are excellent, I think there is no doubt that the rates requested by Ms. Bernstein and her firm are well within the prevailing hourly rates for employment litigation attorneys with similar skills, experience and reputation in the Boston area.

Signed under the pains and penalties of perjury this 2nd day of November, 2005.

Nancy S. Shilepsky