UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VANESSA DIXON, )
    Plaintiff, )
)
v. )    Civil Action No. 01-11806-WGY
)
INTERNATIONAL BROTHERHOOD )
OF POLICE OFFICERS; INTERNATIONAL )
BROTHERHOOD OF POLICE OFFICERS, )
LOCAL 382; KENNETH LYONS, GERALD )
FLYNN, JOHN LEARY AND DAVID PENDER )
    Defendants. )

### AFFIDAVIT OF NORMAN S. ZALKIND

I, Norman S. Zalkind, do hereby depose and state the following:

1. My name is Norman S. Zalkind and I am the Senior Partner in the law firm Zalkind, Rodriguez, Lunt & Duncan LLP.

2. My practice specializes of both criminal and civil trials. I have tried over 100 Federal and State jury trials including trials in Federal Districts other than Massachusetts.

3. I have been in the practice of law for over 40 years and I was trained initially by a well known civil trial lawyer, Morris Michaelson.

4. During my years of practice I have had the good fortune and honor to have as law partners and associates a number of distinguished lawyers in Massachusetts, including Judge Nancy Gertner, Harvery Silverglate, Robert Sheketoff, Judge Janet Sanders, Judge Daniel Klubock, as well as my current partners and associates.

5. Inga Bernstein, who has been a partner in our law firm for the past 5 years, and was an associate for 6 years before that, is certainly equal to the very best partners and associates that I have ever worked with. I have observed her in the trial of cases both on her own and as co-counsel with me. My observations include her arguing legal issues, examining witness both in depositions and in trial, and making closing arguments.

6. It is my opinion that she is outstanding as a trial lawyer and is certainly equal to almost any other lawyers that I have observed.

7. Ms. Bernstein and I represented Roberta Edwards in an employment case in Suffolk

County in Massachusetts in which we obtained a verdict of $7.6 million dollars. That case could not have been won without the preparation and courtroom performance of Ms. Bernstein. She took at least 90% of the depositions in that case, in which there were more than 30 days of depositions. She wrote practically all of the legal memorandum and argued most of the legal motions, a great number of which she prevailed on. During the trial of the Edwards case, she examined some of the most crucial witness both on direct and cross examination. She also coached me in preparing the examinination of the witnesses that I had, including the final argument of the case, and without her, in my opinion, we would have never have won. After the case was completed, and we had an informal lunch with one of the distinguished defense lawyers in the case, he commented to me that if he had Inga on his side, he would be a very rich man.

8. I have no problem when a new client comes to me when Inga is co-counsel of charging her currently at the rate of $350 an hour. It is my opinion that it is more than fair and reasonable for any client to have Inga as counsel at the $350 per hour rate, and we are able to obtain, collect and charge clients on a regular basis for Inga Bernstein at that rate.

Signed under the pains and penalties of perjury this 3rd day of November, 2005:

_____
Norman S. Zalkind