UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| T-6 COUNCIL, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, and its affiliate locals 2222, 2313, 2320, 2321, 2322, 2323, 2324, 2325, 2326, and 2327 and ANNE SWAIN, Individually and on behalf of a class of persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON, INC., <br><br> Defendant. | CIVIL ACTION No. 01-10498DPW |

### AFFIDAVIT OF ARTHUR G. TELEGEN

I, Arthur G. Telegen, do hereby depose and state as follows:

1. I am a partner in the firm of Foley, Hoag & Eliot LLP.

2. I am chair of the firm's labor and employment department and have been practicing in the field for twenty-seven years. William Brennan has been an associate with the firm since September 2000. I believe that this firm's charges for my and Mr. Brennan's time are typical for lawyers of our experience in the City of Boston, and that this time spent by each of us on the instant matter was appropriate.

2. The time charges accrued and expenses incurred by defendant Verizon New England, Inc. in preparing and filing the Defendant's Motion to Compel Plaintiffs' Initial Disclosures are this firm's normal charges and will be billed as follows:

```
Time spent by William J. Brennan:  4.2 hours times $215/hour  =  $903.00
Time spent by Arthur G. Telegen:    .2 hours times $525/hour  =  $105.00
Hand Delivery Charges:                                           $25.25
Copying Charges:                                                 $25.56

Total:                                                          $1058.81
```

Signed under the penalties of perjury this 13th day of February, 2002

_____
Arthur G. Telegen (BBO# 494140)
FOLEY, HOAG & ELIOT LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 832-1000