## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN WALSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-11240-RCL |
| ) | |
| TRUSTEES OF BOSTON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO CONTINUE PRE-TRIAL CONFERENCE

Defendant Trustees of Boston University (the "University") respectfully files this motion to continue the pre-trial conference in this matter, now scheduled for March 29. As grounds for this motion, the University states that it sent Plaintiff's counsel an Offer of Judgment. On March 16, 2007, Plaintiff filed his Notice of Acceptance of Offer of Judgment. On March 26, 2007, Plaintiff filed a Motion for Attorneys' Fees and Costs. The University has not had the opportunity to respond.

The University will file an opposition to Plaintiff's motion in a timely fashion.

For this reason, the University submits that the pre-trial conference is premature, and requests that it be continued until such time as it is necessary. Plaintiff assents to this motion.

                                                        Respectfully submitted,

                                                        TRUSTEES OF BOSTON UNIVERSITY,
                                                        By its attorney,

                                                        s/Lawrence S. Elswit
                                                        Lawrence S. Elswit
                                                        (BBO #153900)
                                                        Boston University
                                                        Office of the General Counsel
                                                        125 Bay State Road
                                                        Boston, Massachusetts  02215
Date:  March 27, 2007                           (617) 353-2326