UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN WALSH,<br>　　　Plaintiff<br><br>v.<br><br>BOSTON UNIVERSITY,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 104-CV-11240-RCL |

**NOTICE OF WITHDRAWAL**

Please take notice that Rebecca G. Pontikes of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. is withdrawing as attorney for the plaintiff in the above-captioned case. Shannon Liss-Riordan, also of Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., shall remain attorney for the plaintiff.

Respectfully submitted,

JOHN WALSH,
By his attorneys,

Dated: March 30, 2007

　　　s/Rebecca G. Pontikes
Shannon Liss-Riordan, BBO #640716
Rebecca G. Pontikes, BBO # 637157
PYLE, ROME, LICHTEN, EHRENBERG
　　　& LISS-RIORDAN, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by electronic filing on March 30, 2007.

　　　s/Rebecca G. Pontikes
Rebecca G. Pontikes