UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN WALSH, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | CIVIL ACTION NO. 04-11240-RCL |
| TRUSTEES OF BOSTON UNIVERSITY, | ) ) ) | |
| Defendant. | ) ) | |

ASSENTED-TO MOTION FOR EXTENSION

Defendant Trustees of Boston University (the "University") respectfully requests this Court to extend the time within which the University is required to respond to Plaintiff's Motion for Attorneys' Fees and Costs. Pursuant to L.R. 7.1(B)(2), the University's response is due on April 9, 2007. For the reasons set forth in the affidavit of counsel (attached), the University requests an extension of time until April 30, 2007.

Counsel for Plaintiff assents to this motion.

           Respectfully submitted,

           TRUSTEES OF BOSTON UNIVERSITY,
           By its attorney,


           s/Lawrence S. Elswit
           Lawrence S. Elswit
           (BBO #153900)
           Boston University
           Office of the General Counsel
           125 Bay State Road
           Boston, Massachusetts 02215

Date: April 2, 2007           (617) 353-2326