UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH,<br><br>  Plaintiff,<br><br>      vs.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>  Defendant. | CIVIL ACTION NO. 04-11240-RCL |

### AFFIDAVIT OF LAWRENCE S. ELSWIT

The affiant, Lawrence S. Elswit, being duly sworn, states:

1. I am an attorney in Boston University's Office of the General Counsel, and have been representing Defendant Trustees of Boston University (the "University") in this litigation.

2. At the moment, my plate is quite full. In addition to my daily responsibilities as in-house counsel to a large educational institution, I will be trying two all-day labor arbitrations before the American Arbitration Association on April 6 (No. 11 300 02759 06) and April 10 (No. 11 300 01899 06). I am responding to a document request (due April 5) and interrogatories (due April 19) in a case pending in Suffolk Superior Court Business Session (No. 06-3655 BLS). I am representing the University in a sex discrimination case pending before the MCAD (No. 07 BEM 00607); my response in that case is due on April 12. I am also co-counsel in a case pending before the United States Court of Appeals for the First Circuit (No. 07-1151); the University's appellee brief is due on April 23, 2007.

3. The schedules in all of these matters were established before Plaintiff filed his Motion for Attorneys' Fees on March 26.

- 2 -

4. For the reasons set forth in this affidavit, I simply cannot devote sufficient attention to Plaintiff's motion, and therefore request that this Court grant the University's motion for an extension until April 30, 2007.

Further affiant sayeth not.

Subscribed and sworn under the penalties of perjury.


/s/ Lawrence S. Elswit
Lawrence S. Elswit


Date: April 2, 2007