**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN WALSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-11240-RCL |
| ) | |
| TRUSTEES OF BOSTON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT

Pursuant to Fed. R. Civ. P. 60(B)(1), Defendant Trustees of Boston University (the "University") moves this Court to vacate the Offer of Judgment, accepted by Plaintiff and filed with the Court on March 16, 2007.

As grounds for this motion, the University states that the University's Offer of Judgment, which failed to include the phrase "including costs and attorneys' fees," was based on the history of communications between counsel, in which the University made it absolutely clear that it was prepared to resolve this matter for no more than nuisance value, i.e., the modest sum included in the Offer itself. The record establishes beyond question that Plaintiff's counsel was well aware of the University's position, and University counsel's inadvertent omission of any reference to costs and attorneys' fees should not, under the unique factual circumstances of this case, bind the parties when, obviously, there was no meeting of the minds.

A memorandum in support of this motion is attached. The University's memorandum also responds to, and opposes, Plaintiff's Motion for Attorneys' Fees and, further, urges the

- 2 -

Court to prohibit Plaintiff from filing another brief in this case to avoid a gross miscarriage of

justice.

<u>REQUEST FOR ORAL ARGUMENT</u>

The University respectfully request oral argument on this motion.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,
By its attorney,


s/Lawrence S. Elswit
Lawrence S. Elswit
(BBO #153900)
Boston University
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts  02215
Date:  April 30, 2007              (617) 353-2326