## Elswit, Lawrence S

| | |
|---|---|
| **From:** | Rebecca Pontikes [rpontikes@prle.com] |
| **Sent:** | Thursday, January 27, 2005 3:40 PM |
| **To:** | Elswit, Lawrence S |
| **Subject:** | Joint Statement for scheduling conference |

Hi Larry.

I spoke with my client who said he is not willing to settle for nuisance value. I've tried to capture that sentiment in our Joint Statement. I'm open to suggestions for the joint parts, and I've left a space for you to fill in your information and to put in your summary of position. If the rest is OK, then just put in your stuff, send it back to me and we can both show up with signature and certification pages.

See you on Monday.
Rebecca

*Rebecca G. Pontikes*
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200 (tel)
(617) 367-4820 (fax)
rpontikes@prle.com

This email message and any attachments are attorney-client privileged and may contain confidential information. Any distribution, copying, or disclosure of this information is strictly prohibited. If you are not the intended recipient of this email, please notify the sender of the error and delete the message immediately. The unintended release of the information contained in this email does not constitute a waiver of the attorney-client privilege.