**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon

Nicole Horberg Decter**
Rebecca G. Pontikes
Leah M. Barrault
Stephen Young
David Conforto
Hillary Schwab**

Tod A. Cochran
Of COUNSEL

*Also admitted in Maine
**Also admitted in New York

March 21, 2006

**VIA FACSIMILE (617) 353-5529 & FIRST CLASS MAIL**
Lawrence S. Elswit, Esq.
Boston University
General Counsel
125 Bay State Road
Boston, MA 02215

RE:  John Walsh v. Boston University
     U.S.D.C. Civil Action No. 104-CV-11240-RCL

**CONFIDENTIAL—FOR SETTLEMENT PURPOSES ONLY**

Dear Larry:

    Per our discussion, I write to make a settlement demand on behalf of Mr. Walsh and to propose that we mediate this claim.

    As you are aware, Mr. Walsh was unable to procure alternate employment for years. He has recently found a position at MIT, but it is only part time. Thus, his lost wages are significant. As the MIT position is only part time, he will incur substantial future losses as well for the foreseeable future. As his deposition testimony demonstrates, he has also endured significant emotional distress. There are also significant attorney's fees incurred to date.

    Mr. Walsh is motivated to settle this claim at this time. Therefore, he agrees to limit his demand to his lost wages and attorney's fees at this time and for settlement purposes only. Limited in this way, Mr. Walsh demands $220,000 to settle his claim. If we cannot settle the claim at this time, this offer will be withdrawn and Mr. Walsh may not agree to so limit his settlement demands in the future.

74

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

    Please contact me upon your receipt of this letter so that we may discuss the possibility of mediating this matter. Mediation prior to filing summary judgment motions and oppositions may resolve this case before the attorney's fees run even higher. I look forward to hearing from you. Thank you.

Sincerely,

Rebecca G. Pontikes

RGP/s

cc: John B. Walsh (via First Class Mail)