**Elswit, Lawrence S**

---

| | |
|---|---|
| From: | Elswit, Lawrence S |
| Sent: | Tuesday, March 21, 2006 4:45 PM |
| To: | Rebecca Pontikes |
| Subject: | Walsh v. TBU |

Dear Rebecca,

Thank you for your March 21 letter proposing a settlement in this case. I'm glad that Mr. Walsh has found employment, and hope things work well for him.

At this time the University is not willing to make a counteroffer. I don't think that mediation makes much sense, either, because we believe this case has nothing more than nuisance value, and the University will not put anything remotely approaching your demand on the table. That said, I welcome the chance to talk with you informally if you think it will be productive.

Regards,

Larry

_____

Larry Elswit

Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215

617/353-2326 (phone)
617/353-5529 (fax)

1