**Elswit, Lawrence S**

**From:** Elswit, Lawrence S
**Sent:** Wednesday, March 21, 2007 9:11 AM
**To:** 'Rebecca Pontikes'
**Subject:** RE: Walsh

Congratulations.

If it's any easier just have Shannon call me.

thx/Larry

---

**From:** Rebecca Pontikes [mailto:rpontikes@prle.com]
**Sent:** Wednesday, March 21, 2007 9:16 AM
**To:** Elswit, Lawrence S
**Subject:** RE: Walsh

Larry,

My apologies for not getting back to you. I am leaving this firm as of April 1, and joining another firm as of counsel (Siegel, Wagner, & Swartz). I have a lot of logistics to work out with my clients who are coming with me/staying here etc. I have been snowed under with that. This case will remain here, and I have to work out with the partnership exactly how we are going to transition it.

Thank you for your patience. I will be in touch as quickly as I can.

Rebecca

*Rebecca G. Pontikes*
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200 (tel)
(617) 367-4820 (fax)
rpontikes@prle.com

This email message and any attachments are attorney-client privileged and may contain confidential information. Any distribution, copying, or disclosure of this information is strictly prohibited. If you are not the intended recipient of this email, please notify the sender of the error and delete the message immediately. The unintended release of the information contained in this email does not constitute a waiver of the attorney-client privilege.

---

**From:** Elswit, Lawrence S [mailto:lelswit@bu.edu]
**Sent:** Wednesday, March 21, 2007 8:59 AM
**To:** Rebecca Pontikes
**Subject:** Walsh

Rebecca,

Please return my call(s) - we need to discuss logistics, etc.

4/28/2007

Larry Elswit

Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215

617/353-2326 (phone)
617/353-5529 (fax)

4/28/2007