**Elswit, Lawrence S**

| | |
|---|---|
| From: | Elswit, Lawrence S |
| Sent: | Friday, March 23, 2007 4:02 PM |
| To: | 'Shannon Liss-Riordan'; 'Rebecca Pontikes' |
| Subject: | Walsh v. TBU |

Shannon, Rebecca:

I would appreciate the courtesy of a return phone call from either you or Rebecca. I've left several messages for both of you. This case may have no value to your firm, but we do have some logistical issues to clear up, including cancelling the pretrial.

We're all pretty busy, and I know Rebecca is leaving, but common professional courtesy is not too much to expect, particularly in light of the cordial relationship we have experienced on this and other cases.

Larry

---

Larry Elswit

Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215

617/353-2326 (phone)
617/353-5529 (fax)