## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN WALSH, | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) CIVIL ACTION NO. 04-11240-RCL |
|  | ) |
| TRUSTEES OF BOSTON UNIVERSITY, | ) |
|  | ) |
| Defendant. | ) |

### AFFIDAVIT OF MARTIN J. HOWARD

The affiant, Martin J. Howard, being duly sworn, states:

1.      I am the Senior Associate Vice President for Financial Affairs at Boston University. I am responsible for the financial management of the University's assets and liabilities. I have an undergraduate degree in economics and an MBA with a concentration in finance and accounting. I am a Certified Public Accountant, a Chartered Financial Analyst, and a Certified Financial Planner.

2.      Among my responsibilities, I am regularly asked to evaluate financial alternatives requiring a time value analysis to determine the present and future values of fixed amounts of capital. In general, there are three benchmarks that may be used to measure the growth of a predetermined sum: the Consumer Price Index ("C.P.I.") (as a proxy for inflation), the S&P 500 Index (as a proxy for U.S. equity market appreciation), and the twelve-month average of two-year United States Treasury Notes (as a proxy for risk-free investments).

3.    I have been asked to compute the future value of $16,000 as of April 17, 1988, brought forward to April 17, 2007 (the date I performed the calculations) by applying these benchmarks. The attached chart reflects these calculations.

4.    For each one-year period, beginning on April 17, 1988, and ending on April 17, 2007, I applied the three variables mentioned above. For instance, during the first twelve-month period ending on April 17, 1989, the C.P.I. rose by 4.10%; the S&P 500 rose by 17%; and the twelve-month average of two-year U.S. Treasury Notes was 8.69%. Thus, applying the C.P.I., the original $16,000 grew to $16,656.01; had it been invested in accord with the S&P 500, it would have amounted to $18,717.12; and had it been used to purchase a two-year T-Note it would have grown to $17,390.72.

5.    The chart also shows the value of that same $16,000 as of April 17, 2007. Applying the inflation-adjusted Consumer Price Index, it would have amounted to $28,583.58; had it been invested in equity markets (using the S&P 500 Index), it would have grown to $91,299.39; and had it been used to purchase a series of two-year T-Notes, it would have grown to $41,884.58.

Further affiant sayeth not.

Subscribed and sworn under the penalties of perjury.

MARTIN J. HOWARD

Date: April 27, 2007