**FUTURE VALUE OF $16,000 (APRIL 17, 1988 - APRIL 17, 2007)**

| Year Ending | Δ - *Year End April* - Consumer Price Index | Period by Period | Δ S&P 500 | Period by Period | 12 month average of 2yr UST | Period by Period |
|---|---|---|---|---|---|---|
| April 17, 1988 |  | $16,000.00 |  | $16,000.00 |  | $16,000.00 |
| April 17, 1989 | 4.10% | $16,656.01 | 17.0% | $18,717.12 | 8.69% | $17,390.72 |
| April 17, 1990 | 6.55% | $17,746.22 | 12.6% | $21,070.05 | 8.26% | $18,827.54 |
| April 17, 1991 | 5.43% | $18,709.70 | 16.5% | $24,548.92 | 7.74% | $20,284.60 |
| April 17, 1992 | 3.49% | $19,363.36 | 9.2% | $26,810.86 | 5.96% | $21,493.77 |
| April 17, 1993 | 3.11% | $19,965.38 | 9.5% | $29,345.83 | 4.40% | $22,440.36 |
| April 17, 1994 | 2.74% | $20,513.42 | 0.2% | $29,417.14 | 4.21% | $23,384.42 |
| April 17, 1995 | 2.73% | $21,074.37 | 14.4% | $33,650.27 | 6.62% | $24,931.53 |
| April 17, 1996 | 2.77% | $21,657.62 | 26.2% | $42,459.57 | 5.65% | $26,340.91 |
| April 17, 1997 | 2.94% | $22,294.85 | 18.1% | $50,140.93 | 6.05% | $27,934.28 |
| April 17, 1998 | 1.89% | $22,716.15 | 47.7% | $74,035.09 | 5.78% | $29,549.16 |
| April 17, 1999 | 1.67% | $23,095.20 | 17.4% | $86,906.09 | 4.95% | $31,011.54 |
| April 17, 2000 | 2.65% | $23,706.62 | 3.1% | $89,632.33 | 5.91% | $32,843.71 |
| April 17, 2001 | 3.42% | $24,517.53 | -16.5% | $74,834.93 | 5.67% | $34,706.60 |
| April 17, 2002 | 2.14% | $25,042.10 | -5.5% | $70,707.04 | 3.44% | $35,900.86 |
| April 17, 2003 | 2.06% | $25,557.28 | -19.3% | $57,033.00 | 2.14% | $36,667.34 |
| April 17, 2004 | 2.02% | $26,073.64 | 27.2% | $72,544.84 | 1.65% | $37,273.45 |
| April 17, 2005 | 3.07% | $26,873.99 | 0.6% | $72,979.38 | 2.88% | $38,346.18 |
| April 17, 2006 | 3.55% | $27,828.08 | 11.5% | $81,370.55 | 4.18% | $39,949.05 |
| April 17, 2007 | 2.71% | $28,583.58 | 12.2% | $91,299.39 | 4.85% | $41,884.58 |
| **Geometric Mean** | **3.10%** |  | **9.60%** |  | **5.20%** |  |

**Beginning Amount**   $16,000.00

**Future Value** → *$28,583.58* **Inflation Adjusted** → *$91,299.39* **Equity Market Adjusted** → *$41,884.58* **Treasury Adjusted**