# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN WALSH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-11240-RCL |
| TRUSTEES OF BOSTON UNIVERSITY | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

I, Crystal D. Talley, enter my appearance as co-counsel for Defendant Trustees of Boston University in the above-entitled case.

Date:   May 21, 2007

Crystal D. Talley (BBO #633759)
Boston University
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts  02215
617-353-2326

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each other party by ~~mail/by hand.~~ electronic filing.

Date: 5/21/07