UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
JOHN WALSH,                         )
        Plaintiff,                  )
                                    )
v.                                  ) CIVIL ACTION NO. 04-11240-RCL
                                    )
TRUSTEES OF                         )
BOSTON UNIVERSITY,                  )
        Defendant.                  )
_____)

**PLAINTIFF'S ASSENTED-TO MOTION FOR
CONTINUANCE OF MOTION HEARING**

Counsel for the Plaintiff, John Walsh, respectfully requests that the Court continue the motion hearing currently set for **June 13, 2007 at 2:00 pm.** The reason for this request is that Plaintiff's counsel is scheduled to begin a trial in Suffolk County Superior Court on Wednesday, June 13, 2007, and expects that the trial will last through June 21, 2007. Counsel for the Defendants has indicated that he assents to the motion. Furthermore, counsel for both parties are currently available on the following dates for the motion hearing: July 3, 2007 and tentatively June 22, 2007 (presuming that the above mentioned trial is completed).

        Respectfully submitted,

        JOHN WALSH,
        By his attorneys,


        /s/ Shannon Liss-Riordan
        Shannon Liss-Riordan, BBO #640716
        Pyle, Rome, Lichten, Ehrenberg
           & Liss-Riordan, P.C.
        18 Tremont St., Ste. 500
        Boston, MA 02108

June 12, 2007        (617) 367-7200


## **CERTIFICATE OF SERVICE**

    This is to certify that on June 12, 2007, a copy of the above document was served upon all counsel of record by electronic filing.

        /s/ Shannon Liss-Riordan
        Shannon Liss-Riordan