**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

JOHN WALSH,                 )
         Plaintiff,      )
                    )
v.                      ) **CIVIL ACTION NO. 04-11240-RCL**
                    )
TRUSTEES OF         )
BOSTON UNIVERSITY,   )
         Defendant.    )
_____)

**PLAINTIFF'S ASSENTED-TO MOTION FOR CONTINUANCE**
**OF MOTION HEARING**

Counsel for the Plaintiff, John Walsh, respectfully requests that the Court continue the motion hearing on Plaintiff's Motion for Attorney Fees and Costs and Defendant's Motion to Set Aside Judgment Relief From Judgment And In Opposition To Plaintiff's Motion For Attorneys' Fees currently set for **July 10, 2007, at 2:00 pm.** The reason for this request is that this hearing was originally scheduled for a date when Plaintiff's counsel was in trial and plaintiff's counsel is unavailable on July 10, 2007, due to a previously scheduled pretrial conference for a matter set to go to trial on July 17, 2007. Counsel for the Defendant has indicated that he assents to the motion. Furthermore, the court and counsel for both parties are currently available on **August 15, 2007,** to reschedule this hearing.

Respectfully submitted,

JOHN WALSH,
By his attorneys,


 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, BBO #640716
Pyle, Rome, Lichten, Ehrenberg
        & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
June 22, 2007                (617) 367-7200


## CERTIFICATE OF SERVICE

This is to certify that on June 22, 2007, a copy of the above document was
served upon all counsel of record by electronic filing.

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan