## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

JOHN WALSH,                         )
          Plaintiff           )
                        )
v.                                  )       Civil Action No. 04-CV-11240-RCL
                        )
BOSTON UNIVERSITY,                  )
          Defendant.          )
_____)

### MOTION TO ENTER JUDGMENT

Pursuant to the Court's order of November 13, 2007, the parties have conferred and have agreed to a proposed form of judgment, which is being filed as an attachment to this motion.  Plaintiff therefore requests that the Court enter this judgment.

Respectfully submitted,

JOHN WALSH,
By his attorney,


 /s/ Shannon Liss-Riordan _____
Shannon Liss-Riordan, BBO #640716
Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
November 19, 2007                   (617) 367-7200

### CERTIFICATE OF SERVICE

This is to certify that on November 19, 2007, a copy of the above document was served upon all counsel of record by electronic filing.

 /s/ Shannon Liss-Riordan _____
Shannon Liss-Riordan

1