UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
JOHN WALSH,                        )
          Plaintiff                )
                                   )
v.                                 )    Civil Action No. 04-CV-11240-RCL
                                   )
BOSTON UNIVERSITY,                 )
          Defendant.               )
_____)

**JUDGMENT**

Judgment is hereby entered in favor of Plaintiff John Walsh in the amount of $15,000. Plaintiff is to file his motion for attorneys' fees not later than ten days following the issuance of this judgment.

So ORDERED.

_____
Dated: November ___, 2007          The Honorable Reginald C. Lindsay
                                   United States District Court

1