UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH,<br>      Plaintiff<br><br>v.<br><br>BOSTON UNIVERSITY,<br>      Defendant. | Civil Action No. 04-CV-11240-RCL |

### JUDGMENT

Judgment is hereby entered in favor of Plaintiff John Walsh in the amount of $15,000. Plaintiff is to file his motion for attorneys' fees not later than ten days following the issuance of this judgment.

So ORDERED.

Dated: ~~November~~ December 12, 2007

*Reginald C. Lindsay*
The Honorable Reginald C. Lindsay
United States District Court

By: *Lisa M Horuhan*
Deputy Clerk

1