UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
JOHN WALSH,                   )
        Plaintiff             )
                              )
v.                            )     CIVIL ACTION NO. 04-11240-RCL
                              )
TRUSTEES OF                   )
BOSTON UNIVERSITY             )
        Defendant.            )
_____ )
```

**JOINT MOTION FOR EXTENSION OF DEADLINES FOR FILING
PLAINTIFF'S FEE PETITION AND DEFENDANT'S OPPOSITION**

The parties respectfully request that the Court extend the current deadline for the Plaintiff to file his fee petition and for the Defendant to file its opposition to the petition.  The petition is currently due on December 24, 2007.  The parties propose that Plaintiff's petition would be due by January 14, 2008, and the Defendant's opposition would be due by February 1, 2008.  In support of this request, counsel state that they need this brief extension due to holiday travel and vacation plans and counsel's recent trial schedule.

Respectfully submitted,

| | |
|---|---|
| JOHN WALSH, | TRUSTEES OF BOSTON UNIVERSITY, |
| By his attorney, | By its attorney, |
| /s/ Shannon Liss-Riordan | s/Lawrence S. Elswit |
| Shannon Liss-Riordan, BBO #640716 | Lawrence S. Elswit, BBO# 153900 |
| Pyle, Rome, Lichten & Ehrenberg, | Office of the General Counsel |
| Liss-Riordan, P.C. | Boston University |
| 18 Tremont St., Ste. 500 | 125 Bay State Road |
| Boston, MA 02108 | Boston, MA 02215 |
| (617) 367-7200 | (617) 353-2326 |

Dated: December 20, 2007