Daily Slip Report

# WALSH INVOICE

**FEES**

| Date | Description | SLR | DM |
|---|---|---|---|
| 3/27/2007 | TC w/ opposing counsel; call court clerk re: rescheduling pretrial conference for hearing on attorneys' fees; review D's proposed motion for extension and assent | 0.30 | |
| 4/2/2007 | exchange e-mails w/ opposing counsel re: extension on opposition to fee petition; e-mails from client | 0.20 | |
| 4/5/2007 | call court clerk re: hearing on attorneys' fees petition; review corr. regarding acceptance of offer | 0.40 | |
| 4/6/2007 | review correspondence and talk to client re: case status | 0.50 | |
| 4/9/2007 | call court re: setting hearing on petition for fees | 0.10 | |
| 4/30/2007 | review def's opp to atty fees | | 0.10 |
| 4/30/2007 | review BU's motion for relief from judgment | 0.50 | |
| 5/1/2007 | Review defs rule 60 motion | | 0.20 |
| 5/1/2007 | review BU's motion for relief from judgment and work on response | 0.50 | |
| 5/7/2007 | legal research on opp. to rule 60 motion, incl. research on rule 68 + on "prevailing party" | | 6.90 |
| 5/8/2007 | research reply/response to rule 60 | | 8.20 |
| 5/9/2007 | opp to rule 60 | | 7.50 |
| 5/9/2007 | work on opposition to motion for relief from judgment | 0.40 | |
| 5/10/2007 | rule 60 opp | | 5.60 |
| 5/10/2007 | finalize rule 60 opp | | 8.60 |
| 5/11/2007 | work on opposition to motion for relief from judgment | 2.50 | |
| 5/12/2007 | work on opposition to motion for relief from judgment | 1.00 | |
| 5/14/2007 | finalize opposition to BU's motion for relief from judgment | 3.00 | |
| 8/14/2007 | prepare for hearing on BU's motion for relief from judgment | 0.50 | |
| 8/15/2007 | prepare for and argue at hearing on motion for attorneys' fees/ BU's motion for relief from judgment | 3.00 | |
| 10/1/2007 | Review court ruling on BU's motion for relief from judgment | 0.50 | |
| 10/4/2007 | work on settlement | 0.20 | |
| 10/5/2007 | work on settlement, talk to Larry Elswitt | 0.30 | |
| 10/10/2007 | work on settlement | 0.20 | |
| 10/12/2007 | Work on settlement, TC w/Larry Elswitt | 0.30 | |
| 11/5/2007 | Exchange emails w/client; Call court clerk; Call Elswitt on settlement | 0.30 | |
| 11/8/2007 | Review court order affirming magistrate's recommendation | 0.10 | |
| 11/9/2007 | TC w/Larry Elswitt re: settlement, e-mail to client | 0.30 | |
| 11/16/2007 | Prepare proposed form of judgment, TCs w/Larry Ellswit | 0.50 | |
| 11/26/2007 | E-mail w/client re: status and settlement discussions | 0.20 | |
| 12/2/2007 | E-mail w/ client re: possible settlement | 0.30 | |
| 12/20/2007 | prepare joint motion for extension on fee petition | 0.20 | |
| 12/26/2007 | prepare renewed motion for attorneys' fees | 4.00 | |
| **TOTAL** | | 20.3 | 37.1 |

Daily Slip Report

| | | |
|---|---|---:|
| **TOTAL OF SHANNON LISS-RIORDAN'S FEES** | 20.3 hrs. x $350/hr.  = | 7,105 |
| **TOTAL OF DAVID MILTON'S FEES** | 37.1 hrs. x $200/hr.  = | 7,420 |
| **TOTAL FEES SINCE 3/27/07** | | **$14,525** |