UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WALSH,<br>      Plaintiff | )<br>)<br>) |
| v. | )    **CIVIL ACTION NO. 04-11240-RCL** |
| TRUSTEES OF<br>BOSTON UNIVERSITY<br>      Defendant. | )<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR PLAINTIFF TO FILE A REPLY
IN SUPPORT OF FEE PETITION**

Plaintiff respectfully requests that the Court permit him to file a reply memorandum in support of the pending fee petition and that the reply memorandum be due by March 14, 2008. In support of this request, Plaintiff states that his counsel, Shannon Liss-Riordan, has been preparing for a two-week federal court trial with Judge Young that is scheduled to begin on February 25, 2008 (which is the day of her return from school vacation week; her previously planned vacation begins tomorrow). The trial is scheduled to conclude on March 7, 2008, and so this date would allow one week for her to prepare the reply.

WHEREFORE, Plaintiff respectfully requests that he be permitted to file a reply memorandum in support of his fee petition by March 14, 2008.

-2-

| | |
|---|---|
| Respectfully submitted, | Assented to: |
| JOHN WALSH, | TRUSTEES OF BOSTON UNIVERSITY, |
| By his attorney, | By its attorney, |
| __/s/ Shannon Liss-Riordan_____<br>Shannon Liss-Riordan, BBO #640716<br>Pyle, Rome, Lichten & Ehrenberg,<br>Liss-Riordan, P.C.<br>18 Tremont St., Ste. 500<br>Boston, MA 02108<br>(617) 367-7200 | ___s/Lawrence S. Elswit_____<br>Lawrence S. Elswit, BBO# 153900<br>Office of the General Counsel<br>Boston University<br>125 Bay State Road<br>Boston, MA 02215<br>(617) 353-2326 |

Dated: February 14, 2008